UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 04-60001-CR-COOKE

THE UNITED STATES OF AMERICA,

      Plaintiff,

vs.                     MIAMI, FLORIDA
                         FEBRUARY 24, 2006
                         FRIDAY - 9:30 A.M.

ADHAM AMIN HASSOUN,
KIFAH WAEL JAYYOUSI
JOSE PADILLA
   a/k/a "Ibrahim,"
   a/k/a "Abu Abdullah the Puerto Rican",
   a/k/a "Abu Abdullah Al Mujahir",
      Defendants.

---

TRANSCRIPT OF DEFENDANT HASSOUN'S RELIEF OF PLACEMENT
OF ADMINISTRATIVE DETENTION
BEFORE THE HONORABLE MARCIA G. COOKE,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                    RUSSELL KILLINGER, A.U.S.A.
                    *United States Attorney's Office*
                    99 N.E. 4th Street
                    Miami, FL  33132

                    STEPHANIE PELL, A.U.S.A.
                    *Counterterrorism Section*
                    *United States Department of Justice*
                    10th and Constitution Avenue, N.W.
                    Room 2649
                    Washington, D.C.  20530 - 202/353-2357

```
 1                        BRIAN K. FRAZIER, A.U.S.A.
                          United States Attorney's Office
 2                        99 N.E. 4th Street
                          Miami, FL  33132
 3
     FOR THE DEFENDANT HASSOUN:
 4
                          KENNETH SWARTZ, ESQ.
 5                        Swartz and Lenamon
                          100 N. Biscayne Blvd.
 6                        21st Floor New World Tower
                          Miami, FL  33132 - 305/579-9090
 7
                          JEANNE BAKER, ESQ.
 8
 9   REPORTED BY:
10                        ROBIN MARIE DISPENZIERI, RPR
                          Official Federal Court Reporter
11                        United States District Court
                          301 North Miami Ave.,  6th Floor
12                        Miami, FL  33128 - 305/523-5158
13
14
15
16
17
18
19
20
21
22
23
24
25
```