CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE MARCIA G. COOKE

Case No. 04-60001-CR          Date: 2-26-07

Clerk: Ivan Marchena          Reporter: R. Dispenzieri

USPO:                         Interpreter:

**UNITED STATES OF AMERICA vs.** JOSE PADILLA

AUSA: R. Killinger; S. Pell; B. Frazier; J. Shipley

Defendant(s) Counsel: All defense counsel of record

Defendant(s) Present____ Not Present____ In Custody  X

Reason for hearing: Competency Hearing

Result of hearing: Hearing held. Continued to tomorrow, 2/27/07 at 9:00 am.