1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE 04-60001-CR-COOKE

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                              MIAMI, FLORIDA
                              FEBRUARY 28, 2007
                              WEDNESDAY, 4:00 P.M.

JOSE PADILLA
   a/k/a "Ibrahim,"                EXCERPT
   a/k/a "Abu Abdullah the Puerto Rican",
   a/k/a "Abu Abdullah Al Mujahir",

        Defendant

---

COURT'S FINDING - COMPETENCY HEARING
BEFORE THE HONORABLE MARCIA G. COOKE,
UNITED STATES DISTRICT JUDGE

DAY 4

APPEARANCES:

FOR THE GOVERNMENT:

        RUSSELL KILLINGER, A.U.S.A.
        BRIAN FRAZIER, A.U.S.A.
        JOHN SHIPLEY, A.U.S.A.
        *United States Attorney's Office*
        *99 N.E. 4th Street*
        *Miami, FL  33132*

        STEPHANIE PELL, A.U.S.A.
        *Counterterrorism Section*
        *United States Department of Justice*
        *10th and Constitution Avenue, N.W.,*
        *Room 2649*
        *Washington, D.C.  20530 - 202/353-2357*

FILED by ___ D.C.
APPEALS
MAR 01 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI