1

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*

FILED by _____ D.C.
APPEALS

MAR 0 1 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

CASE 04-60001-CR-COOKE

THE UNITED STATES OF AMERICA,

              Plaintiff,

     vs.                              MIAMI, FLORIDA
                                      FEBRUARY 22, 2007
                                      FRIDAY 9:30 A.M.

JOSE PADILLA
    a/k/a "Ibrahim,"
    a/k/a "Abu Abdullah the Puerto Rican",
    a/k/a "Abu Abdullah Al Mujahir",

              Defendant

---

TRANSCRIPT OF COMPETENCY HEARING
BEFORE THE HONORABLE MARCIA G. COOKE,
UNITED STATES DISTRICT JUDGE

DAY 1

APPEARANCES:

FOR THE GOVERNMENT:

                    RUSSELL KILLINGER, A.U.S.A.
                    BRIAN FRAZIER, A.U.S.A.
                    JOHN SHIPLEY, A.U.S.A.
                    *United States Attorney's Office*
                    99 N.E. 4th Street
                    Miami, FL  33132

                    STEPHANIE PELL, A.U.S.A.
                    *Counterterrorism Section*
                    *United States Department of Justice*
                    10th and Constitution Avenue, N.W.,
                    Room 2649
                    Washington, D.C.  20530 - 202/353-2357

```
 1   FOR THE DEFENDANT:

 2                           MICHAEL CARUSO, A.F.P.D.
                             ANTHONY NATALE, A.F.P.D.
 3                           ORLANDO do CAMPO, A.F.P.D.
                             Federal Public Defender's Office
 4                           150 W. Flagler Street
                             Miami, FL   33131
 5
                             ANDREW G. PATEL, ESQ.
 6                           111 Broadway, 13th Floor
                             New York, New York 10006
 7                           Fax 212-346-4664

 8
     REPORTED BY:
 9

10                           ROBIN MARIE DISPENZIERI, RPR
                             Official Federal Court Reporter
11                           United States District Court
                             301 North Miami Ave.,  6th Floor
12                           Miami, FL   33128 - 305/523-5158

13

14

15

16

17

18

19

20

21

22

23

24

25
```

TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION