MAR 0 1 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
#### MIAMI DIVISION

CASE 04-60001-CR-COOKE

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                               MIAMI, FLORIDA
                               FEBRUARY 26, 2007
                               MONDAY 9:00 A.M.

JOSE PADILLA
   a/k/a "Ibrahim,"
   a/k/a "Abu Abdullah the Puerto Rican",
   a/k/a "Abu Abdullah Al Mujahir",

        Defendant

---

### TRANSCRIPT OF COMPETENCY HEARING
### BEFORE THE HONORABLE MARCIA G. COOKE,
### UNITED STATES DISTRICT JUDGE

DAY 2

APPEARANCES:

FOR THE GOVERNMENT:

        RUSSELL KILLINGER, A.U.S.A.
        BRIAN FRAZIER, A.U.S.A.
        JOHN SHIPLEY, A.U.S.A.
        *United States Attorney's Office*
        99 N.E. 4th Street
        Miami, FL  33132

        STEPHANIE PELL, A.U.S.A.
        *Counterterrorism Section*
        *United States Department of Justice*
        10th and Constitution Avenue, N.W.,
        Room 2649
        Washington, D.C.  20530 - 202/353-2357