1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE 04-60001-CR-COOKE

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ADHAM AMIN HASSOUN,
KIFAH WAEL JAYYOUSI,
JOSE PADILLA,
   a/k/a "Ibrahim,"
   a/k/a "Abu Abdullah the Puerto Rican",
   a/k/a "Abu Abdullah Al Mujahir",

        Defendants.

156

MIAMI, FLORIDA
MAY 30, 2007
WEDNESDAY - 1:30 P.M.



FILED by _____ D.C.
APPEAL
JUN 1 8 2007
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE MARCIA G. COOKE,
UNITED STATES DISTRICT JUDGE

DAY 20

APPEARANCES:

FOR THE GOVERNMENT:

        RUSSELL KILLINGER, A.U.S.A.
        BRIAN K. FRAZIER, A.U.S.A.
        JOHN SHIPLEY, A.U.S.A.
        United States Attorney's Office
        99 N.E. 4th Street
        Miami, FL  33132

        STEPHANIE PELL, A.U.S.A.
        *Counterterrorism Section*
        *United States Department of Justice*
        10th and Constitution Avenue, N.W.,
        Room 2649
        Washington, D.C.  20530 - 202/353-2357

```
 1  FOR THE DEFENDANT HASSOUN:

 2              KENNETH SWARTZ, ESQ.
                *Swartz and Lenamon*
 3              100 N. Biscayne Blvd.  21st Floor
                Miami, FL  33132 - 305/579-9090
 4              ken@swartzlawyer.com

 5              JEANNE BAKER, ESQ.
                2937 SW 27th Ave., Suite 202
 6              Coconut Grove, FL 33133  305/443-1600
                Jbaker@fourdefenders.com
 7
    FOR THE DEFENDANT PADILLA:
 8
                MICHAEL CARUSO, A.F.P.D.
 9              ANTHONY NATALE, A.F.P.D.
                ORLANDO do CAMPO, A.F.P.D.
10              *Federal Public Defender's Office*
                150 W. Flagler Street
11              Miami, FL  33131

12              ANDREW G. PATEL, ESQ.
                111 Broadway, 13th Floor
13              New York, New York 10006
                Fax 212-346-4664
14
    FOR THE DEFENDANT JAYYOUSI:
15
                WILLIAM SWOR, ESQ.
16              3060 Penobscot Building
                645 Griswold Street
17              Detroit, MI  48226  313/967-0200

18              MARSHALL DORE LOUIS, ESQ
                *Sinclair, Louis, Heath, Nussbaum &*
19              *Zavertnik, P.A.*
                169 East Flagler Street, Suite 1125
20              Miami, FL  33131  305/374-0544
                mdl@sinclairlouis.com
21
    REPORTED BY:
22

23              ROBIN MARIE DISPENZIERI, RPR
                *Official Federal Court Reporter*
24              United States District Court
                301 North Miami Ave.,  6th Floor
25              Miami, FL  33128 - 305/523-5158
```