UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60001-CR-COOKE

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs

**ADHAM AMIN HASSOUN, et al.**,

    Defendant(s)
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled cause has been re-scheduled for sentencing hearing beginning on **Tuesday, January 8, 2008, at 10:00 a.m.**, before the Honorable MARCIA G. COOKE, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Courtroom Six.

Dated:  December 6, 2007.

                        CLARENCE G. MADDOX, II,  CLERK

                        By:_____s/_____
                              Ivan J. Marchena
                              Deputy Clerk

cc:    All counsel of record
       U.S. Marshal
       U.S. Pretrial Services
       U.S. Probation