JOSE PADILLA RADIO INTERVIEW

1996

2

```
1              INTERVIEWER:  Well, tonight, God willing, we have

2      a wonderful Muslim couple here with us in the studios.  And we

3      are going to conduct an interview with them on their journey to

4      Islam, how they become -- sorry, became Muslim.

5              Well, let me introduce Brother Ibrahim Padilla and

6       Peace be with you, Brother Ibrahim.

7              MR. PADILLA:  Peace be with you

8              INTERVIEWER:  Welcome to our program.  Peace be with you.

        And welcome to our program tonight.

10             MS. MARWA:  Peace be with you.

11             INTERVIEWER: Peace be with you.  Well, where can I

12     start.  Let me start with Brother Ibrahim first, God willing.

14             Tell us a little bit about your background, Brother,

15     before, you know, we go into the meat of the talk tonight.

16             MR. PADILLA:  I was raised, my mother actually raised

17     me as a single parent.  And my mother, actually she raised me as

18     a single parent.  We lived in a poor, poor area, like we lived

19     in Puerto Rico for a while, then we moved to Chicago.

20             INTERVIEWER:  Mm-hmm.

21             MR. PADILLA:  I lived there like almost for 15 years,

22     and just recently, about five years ago, I moved to Florida.

23             INTERVIEWER:  Uh-huh.

24             MR. PADILLA:  And just, Florida was basically where I

25     -- there was a big change in my life.  After being in Chicago I
```

3

1    was really living like a lost life.  I was living like life on

2    the edge.  I really didn't have a father figure, and not having

3    a father figure really hurt us, you know, because my mother

4    being the sole provider of the house, she really couldn't attend

5    to us.

6              INTERVIEWER:  Where was your father?

7              MR. PADILLA:  Actually, my father passed away when I

8    was two.

9              INTERVIEWER:  Uh-huh.

10             MR. PADILLA:  And--

11             INTERVIEWER:  It must have been hard for you, for your

12   mom.

13             MR. PADILLA:  Yeah.

14             INTERVIEWER:  How many brothers and sisters were

15   there?

16             MR. PADILLA:  Actually there was only two of us, but

17   my mother had three boys and two girls.

18             INTERVIEWER:  Uh-huh.

19             MR. PADILLA:  And she was taking care of three, three

20   boys.  She left the two girls with -- with her grandmother --

21   with her mother actually, with my grandmother, excuse me.

22             INTERVIEWER:  Uh-huh.

23             MR. PADILLA:  And it was really hard for her.  And

24   growing up in the streets in Chicago, it's rough, especially

25   when you're raising boys.

4

```
 1              INTERVIEWER:  Uh-huh.

 2              MR. PADILLA:  And not having --

 3              INTERVIEWER:  Guidance--

 4              MR. PADILLA:  -- a father.  Yeah, a father figure.

 5              And my mother, she finally, after about living there

 6    for a few years, she finally realized that it wasn't good at all

 7    to stay in Chicago because I started to hang around with the

 8    wrong crowd, you know, my peers were very -- a bad influence on

 9    me.  And I started to --

10              INTERVIEWER:  You know, that's usually what happens

11    when you don't have proper role models in life.

12              MR. PADILLA:  Yes.

13              INTERVIEWER:  And I see it every day with the young

14    teenagers that are growing up in society now, that whenever they

15    don't have that proper role model, father figure or the proper

16    mother figure to guide them and train them, they will turn

17    towards maybe a -- the sports figures out there --

18              MR. PADILLA:  Right, exactly.

19              INTERVIEWER:  -- as role models.

20              MR. PADILLA:  That is true, yeah.

21              Well, anyway, back to um -- so we decided, my mom

22    decided to move to Florida after I started to get into trouble

23    and going to jail --

24              INTERVIEWER:  Going to jail?

25              MR. PADILLA:  Yeah.  I've been to jail when I was
```

5

1    younger, you know, like when I was a juvenile --

2              INTERVIEWER:  Uh-huh.

3              MR. PADILLA:  -- they put me in a juvenile home or DOC

4    as they call it, Detention, because of the wrong influence that

5    I had.

6              After spending three years of my life incarcerated in

7    a juvenile home, I got out and started doing the same thing all

8    over again.

9              INTERVIEWER:  About what age were you at this time?

10             MR. PADILLA:  At this time I was -- I was 16 years

11   old, 16, 17 years old when I got out.

12             INTERVIEWER:  Uh-huh.

13             MR. PADILLA:  To make a long story short, I don't want

14   to really get into every single detail of why I was in there and

15   things like that.

16             INTERVIEWER:  Yeah, yeah, you don't have to get into

17   that, you know, you don't.

18             MR. PADILLA:  I finally got out after three years,

19   three and a half years, and my mother decided that she had it.

20   She really had to move out of Chicago and find somewhere that

21   was better suited to raise children.  And she decided to move

22   down here to Florida.

23             INTERVIEWER:  What kinds of discipline did they try to

24   teach you when you were at the home, in the juvenile home?

25             MR. PADILLA:  Um-

6

1          INTERVIEWER:  Did they try to introduce you to God or

2    to religion in order to, you know, try to help you control, you

3    know, the bad habits and things like that?

4          MR. PADILLA:  No, not really.

5          INTERVIEWER:  No?

6          MR. PADILLA:  No, not exactly, no.

7          INTERVIEWER:  So what kind of programs --

8          MR. PADILLA:  They really, excuse me.  It's like a --

9    like a vacation.

