*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*



CASE 04-60001-CR-COOKE

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.                        MIAMI, FLORIDA
                           JANUARY 22, 2008
                           TUESDAY − 11:00 A.M.

ADHAM AMIN HASSOUN,
KIFAH WAEL JAYYOUSI,
JOSE PADILLA,
   a/k/a "Ibrahim,"
   a/k/a "Abu Abdullah the Puerto Rican",
   a/k/a "Abu Abdullah Al Mujahir",

        Defendants.

---

TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE MARCIA G. COOKE,
UNITED STATES DISTRICT JUDGE

DAY 9

APPEARANCES:

FOR THE GOVERNMENT:

        RUSSELL KILLINGER, A.U.S.A.
        BRIAN K. FRAZIER, A.U.S.A.
        JOHN SHIPLEY, A.U.S.A.
        STEPHANIE PELL, A.U.S.A.
        *United States Attorney's Office*
        99 N.E. 4th Street
        Miami, FL  33132

FOR THE DEFENDANT HASSOUN:

        KENNETH SWARTZ, ESQ.
        *Swartz and Lenamon*
        100 N. Biscayne Blvd.  21st Floor
        Miami, FL  33132 − 305/579-9090
        ken@swartzlawyer.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

### CASE NO. 04-60001-CR
### DE#

- ☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.) _____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD (Habeas Cases)
- X SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (e.g. light print, dark print, etc.)
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☐ OTHER = _____