10          INTERVIEWER:  It's a vacation?

11          MR. PADILLA:  Yeah.  You have --

12          INTERVIEWER:  No wonder why all these kids --

13          MR. PADILLA:  -- recreational facilities, you know,

14    they show you movies.  I mean it's nothing -- they allow you to

15    have tv, books.

16          INTERVIEWER:  What about work, did you do any hard

17    work, breaking, you know, stones or something like that?

18          MR. PADILLA:  No.  There's nothing like that.

19          INTERVIEWER:  Okay.

20          MR. PADILLA:  Especially for the juveniles.  They're

21    really light on them.  But yes, they were sort of -- they do

22    have programs in there where the inmates are allowed to work and

23    earn their own living.

24          INTERVIEWER:  Okay.

25          MR. PADILLA:  It's not really minimum wage, maybe they

7

 1    give you like $1.50 an hour or something like that.

 2              INTERVIEWER:  Did they offer you training periods

 3    where you can learn different trades and stuff like that in

 4    there?

 5              MR. PADILLA:  Yes.

 6              INTERVIEWER:  Yeah, they did?

 7              MR. PADILLA:  As a matter of fact, yes, I did pick up

 8    a trade there.  I have almost six hundred hours of wood working.

 9              INTERVIEWER:  Uh-huh.

10              MR. PADILLA:  I have certificates and I could

11    practically almost build anything, but I haven't done anything

12    wood for so long, so I don't -- I don't know, I would have to

13    get back into it.

14              INTERVIEWER:  Okay.  So you came out and your mom

15    picked up and she moved.

16              MR. PADILLA:  Yes.

17              INTERVIEWER:  She came down to Florida, right?

18              MR. PADILLA:  Yes, she did.  We -- she finally, she

19    had it, and we moved down here to Florida.

20              INTERVIEWER:  Is your mom listening right now?

21              MR. PADILLA:  I don't think she is.

22              INTERVIEWER:  Oh, okay.

23              MR. PADILLA:  I'm pretty sure.  I wish she was, but

24    no, she doesn't know.  My mom is Christian, so she wouldn't be

25    listening to this station now, but I'll try a little harder

8

1    to --

2              INTERVIEWER: God willing.

3              MR. PADILLA: God willing. But anyway, she

4    decided to move down here, and we settled down here for, for

5    about -- it took us like maybe a year, a year and a half to

6    settle down.

7              INTERVIEWER:  Uh-huh.

8              MR. PADILLA:  I found a job, Praise be to God, by

9    the grace of God, maybe the third day or fourth day I was here.

10             INTERVIEWER: Praise be to God.

11             MR. PADILLA:  And I started working for the Hilton on

12   University and Oakland Park.

13             INTERVIEWER:  And how old were you at this time?

14             MR. PADILLA:  At this time I was 18 years of age.

15             INTERVIEWER:  Uh-huh.

16             MR. PADILLA:  And I started working and helping my

17   mother out a little bit, and then again I wanted to move out on

18   my own.  I really wanted to, you know, be independent so to say.

19             My mother was waiting for her husband, so me and him

20   couldn't really get along at all, so I had to move out.  And I

21   went out and I saved up money.  I saved up a little bit of money

22   living with my mother, and I moved out.

23             At this time I started to repeat again the same --

24             INTERVIEWER:  The same type of crimes?

25             MR. PADILLA:  Yeah, the same type of things.  I'm

9

1    going back to drinking and doing drugs and all sorts of, you

2    know, horrible things that are out there on the streets.

3    Unfortunately for every youth now.  And I got into trouble

4    again.

5           And I really didn't -- I couldn't understand why, why

6    I kept getting in trouble.  I mean what was the reason --

7           INTERVIEWER:  So you never considered it to be

8    something bad that you were doing.  It was just like --

9           MR. PADILLA:  Yeah.

10          INTERVIEWER:  -- normal --

11          MR. PADILLA:  Exactly.

12          INTERVIEWER:  -- a normal thing, right?

13          MR. PADILLA:  It was, yeah.  To me it was normal

14   because sometimes I would say well, I grew up in a very

15   religious family, you know, don't get me wrong.  I mean my

16   mother, she is --

17          INTERVIEWER:  A Christian background.

18          MR. PADILLA:  Yeah, a very Christian background.  So I

19   did believe in God, no doubt.

20          And I thought that what was happening to me was

21   because I stopped going to church, and this is why I was really,

22   really on the wrong path or being led astray so to say.  But

23   there was something else.  I guess -- I know for sure now why I

24   had to go through them things in life because now I'm a Muslim.

25          INTERVIEWER: Praise be to God.

10

1         MR. PADILLA:  And this was just a period in my time

2    that I had to go through, and the Almighty really showed me the

3    light.  He really brought me into the light.

4         Well, going back to -- I went back to hanging around

5    with the wrong crowd and I wound up back in the same place, in

6    the Broward County Jail.

7         There is more to the story, but I'm trying to cut it a

8    little bit short.  I don't really want to get into detail.

9         INTERVIEWER:  Whatever you feel comfortable with, you

10   know, is okay.

11        MR. PADILLA:  Well, anyway I was in the Broward County

12   Jail, and I believe I got into some sort of a physical

13   confrontation with one of the inmates --

14        INTERVIEWER:  Uh-huh.

15        MR. PADILLA:  They put me in this place called The

16   Hole or look-down.

17        INTERVIEWER:  That's like isolation.

18        MR. PADILLA:  Yeah, they isolate you.  They isolate

19   you from the rest of the population.  And I was really, really

20   depressed.  I mean I was really -- I really felt alone at that

21   time.  I mean I didn't feel like -- this was my lowest point

22   I've ever reached in my whole entire life.

23        I really -- I was isolated in this room, maybe no

24   bigger than, you know, the average bathroom in a house, with a

25   toilet and a little bed, where they allow you to take maybe two

11

1   showers a week, no visits.  So it was really, really rough.  I

2   really, really felt alone at that time.

3           INTERVIEWER:  Did suicide ever pass through your mind

4   while in this state, this condition?

5           MR. PADILLA:  To be honest with you I really didn't --

6   it didn't really matter to me whether I was, I mean if I was

7   dead or alive.  It was just, I had no -- no goals.  I had -- it

8   was like as if I was dead mentally.  I had no spirit at all.

9           INTERVIEWER:  Uh-huh.  Now, did you know Sister Marwa

10  (phonetic) all this -- at what point in time?

11          MR. PADILLA:  Yes.  Yes.

12          INTERVIEWER:  Let me talk with Sister Marwa now

13  because --

14          MR. PADILLA:  Sure, go ahead.

15          INTERVIEWER:  -- this is pretty interesting.

16           Peace be with you Sister Marwa – a little more

17  comfortable now.

18          Now, at what point in time did you know Brother

19  Ibrahim.

20          MS. MARWA:  I knew him one month before he went into

21  jail.

22          INTERVIEWER:  One month before?

23          MS. MARWA:  Yeah, around -- about that time.

24          INTERVIEWER:  Uh-huh.

25          MS. MARWA:  About a month before.

12

1             INTERVIEWER:  Okay.  Tell me a little bit before we

2    get into the, you know, really the meat of the interview, what

3    background are you from?  Were you Christian before also?

4             MS. MARWA:  Catholic.

5             INTERVIEWER:  Oh, you were Catholic.  Were you like a

6    devout Catholic, go to church every Sunday --

7             MS. MARWA:  No.

8             INTERVIEWER:  -- to Mass and all that?

9             MS. MARWA:  No.  We went when it was time to go, like

10   for Easter or one of the Christian, you know --

11            INTERVIEWER:  Celebrations?

12            MS. MARWA:  Celebrations.

13            INTERVIEWER:  Yeah.

14            MS. MARWA:  We went when it was that time.  Other

15   than that we were not practicing Catholics, but I was raised

16   going to school Catholic, and all my life my mom sent me to

17   Catholic school.

18            INTERVIEWER:  So you believed in a Almighty Being

19   then, more or less?

20            MS. MARWA:  Yes.  I believed in God, yes.

21            INTERVIEWER:  And how did you meet Brother Ibrahim?

22            MS. MARWA:  How did I meet him?  Someone -- my cousin

23   introduced him to someone else, and we both saw each other and

24   started to--

25            INTERVIEWER:  It was natural chemistry.

13

1          MS. MARWA:  Yes.

2          INTERVIEWER:  When you met Brother Ibrahim did you

3   know of his lifestyle, the type of life that he lived in his

4   past, and at that time did you know that he was more or less in

5   and out of, you know, jail?

6          MS. MARWA:  Somewhat.  He told me about things that

7   he did in his past, and things that are so in front of me kind

8   of made me reluctant to keep a communication with him because we

9   were raised in my household, you know, we -- I was not into that

10  kind of lifestyle.  So I was reluctant --

11         INTERVIEWER:  Uh-huh.

12         MS. MARWA:  -- to even keep further communication

13  with him.

14         INTERVIEWER:  Uh-huh.

15         MS. MARWA:  But-

16         INTERVIEWER:  I guess that's a little of Allah that

17  you continued, right?

18         MS. MARWA:  Yes.

19         INTERVIEWER:   God willing. Now, the point

20  where Ibrahim went to jail.

21         MS. MARWA:  Yes.

22         INTERVIEWER:  I mean one month after.  I mean a lot of

23  women if they sit down and think about it, they will say well,

24  no way, you know, I'm not -- I'm not staying with this guy, you

25  know, I'm gone.

14

1          MS. MARWA:  Mm-hmm.

2          INTERVIEWER:  What kept you, you know, communicating

3   with him, or you know, to keep the relationship going?

4          MS. MARWA:  Somehow I felt that I had to help him.

5          INTERVIEWER:  Uh-huh.

6          MS. MARWA:  I did pray to God and ask Him, you know,

7   how could I help him.

8          INTERVIEWER:  Uh-huh.

9          MS. MARWA:  Or I can't help him, how could he use me

10  to help him.

11         INTERVIEWER:  To help him; yes.

12         MS. MARWA:  That was my prayer of wanting to do this

13  good thing for someone.  Everyone else kept -- my whole family

14  just said leave it alone --

15         INTERVIEWER:  Uh-huh.

16         MS. MARWA:  -- but I had this thing inside of me to

17  say I can help him, you know, change his way.

18         INTERVIEWER:  Yes, I know what you mean.  Sometimes

19  you can't get the support from your family at all, you know.

20  You just have to stand on your own and be strong.

21         Okay.  Now, let's go back to Brother Ibrahim.  I want

22  to find out now the point in time where you -- Islam was

23  introduced to you.  Where and how did this happen?

24         MR. PADILLA:  Well, going back to lock down--

25         INTERVIEWER:  Yeah, the confrontation that you had -

15

1          MR. PADILLA:  Right, the confrontation that I had

2    within the -- I was in look-down and I was really, really

3    depressed at that time.  I mean I really felt terrible, like I

4    had no one.  I had no one, I was by myself --

5          INTERVIEWER:  You had no hope and no help.

6          MR. PADILLA:  Exactly, no help at all.  No one was

7    listening to me, and I sort of like felt like I betrayed the

8    Almighty because He really -- He took me out of a lot of

9    situations, and I've always asked for his help, and He has

10   always given me what I've asked for.

11         INTERVIEWER:  Uh-huh.

12         MR. PADILLA:  And this time I felt like I betrayed him

13   and I was sort of like ashamed to speak to him.  So I guess the

14   [unintelligible] really started talking to me and being there

15   by myself.  So as they put me in, I sat by the bed and I just,

16   you know, kept saying, I mean look at yourself, you're nobody.

17   I mean you fail at everything you do.  The people that love you,

18   they don't want to do anything for you, and even if you do find

19   people that love you, you wind up hurting them just, you know,

20   to hang around with your friends and things.

21         And I'm asking my -- I'm asking, you know, why is it

22   that I feel this way.  I really want this out of my system.

23         INTERVIEWER:  Uh-huh.

24         MR. PADILLA:  I really want to do good in life, you

25   know.  So I just, I poured -- I started crying there for about

16

1    20 minutes.  I couldn't -- I couldn't bear it.  I didn't know

2    what to do.  So right away, I had the King James version of the

3    bible right next to me.

4              INTERVIEWER:  Uh-huh.

5              MR. PADILLA:  So I said well, since they gave me

6    almost, I think 30 days I had to spend in the hole.  They gave

7    me time.  They gave me 30 days, so I had to be in that secluded

8    are for 30 days, so it was really, really hard.  I mean I was

9    like well, I have no other choice, this is what I have to do.

10             So I started to begin to read the Bible, starting from

11   Genesis on up, the whole Old Testament.

12             INTERVIEWER:  Uh-huh.

13             MR. PADILLA:  I practically -- I read the whole Bible

14   when I was -- during that time of my life now.  And the Old

15   Testament was pretty much -- it was okay.  It was

16   understandable, but when I got to the Gospel --

17             INTERVIEWER:  The New Testament.

18             MR. PADILLA:  Right.  Supposedly the Gospel--

19             INTERVIEWER: Indeed, the New Testament.

20             MR. PADILLA:  Right.  This was very confusing for me

21   you know, I really couldn't understand and I really was asking

22   the Almighty -- I was actually, when I was reading, I was asking

23   the Almighty at the same time please, help me understand.  I

24   really want to -- I really want to do good and I really don't

25   want to be in this situation again.  This time, if I'm going to

17

1   be out and you're going to get me out of this situation, I

2   promise you that, you know, I will try my best, but help me

3   understand if this is the word, if this is what you want us to

4   do, I cannot understand it.

5          So what happened is that I still couldn't understand

6   it.  I couldn't understand anything.  So I -- I decided not to

7   read it.  I said -- I said to the Almighty, if you do not come

8   down here and please explain to me what does this mean --

9          INTERVIEWER:  Uh-huh.

10          MR. PADILLA:  -- I am going to die because I'm not

11   going to -- I couldn't believe I actually said that, but this is

12   the truth, and there is no benefit of me lying about it.  It

13   would benefit me nothing, you know.  This is exactly -- these

14   were my exact words, I said please, I'm not going to eat.  I'm

15   going to die.  I really want you to answer me.  I do believe

16   there is -- I know that you exist, but something is not right

17   here and I want to know if there is something, please show me

18   that the correct state -- it's like I got a, like a, it's like a

19   vision, not a vision, but like a dream.  It was something like

20   surreal, you know, like I was sleeping with my eyes open.

21          INTERVIEWER:  Uh-huh, uh-huh.

22          MR. PADILLA:  I went to a state, like my -- I don't

23   know, like my soul left my body or something.  And I saw a

24   vision that I was walking in a -- in a Jalabia,

25   which now is, you know, it's known as Muslim garb or the Muslim

18

1    dress of the majority of Muslims.

2              INTERVIEWER:  Yes, I see you in that a lot of times as

3    a matter of fact.

4              MR. PADILLA:  Yeah, now you do.

5              INTERVIEWER:  Yes, Praise be to Allah.

6              MR. PADILLA:  But it was quite, you know, shocking to

7    see myself walking on this sort of like, this desert area with

8    palm trees -- I mean it was a weird feeling because it was like

9    if I was walking and looking at myself at the same time, so it

10   was like I was inside myself walking, and then I would be

11   watching myself walk.

12             So I reached these palm trees and there was a big,

13   like foggy.  It was like a big fog.  Excuse me.  And there was

14   like sort of like a beam of light, and right away I snapped out

15   of it, you know.  I just--

16             INTERVIEWER:  Woke up?

17             MR. PADILLA:  I got a little -- I got a little scared

18   sort of because the fog was a little scary.  See, I was

19   following this light, but the fog -- so I just got scared.  I

20   didn't want to keep following the fog.

21             And I also had something on top of my head.  It was

22   some sort of -- I believe that the Muslims wear.

23             INTERVIEWER:  It's an amama.

24             MR. PADILLA:  Yeah, an amama I had on top of my head.

25             INTERVIEWER:  It's a symbol of the holy –

19

1          MR. PADILLA:  Right.  I didn't know exactly what it

2    was because I was -- I didn't know anything about Islam.  I

3    didn't know what a Muslim was or how they dressed or anything,

4    but that's what I had on top of my head --

5          INTERVIEWER:  But I haven't seen you in an amama.

6    You'll have to put one on. God willing.

7          MR. PADILLA:  God willing.

8          INTERVIEWER:  God willing.

9          MR. PADILLA:  God willing.

10          INTERVIEWER:  God willing.

11          MR. PADILLA:  So anyway I snapped out of it.  I put

12    water on my face and I still, I wouldn't eat anything.  Nothing

13    went in my body.  So I went back again and I saw another vision.

14    I saw another -- where this woman, she was taking me down this

15    big, big hall, and at the end of the hall there was a door.  Out

16    of the cracks of the door there was a big, a big powerful light,

17    like something that I've never seen before, a nice -- a big,

18    like glossy type of light, like maybe gold or very -- a

19    beautiful light that you cannot explain.  On earth I have never

20    seen it, so -- but I was looking at this light and I wasn't even

21    afraid or anything because there was light beyond the door.

22          So the woman was taking me to the door, and the closer

23    we got to the door the more powerful the light got.  I mean I

24    really started to feel all over my flesh.  And I asked the

25    woman, you know, where are you taking me, and she just smiled

20

1    and we just kept walking towards the door.

2           And at this point I was getting closer and closer, and

3    the light was getting even more powerful, to a point that my --

4    I wasn't afraid, but my body, my flesh was trembling at the --

5    at the light.  And we got closer and closer, and beyond the door

6    I -- I heard like women, not women like ordinary women, but I

7    heard women voices beyond the door.  That's something I can't

8    explain either.  It's some of like, they were just, I don't

9    know, like excited or something like that, but they were beyond

10   the door making these noises like love noises.

11          And I got closer and closer.  I thought at this point

12   my heart was going to pop out of my body.  I mean because the --

13   this is when I really started being afraid because the light

14   that was coming out of the cracks was a very, very powerful

15   light.

16          So the woman -- I'm really -- I stopped like, maybe

17   like five feet away from the door, and the woman, she proceeded

18   to --

19          INTERVIEWER:  Open the door?

20          MR. PADILLA:  Yeah.  So when she opened the door the

21   light really burst out of there, like some -- I mean beautiful

22   lights, like nothing I ever saw.  I mean it was -- it almost

23   blinded me, but I can see it.  I mean it was like as crystal,

24   like a glass, very beautiful.  Something that wasn't hurting my

25   eyes, but at the same -- at the same time it was just beautiful

21

1   to look at.

2         And the women inside, I couldn't really see any women.

3   I couldn't see the women because -- I don't remember seeing any,

4   but they giggled in a way that, not like -- like an earthly

5   woman.  And at this time -- at this point the voice beyond the

6   door said no, you know.  It would really be a deep voice said

7   no, you know.

8         Well, before -- prior to her, you know, opening the

9   door, she said he's here.  And she was referring to me, that I

10  was there, you know.

11

    MR. PADILLA:  Well, before prior to her, you know,

2   opening the door, she said he's here, and she was referring

3   to me, that I was there, and then I was going to go inside

4   because (unintelligible) I really wanted to go, and there

5   was a deep voice that said no (unintelligible).  Well, like

6   a (unintelligible) a very powerful voice said not yet, and I

7   guess it was saying something to I wasn't ready at the time

8   yet, or something like that.

9         INTERVIEWER:  Uh-huh.

10        MR. PADILLA:  But that's it.  After that, I went

11  back.  I really got afraid.  The voice really terrified me,

12  so much that I really started walking back

13  (unintelligible), and I came back to my senses.

14        And after that, they transferred me, after getting

15  out of the hole, they transferred me to Pompano Jail,

16  this was in the Broward County Jail.

17       INTERVIEWER:  Uh-huh.

18       MR. PADILLA:  And in the Pompano Jail, I heard this

19  brother, this Muslim brother -- actually, not a Muslim

20  brother, but he could say, I guess he's Muslim, he was

21  Muslim at that time.  I guess he, well, he was from the

22  Nation of Islam.

23       INTERVIEWER:  Uh-huh.

24       MR. PADILLA:  It's better to put it that way.

25       INTERVIEWER:  Okay.

1        MR. PADILLA:  He, he always spoke about Muslims and

2   always, he would always talk about the (unintelligible)

3   Moses, and I really enjoyed listening to him, you know, I

4   mean to see him speak, hear him speak, it's just powerful and

5   precise, and I, I always loved when people would talk about

6   God, you know; I would always listen, no matter what.

7        INTERVIEWER:  Uh-huh.

8        MR. PADILLA:  Because I knew that there was a

9   creator, you know, I knew, especially at this point now that

10  that happened to me, I mean, after seeing the visions and

11  that.  God was really, I really wanted to know about Islam

12  because I thought it -- at this time, when I, when I was,

13  when I was in jail, the Bosnia thing, the crisis, what

14  happened in Bosnia, it started, it just started taking off.

15       INTERVIEWER:  Uh-huh.

16          MR. PADILLA:  With the Serbs, the Bosnians and the

17  Muslims (unintelligible) concentration camps and so on.

18          INTERVIEWER:  (Unintelligible).

19          MR. PADILLA:  Right, exactly, it was at that same

20  time when that first begun.

21          INTERVIEWER:  Right.

22          MR. PADILLA:  The crisis.  But anyway, I read, I

23  looked at the paper and I saw the Muslim brothers that were

24  skeletons, you know, that they had in the concentration

25  camps.

1          INTERVIEWER:  Yeah, uh-huh.

2          MR. PADILLA:  And I was, like, Muslim, Muslim, I

3  really need to know.  I mean, why is this happening, you

4  know?  Why, why are they being persecuted, I mean, and I had

5  heard this, this brother from the Nation of Islam that

6  Muhammad was the messenger of Allah, so on, and that God is

7  one.

8          INTERVIEWER:  Uh-huh.

9          MR. PADILLA:  You know, Jesus is not

10  (unintelligible).  He was sort of like just making it clear

11  and it was very interesting to hear.

12          INTERVIEWER:  So he started speaking more

13  knowledgeably?

14          MR. PADILLA:  Exactly.  He, he spoke about the Qur'an

15  and when he said, yeah, we have the last real book and I said

16   oh, but at that point, I mean, they changed him and I was

17   transferred somewhere else.  I think that I got sick somehow;

18   I think I had an ear infection or something, and they

19   transferred me somewhere else.  So I couldn't really, really

20   talk about him, talk to him that much about the religion.

21          And even though he was really talking, I was really,

22   really interested.  I really was rejecting it deep inside,

23   but I was accepting it, but I wasn't ready to know, but yes,

24   this was really interesting.  You know it was very

25   interesting to me and I really wanted to research that.  I

1    wanted to know about it, but I was still --

2          INTERVIEWER:  You were resisting, you were resisting

3    what --

4          MR. PADILLA:  Right, exactly, I was talking about

5    Christianity.

6          INTERVIEWER:  Right, uh-huh.

7          MR. PADILLA:  And I mean I really didn't, you know --

8          INTERVIEWER:  Believe?

9          MR. PADILLA:  -- cross faith -- yeah, exactly.  I, it

10   wasn't nowhere near my mind, but in any case, at the time I

11   was asking Marwa to send me a Qur'an, and I wanted her to

12   please, go and buy a Qur'an from somewhere.  I really want

13   you to send me the Qur'an, I want to read it, I'm really

14   interested.

15          INTERVIEWER:  Now, Marwa, did you know any about

16  Islam while he asked you for a Qur'an?

17       MS. MARWA:  I knew about it from before.

18       INTERVIEWER:  Uh-huh.

19       MS. MARWA:  But when he asked me about the Qur'an, I 20 forgot what the Qur'an was.

21       INTERVIEWER:  Oh, okay.  Uh-huh.

22       MS. MARWA:  So --

23       INTERVIEWER:  So you had to do research yourself?

24       MS. MARWA:  No.

25       INTERVIEWER:  When looking for the Qur'an?

1       MS. MARWA:  No.

2       INTERVIEWER:  No?

3       MS. MARWA:  When we went to visit him, his mother

4   and I, went to go and see him, he asked us for this Qur'an,

5   and she told me what is this thing, and I said I don't know.  6 And so, we, we, I didn't, we didn't listen to him.  So we

7   never got the Qur'an to him.

8       INTERVIEWER:  You never got one?

9       MS. MARWA:  No.

10       INTERVIEWER:  So, how did you, how did you end up

11   getting the Qur'an?

12       MR. PADILLA:  Well, I finally did, after they

13  released me, after they released me from, you know, from the

14  jail.  After they released me from the jail, I really, I was

15  still interested, but I really didn't know any Mosque or

16  masjid, I didn't know what they were, so I couldn't --

17  I tried phoning a couple places and I looked in the yellow

18  pages, and yes, they were interested in giving me a Qur'an,

19  but some place, I called some Islamic service under the

20  yellow pages and they wanted to sell me a Qur'an.

21       So that really, I really --

22       INTERVIEWER:  It turned you off?

23       MR. PADILLA:  Yeah, it did.  It kind of disturbed --

24  but it didn't disturb me, because I still, the fire was

25  there, you know, I really needed to know, but I said if I

1   have to buy one I'm not going to.  I mean it's the word of

2   Allah, so --

3        INTERVIEWER:  It should be free?

4        MR. PADILLA:  Exactly.  Why should I go and have to

5   buy the Qur'an?  I mean when I explained to them, listen, I

6   am, I was Christian, but I'm not really too sure about

7   Christianity, and I'm very interested in finding out about

8   Islam, and do you have a Qur'an available, can I pick it up,

9   and you know, he said it would cost me ten dollars or

10  something like that, I don't, I don't remember.  It was quite

11  a lot, but it was something like that.

12       Anyway, my, my wife, Marwa, she started working, I

13  don't know, with this brother, I don't know if you know him

14  or not, but his name --

15       INTERVIEWER:  Muslim brother?

16          MR. PADILLA:  Muslim brother named Mohammad Jared

17  (phonetic).

18          INTERVIEWER:  Uh-huh.

19          MR. PADILLA:  He was a manager for Taco Bell at 84

20  and University, and he was Muslim.

21          INTERVIEWER:  Uh-huh.

22          MR. PADILLA:  So, my wife expressed my feelings to

23  him about how eager I was to find out about Islam and, and,

24  and the Qur'an and everything, and how interested I was.  So,

25  he gave her these two Yusef Ali volumes.

1           INTERVIEWER:  Right, yeah, it's a really old

2   edition.

3           MR. PADILLA:  Yeah.  And --

4           INTERVIEWER:  I think they printed those in the '40's

5   or something.

6           MR. PADILLA:  Yeah, yeah, it's two big volumes.

7           INTERVIEWER:  Big volumes, yeah, Volume One and Two.

8           MR. PADILLA:  Yeah.  And she brought them home and

9   man, I was so happy, you know.

10          INTERVIEWER:  (Unintelligible).

11          MR. PADILLA:  I started really reading, and all I did

12  was read.  I mean, it's like, I mean she can tell you, it's

13  just, I stuck to the book.

14          INTERVIEWER:  Uh-huh.

15          MR. PADILLA:  And just read and read and read.  I

16    read it once, and then I went back and I read it twice.

17    Actually, I read the whole Qur'an twice, both volumes.

18         INTERVIEWER:  Uh-huh.

19         MR. PADILLA:  It took me a couple months, but I went

20    back and I read it again.

21         INTERVIEWER:  Now, I want Sister Marwa to talk to us

22    a little bit about the changes that you saw in him when he

23    started reading the Qur'an.  Can you tell us a little bit

24    about this?

25         MS. Marwa:  Well, the things that he used to do

1     before, the drinking and the smoking, stopped completely.

2          INTERVIEWER:  Uh-huh.

3          MS. MARWA:  And his, his mannerisms --

4          MR. PADILLA:  Changed?

5          MS. MARWA:  -- changed dramatically.

6          MR. PADILLA:  Yes.

7          INTERVIEWER:  God willing.  It is like he, looking

8     at this (unintelligible) and the way they live their life and

9     it changes their life completely when they became Muslim.

10         MR. PADILLA:  Yes.

11         MS. MARWA:  Yes.  And, and he was like a sponge.

12         INTERVIEWER:  Uh-huh.

13         MS. MARWA:  The Qur'an was the, the water and he was

14    just soaking up everything.

15         INTERVIEWER:  God willing.

16          MS. MARWA:  God willing.  And when I saw this

17  change in him, then I said this is something.

18          INTERVIEWER:  Yes.

19          MS. MARWA:  And I accepted Islam.

20          INTERVIEWER:  God willing.

21          MS. MARWA:  God willing.

22          INTERVIEWER:  Now, I want you to tell me about your

23  accepting Islam.  Maybe I should -- yeah, Brother Ibrahim,

24  tell me about, you know, what actually made you go and to

25  take the Sahadah, and tell me about when you took

1  Sahadah.

2          MR. PADILLA:  Well, after I got the Yusef Ali volumes 3

from my wife and I read them, Brother Mohammad Jared, after a

4  while, I started working with him.

5          INTERVIEWER:  Uh-huh.

6          MR. PADILLA:  Yeah, my wife, we, I started working --

7          INTERVIEWER:  Working with him?

8          MR. PADILLA:  Yes.

9          INTERVIEWER:  So you were both employed with him?

10          MR. PADILLA:  Both by him.  And we were working with

11  him, and one day he invited us to the masjid.  And at that

12  time, I went, I went to the masjid and that was the first

13  time I've heard the, the Qur'an being recited.  I don't know,

14  I, I don't remember which was the brother that was reciting

15  the Qur'an, but it was beautiful.  I mean it, the way it was

16  being recited, it really, really, even though I wasn't able

17  to understand it, it really penetrated my heart.

18       INTERVIEWER:  Yeah.

19       MR. PADILLA:  And then in the manner in which the

20  Muslim brothers were lined up and praying together as one

21  unit, I mean, lined up, it was the best, the best manner, I

22  mean the best way of worship.

23       INTERVIEWER:  And then, you know, Mash'allah, the

24  story, what you are telling us now is, is proof that when we

25  take a little time and recite the Qur'an as Allah wants us to

1   recite it, miracles, you know, happen.

2        MR. PADILLA:  Yes, and it was like, I was like, it

3   was like really expressing yourself, you know?

4        INTERVIEWER:  Yeah.

5        MR. PADILLA:  And to worship God in that manner, it's

6   like really, the way I saw it is like, man, this the servant

7   of Allah and he is really decrying --

8        INTERVIEWER:  Right, yeah.

9        MR. PADILLA:  -- decrying to the Almighty, yes, you

10  know, here I am.

11       INTERVIEWER:  God willing.

12       MR. PADILLA:  Here I am, it's crazy, I saw it, and

13  going down for bowing and --

14       INTERVIEWER:  And they sit you down.

15       MR. PADILLA:  (Unintelligible) you sit there, yeah,

16    and I was like yes, this is definitely the religion of the

17    Almighty.

18              INTERVIEWER:  God willing.

19              MR. PADILLA:  I saw the order, yes, I knew it was

20    then, I knew for a fact, I said this is it, and when I saw

21    the (unintelligible) --

22              INTERVIEWER:  Yeah.

23              MR. PADILLA:  -- I said yes, this is it.

24              INTERVIEWER:  (Unintelligible).

25              MR. PADILLA:  Yes, how do you call that?  The --

1               INTERVIEWER:  Hamama.

2               MR. PADILLA:  Hamama, yeah.  The Hamama.  I said yes,

3     this is it, this is, this is where the Almighty wants me to

4     be.

5               INTERVIEWER:  God willing.

6               MR. PADILLA:  This is what (unintelligible).

7               INTERVIEWER:  Now, Sister Marwa, he, did he accept

8     Islam before you?

9               MS. MARWA:  Yes, he did.

10              INTERVIEWER:  Okay.  And, now what, what did you,

11    what was your reaction when he accepted Islam, and how long

12    after did you decide to accept Islam?

13              MS. MARWA:  (Unintelligible) accepting Islam was, I

14    let, you know, it was okay for me because he changed.

15              INTERVIEWER:  Yes.

16          MS. MARWA:  The things that he did before, this was

17  good.

18          INTERVIEWER:  Uh-huh.

19          MS. MARWA:  Now, I was able to be more of like a, I

20  was able to, to understand him more, and, and able to

21  communicate with him, and not the person that was before

22  where would just go crazy and --

23          INTERVIEWER:  God willing.

24          MS. MARWA:  Yeah.

25          INTERVIEWER:  This is a, this is a wonderful story.

1   God willing.  All right.  Now, Brother Ibrahim, in closing,

2   what advice do you have for all (unintelligible) who are non-

3   Muslim, and Muslim -- and I want to tell all Muslim Brothers

4   and Sisters that I have witnessed in my lifetime that every

5   time accept Islam, they practice Islam more than us who have

6   Islam all our lives.  It is truly amazing.

7           MR. PADILLA:  Yeah.

8           INTERVIEWER:  I know you don't know, but the sister

9   that I am looking at is in full purdah.  God willing.  And

10  we have such great difficulty in trying to encourage all

11  Muslim sisters, who have been Muslim all their life, to come

12  in the House of Allah, in the masjid, with a, a little scarf

13  over their head.  They want it, you know.  And God willing,

14  you know, people have miracles through this religion, and we,

15  who have it all our lives, it means nothing to us.  It is

16  amazing.

17       What advice do you have for all Muslim Brothers and

18  Sisters before we close (unintelligible)?

19       MR. PADILLA:  Actually, I (unintelligible) advice for

20  the Christians.  Anybody -- well, I have advice for the

21  Christians, for the Christian, Christian Brothers and Sisters

22  out there, the advice I give to them is don't believe all the

23  propaganda that is being portrayed out there about Islam,

24  about terrorism and extremism.

25       If you're really interested in knowing about Islam,

1  you should really either try your best to contact this radio

2  station and really, really find out what a Muslim is and what

3  he practices.  And it has made a dramatic change in my life

4  and it could also make a change in yours.  That's basically

5  it.

6       INTERVIEWER:  Okay.  Sister Marwa?

7       MS. MARWA:  Yes?

8       INTERVIEWER:  Do you have any advice for listeners

9  out there?  Whatever you want.

10       MS. MARWA:  I would like to start by saying that

11  Muslim, Muslim women are not oppressed or suppressed, and

12  whenever the, whenever you see a Muslim woman with a cover

13  over her hair or a veil over her face, do not think that she

14  wears this covering to please men.  She does this to please

15  God, and this covering is used to identify her as a Muslim

16    woman, and to protect her chastity, and also this formal

17    covering is a symbol of modesty and respect, which most women

18    in the West tend to shun.

19          So anyone who would like to know more about Islam,

20    contact your masjid in your area; contact the radio station,

21    and God willing.

22          INTERVIEWER:  God willing.

23          MS. MARWA:  Thank you.

24          INTERVIEWER:  We have so many masjids around, Brother

25    Ibrahim.  I mean it's, there is Pompano Masjid, there is the

1    Islamic School of Broward, then there is Masjid of Man.

2    There is (unintelligible) Islam, Griffin Masjid, and it's

3    like, it's within five minutes of each other, five, ten

4    minutes.

5          MR. PADILLA:  Yeah, yeah.

6          INTERVIEWER:  Within a five mile radius.

7          MR. PADILLA:  Yes.

8          INTERVIEWER:  You know, we have a lot of activities,

9    especially in the month of Ramadan, you know, and you know,

10   it's -- I'm glad that you, Brother, that you came on, Ahan

11   d'Allah, to talk about this.

12         MR. PADILLA:  Thank you.

13         INTERVIEWER:  It is truly amazing.  (Unintelligible)

14   I have known you, and I've always, you know, (unintelligible)

15   admired, you know, very much.

16          MR. PADILLA:  Thank you.  Actually, I've never been

17 so nervous in my whole life.  I don't know how I did this.  I

18 mean, you called me --

19          INTERVIEWER:  Yeah, I called, matter of fact, I

20 called you, I called yesterday, but I wasn't sure that you

21 were going to come on the air tonight.

22          MR. PADILLA:  Yeah, yeah.  (Unintelligible).

23          INTERVIEWER:  Yeah (unintelligible).  God willing.

24          MR. PADILLA:  I was, I was terrified to death coming

25   here.

1          INTERVIEWER:  Yeah.

2          MR. PADILLA:  I didn't know how I was going to do it,

3 but I said I'm going to do it (unintelligible).

4          INTERVIEWER:  Well, I'll tell you something, if you

5 can survive 30 days in the hole, you can survive anything.

6 God willing.

7          MR. PADILLA:  Yeah.

8          INTERVIEWER:  Anyhow, I'd just like to hear about

9 Islamic information, line 1-800-475-2641.  That's 1-800-475-

10 2641.