**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*99 N.E. 4th Street, 5th Floor*
*Miami, Florida 33132-2111*
*(305) 961-9114*

June 30, 2009

FILED by _____ D.C.

JUN 30 2009

STEVEN M. LARIMORE
CLERK U. S. DIST CT
S. D. of FLA - MIAMI

Office of the Clerk
United States District Court for the
Southern District of Florida, Appeals Section
301 North Miami Avenue
Miami, Florida 33128

Re:   *United States v. Kifah Jayyousi, Adham Hassoun,*
        *and Jose Padilla*
      Court of Appeals Case No. 08-10494-SS
      District Court Case No. 04-60001-CR-Cooke

Dear Appellate Clerk:

Pursuant to Eleventh Circuit Rules regarding transmission of exhibits (FRAP 11(b), Eleventh Circuit Rule 11-3, and IOP-3), the United States requests that the enclosed government exhibits be transferred to the Eleventh Circuit Court of Appeals as part of the record on appeal. Enclosed are all the government's exhibits admitted at trial, including transcripts of recorded calls, except for (1) the underlying recordings from those calls which are available upon request, and (2) enlargements and demonstrative exhibits. For ease of reference, a copy of the government's exhibit list, reviewed by the district court and provided to the jury at trial, is attached. Please note as well that, pursuant to the district court's order (DE1321), a copy of government exhibit 400 (the "blue binder") has been substituted in lieu of the original.

We would greatly appreciate if you would forward a copy of this letter to the Eleventh Circuit when transmitting the enclosed exhibits.

Sincerely,

Jeffrey H. Sloman
Acting United States Attorney

By:

John C. Shipley
Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
305-961-9111

cc:    Counsel of Record on Appeal (letter only)

8/8/07

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA

### v.

### ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | Date | Time | DESCRIPTION OF EXHIBIT | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|---|---|
| 1T 1TR | 4/8/1994 | 12:05 | Tape Translation | BD/ Rohan Gunaratna | 6/4/07 |
| 2T 2TR | 4/12/1994 | 17:21 | Tape Translation | JK / Rohan Gunaratna | 6/4/07 |
| 3T 3TR | 4/23/1994 | 14:32 | Tape Translation | JK | 6/4/07 |
| 4T 4TR | 6/13/1994 | 19:41 | Tape Translation | FH | 6/4/07 |
| 5T 5TR | 6/17/1994 | 22:45 | Tape Translation | BD / John Kavanaugh | 6/4/07 |
| 6T 6TR | 7/11/1994 | 21:22 | Tape Translation | BD / Rohan Gunaratna | 6/4/07 |
| 7T 7TR | 8/15/1994 | 19:04 | Tape Translation | JK | 6/4/07 |
| 8T 8TR | 8/27/1994 | 13:21 | Tape Translation | JK | 6/4/07 |
| 9T 9TR | 9/17/1994 | 23:12 | Tape Translation | JK/ John Kavanaugh | 6/4/07 |
| 10T 10TR | 1/20/1995 | 21:42 | Tape Translation | FH / Rohan Gunaratna | 6/4/07 |
| 11T 11TR | 1/24/1995 | 17:12 | Tape Translation | MS | 6/4/07 |

8/8/07

# LIST OF ADMITTED GOVERNMENT EXHIBITS

**UNITED STATES OF AMERICA**

v.

**ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.**

Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | Date | Time | DESCRIPTION OF EXHIBIT | | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 12T 12TR | 1/26/1995 | 22:16 | Tape | Translation | FH / Rohan Gunaratna | 6/4/07 |
| 13T 13TR | 1/27/1995 | 16:22 | Tape | Translation | JK | 6/4/07 |
| 14T 14TR | 1/28/1995 | 21:35 | Tape | Translation | BD | 6/4/07 |
| 15T 15TR | 1/28/1995 | 11:28 | Tape | Translation | JK | 6/4/07 |
| 16T 16TR | 1/28/1995 | 21:00 | Tape | Translation | FH | 6/4/07 |
| 17T 17TR | 3/17/1995 | 16:01 | Tape | Translation | JK / Jeremy Collins | 6/4/07 |
| 18T 18TR | 3/21/1995 | 21:37 | Tape | Translation | FH / John Kavanaugh | 6/4/07 |
| 19T 19TR | 5/27/1995 | 11:56 | Tape | Translation | JK / Rohan Gunaratna | 6/4/07 |
| 20T 20TR | 6/6/1995 | 21:14 | Tape | Translation | JK/ John Kavanaugh | 6/4/07 |
| 21T 21TR | 6/8/1995 | 18:33 | Tape | Translation | JK | 6/4/07 |
| 22T 22TR | 6/9/1995 | 20:47 | Tape | Translation | JK | 6/4/07 |

8/8/07

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA
### v.
### ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)

| NO. | Date | Time | DESCRIPTION OF EXHIBIT | | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 23T 23TR | 6/17/1995 | 12:04 | Tape Translation | | BD/ John Kavanaugh | 6/4/07 |
| 24T 24TR | 6/17/1995 | 12:26 | Tape Translation | | JK | 6/4/07 |
| 25T 25TR | 6/17/1995 | 20:53 | Tape Translation | | JK | 6/4/07 |
| 26T 26TR | 6/18/1995 | 21:36 | Tape Translation | | BD/ John Kavanaugh | 6/4/07 |
| 27T 27TR | 6/19/1995 | 18:07 | Tape Translation | | MS/ Rohan Gunaratna | 6/4/07 |
| 28T 28TR | 6/25/1995 | 21:53 | Tape Translation | | JK / Rohan Gunaratna | 6/4/07 |
| 29T 29TR | 8/7/1995 | 7:34 | Tape Translation | | FH | 6/4/07 |
| 30T 30TR | 8/9/1995 | 6:03 | Tape Translation | | BD | 6/4/07 |
| 31T 31TR | 8/9/1995 | 21:13 | Tape Translation | | FH/ Jeremy Collins | 6/4/07 |
| 32T 32TR | 9/12/1995 | 15:59 | Tape Translation | | JK/ Jeremy Collins | 6/4/07 |

8/8/07

## LIST OF ADMITTED GOVERNMENT EXHIBITS

### UNITED STATES OF AMERICA
v.
ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)

| NO. | Date | Time | DESCRIPTION OF EXHIBIT | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|---|---|
| 33T 33TR | 9/19/1995 | 19:28 | Tape Translation | JK | 6/4/07 |
| 34 | | | CD | | 6/4/07 |
| 35T 35TR | 1/4/1996 | 21:16 | Tape Translation | BD / Rohan Gunaratna | 6/4/07 |
| 36T 36TR | 1/5/1996 | 19:26 | Tape Translation | BD | 6/4/07 |
| 37T 37TR | 1/6/1996 | 13:40 | Tape Translation | JK / John Kavanaugh | 6/4/07 |
| 38T 38TR | 1/17/1996 | 21:20 | Tape Translation | JK | 6/4/07 |
| 39T 39TR | 1/18/1996 | 7:09 | Tape Translation | BD / Jeremy Collins | 6/4/07 |
| 40T 40TR | 1/18/1996 | 7:30 | Tape Translation | BD / Jeremy Collins | 6/4/07 |
| 41T 41TR | 1/29/1996 | 23:31 | Tape Translation | BD | 6/4/07 |
| 42T 42TR | 2/18/1996 | 18:45 | Tape Translation | BD | 6/4/07 |
| 43T 43TR | 4/2/1996 | 9:03 | Tape Translation | BD / Jeremy Collins | 6/4/07 |

8/8/07

# LIST OF ADMITTED GOVERNMENT EXHIBITS

### UNITED STATES OF AMERICA

v.

### ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | Date | Time | DESCRIPTION OF EXHIBIT | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|---|---|
| 44T 44TR | 4/13/1996 | 10:07 | Tape Translation | BD / Jeremy Collins | 6/4/07 |
| 45T 45TR | 6/25/1996 | 14:01 | Tape Translation | BD | 6/4/07 |
| 46T 46TR | 10/23/1996 | 10:01 | Tape Translation | BD / Rohan Gunaratna | 6/4/07 |
| 47T 47TR | 11/7/1996 | 11:06 | Tape Translation | BD | 6/4/07 |
| 48T 48TR | 11/7/1996 | 11:37 | Tape Translation | JK | 6/4/07 |
| 49T 49TR | 1/1/1997 | 16:14 | Tape Translation | BD / Rohan Gunaratna | 6/4/07 |
| 50T 50TR | 5/5/1997 | 12:04 | Tape Translation | FH / Rohan Gunaratna | 6/4/07 |
| 51T 51TR | 5/8/1997 | 12:37 | Tape Translation | BD / Rohan Gunaratna | 6/4/07 |
| 52T 52TR | 5/11/1997 | 18:33 | Tape Translation | JK / Rohan Gunaratna | 6/4/07 |
| 53T 53TR | 5/12/1997 | 7:11 | Tape Translation | JK / Rohan Gunaratna | 6/4/07 |

8/8/07

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA

v.

## ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | Date | Time | DESCRIPTION OF EXHIBIT | | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 54T 54TR | 1/16/1996 | 23:27 | Tape Translation | | MS / John Kavanaugh | 6/4/07 |
| 55T 55TR | 5/10/1996 | 22:34 | Tape Translation | | JK | 6/4/07 |
| 56T 56TR | 5/18/1996 | 2:56 | Tape Translation | | JK | 6/4/07 |
| 57T 57TR | 5/23/1996 | 22:56 | Tape Translation | | FH | 6/4/07 |
| 58T 58TR | 5/30/1996 | 23:50 | Tape Translation | | MS / John Kavanaugh | 6/4/07 |
| 59T 59TR | 6/2/1996 | 18:10 | Tape Translation | | JK / John Kavanaugh | 6/4/07 |
| 60T 60TR | 6/8/1996 | 18:25 | Tape Translation | | JK / John Kavanaugh | 6/4/07 |
| 61T 61TR | 6/11/1996 | 21:37 | Tape Translation | | JK | 6/4/07 |
| 62T 62TR | 6/16/1996 | 11:17 | Tape Translation | | MS / John Kavanaugh | 6/4/07 |
| 63T 63TR | 6/30/1996 | 11:55 | Tape Translation | | FH | 6/4/07 |

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA

v.

## ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | Date | Time | DESCRIPTION OF EXHIBIT | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|-----|------|------|------------------------|--------------------------------------|---------------|
| 64T 64TR | 6/30/1996 | 11:36 | Tape Translation | MS/ John Kavanaugh | 6/4/07 |
| 65T 65TR | 7/6/1996 | 23:25 | Tape Translation | BD | 6/4/07 |
| 66T 66TR | 7/23/1996 | 8:30 | Tape Translation | BD | 6/4/07 |
| 67T 67TR | 9/1/1996 | 1:51 | Tape Translation | JK / John Kavanaugh | 6/4/07 |
| 68T 68TR | 9/2/1996 | 14:53 | Tape Translation | JK/ John Kavanaugh | 6/4/07 |
| 69T 69TR | 9/24/1996 | 17:12 | Tape Translation | FH / Rohan Gunaratna | 6/4/07 |
| 70T 70TR | 9/29/1996 | 20:21 | Tape Translation | MS | 6/4/07 |
| 71T 71TR | 10/23/1996 | 21:42 | Tape Translation | JK / John Kavanaugh | 6/4/07 |
| 72T 72TR | 10/25/1996 | 1:50 | Tape Translation | MS / John Kavanaugh | 6/4/07 |
| 73T 73TR | 11/30/1996 | 6:46 | Tape Translation | BD / John Kavanaugh | 6/4/07 |

8/8/07

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA

### v.

## ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | Date | Time | DESCRIPTION OF EXHIBIT | | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 74T 74TR | 11/30/1996 | 16:32 | Tape Translation | | MS | 6/4/07 |
| 75T 75TR | 12/31/1996 | 21:47 | Tape Translation | | FH / John Kavanaugh | 6/4/07 |
| 76T 76TR | 1/7/1997 | 22:30 | Tape Translation | | BD / John Kavanaugh | 6/4/07 |
| 77T 77TR | 1/26/1997 | 16:18 | Tape Translation | | JK / Rohan Gunaratna | 6/4/07 |
| 78T 78TR | 1/26/1997 | 22:42 | Tape Translation | | JK / John Kavanaugh | 6/4/07 |
| 79T 79TR | 2/8/1997 | 10:49 | Tape Translation | | JK / Rohan Gunaratna | 6/4/07 |
| 80T 80TR | 2/16/1997 | 20:16 | Tape Translation | | JK / Rohan Gunaratna | 6/4/07 |
| 81T 81TR | 4/6/1997 | 12:27 | Tape Translation | | FH / John Kavanaugh | 6/4/07 |
| 82T 82TR | 4/6/1997 | 15:02 | Tape Translation | | FH / John Kavanaugh | 6/4/07 |
| 83T 83TR | 5/10/1997 | 13:16 | Tape Translation | | JK / John Kavanaugh | 6/4/07 |

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA
### v.
### ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | Date | Time | DESCRIPTION OF EXHIBIT | | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 84T 84TR | 5/11/1997 | 13:16 | Tape | Translation | FH / Rohan Gunaratna | 6/4/07 |
| 85T 85TR | 5/11/1997 | 15:24 | Tape | Translation | JK / Rohan Gunaratna | 6/4/07 |
| 86T 86TR | 6/7/1997 | 13:52 | Tape | Translation | BD/ John Kavanaugh | 6/4/07 |
| 87T 87TR | 7/9/1997 | 23:40 | Tape | Translation | BD / Rohan Gunaratna | 6/4/07 |
| 88T 88TR | 7/28/1997 | 21:22 | Tape | Translation | BD / John Kavanaugh | 6/4/07 |
| 89T 89TR | 11/12/1997 | 14:09 | Tape | Translation | FH / John Kavanaugh | 6/4/07 |
| 90T 90TR | 12/8/1997 | 21:19 | Tape | Translation | JK | 6/4/07 |
| 91T 91TR | 1/21/1998 | 1:17 | Tape | Translation | BD | 6/4/07 |
| 92T 92TR | 2/10/1998 | 15:50 | Tape | Translation | JK / Rohan Gunaratna | 6/4/07 |
| 93T 93TR | 4/16/1998 | 14:46 | Tape | Translation | BD | 6/4/07 |

8/8/07

# LIST OF ADMITTED GOVERNMENT EXHIBITS

### UNITED STATES OF AMERICA

v.

### ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | DESCRIPTION OF EXHIBIT | Date | Time | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|---|---|
| 94T 94TR | Tape Translation | 6/17/1998 | 23:43 | FH / John Kavanaugh | 6/4/07 |
| 95T 95TR | Tape Translation | 6/21/1998 | 23:40 | MS / John Kavanaugh | 6/4/07 |
| 96T 96TR | Tape Translation | 6/24/1998 | 13:34 | MS / John Kavanaugh | 6/4/07 |
| 97T 97TR | Tape Translation | 6/25/1998 | 23:28 | FH / John Kavanaugh | 6/4/07 |
| 98T 98TR | Tape Translation | 6/27/1998 | 18:16 | BD / John Kavanaugh | 6/4/07 |
| 99T 99TR | Tape Translation | 7/7/1998 | 16:29 | MS / John Kavanaugh | 6/4/07 |
| 100T 100TR | Tape Translation | 7/18/1998 | 14:51 | FH / John Kavanaugh | 6/4/07 |
| 101T 101TR | Tape Translation | 7/18/1998 | 15:18 | FH / John Kavanaugh | 6/4/07 |
| 102T 102TR | Tape Translation | 7/28/1998 | 2:07 | MS / John Kavanaugh | 6/4/07 |
| 103T 103TR | Tape Translation | 7/29/1998 | 22:25 | BD | 6/4/07 |

8/8/07

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA

### v.

### ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

#### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | Date | Time | DESCRIPTION OF EXHIBIT | | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|-----|------|------|------------------------|---|--------------------------------------|---------------|
| 104T 104TR | 8/10/1998 | 0:10 | Tape Translation | | FH/MS / John Kavanaugh | 6/4/07 |
| 105T 105TR | 8/17/1998 | 0:17 | Tape Translation | | MS | 6/4/07 |
| 106T 106TR | 8/28/1998 | 20:59 | Tape Translation | | FH / John Kavanaugh | 6/4/07 |
| 107T 107TR | 8/29/1998 | 12:11 | Tape Translation | | MS / John Kavanaugh | 6/4/07 |
| 108T 108TR | 9/5/1998 | 12:39 | Tape Translation | | MS | 6/4/07 |
| 109T 109TR | 9/5/1998 | 12:46 | Tape Translation | | MS | 6/4/07 |
| 110T 110TR | 10/20/1998 | 0:23 | Tape Translation | | MS / John Kavanaugh | 6/4/07 |
| 111T 111TR | 2/8/1999 | 21:17 | Tape Translation | | FH / John Kavanaugh | 6/4/07 |
| 112T 112TR | 2/8/1999 | 23:02 | Tape Translation | | FH / John Kavanaugh | 6/4/07 |

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA
### v.
### ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | Date | Time | DESCRIPTION OF EXHIBIT | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|---|---|
| 113T 113TR | 7/25/1999 | 7:56 | Tape Translation | FH / John Kavanaugh | 6/4/07 |
| 114T 114TR | 7/25/1999 | 8:02 | Tape Translation | BD / John Kavanaugh | 6/4/07 |
| 115T 115TR | 7/25/1999 | 9:38 | Tape Translation | JK/John Kavanaugh | 6/4/07 |
| 116T 116TR | 10/17/1999 | 10:29 | Tape Translation | BD / John Kavanaugh | 6/4/07 |
| 117T 117TR | 4/10/2000 | 16:33 | Tape Translation | BD / John Kavanaugh | 6/4/07 |
| 118T 118TR | 9/3/2000 | 7:10 | Tape Translation | MS / John Kavanaugh | 6/4/07 |
| 119T 119TR | 9/3/2000 | 9:16 | Tape Translation | MS / John Kavanaugh | 6/4/07 |
| 120T 120TR | 9/3/2000 | 9:39 | Tape Translation | MS / John Kavanaugh | 6/4/07 |
| 121T 121TR | 10/9/2000 | 7:52 | Tape Translation | MS / John Kavanaugh | 6/4/07 |
| 122T 122TR | 10/11/2000 | 23:58 | Tape Translation | MS / John Kavanaugh | 6/4/07 |

8/8/07

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA
### v.
### ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)

| NO. | Date | Time | DESCRIPTION OF EXHIBIT | | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|-----|------|------|------------------------|---|--------------------------------------|---------------|
| 123T 123TR | 10/15/2000 | 11:39 | Tape Translation | | MS / John Kavanaugh | 6/4/07 |
| 124T 124TR | 10/15/2000 | 11:46 | Tape Translation | | MS / John Kavanaugh | 6/4/07 |
| 125T 125TR | 1/18/1996 | 12:20 | Tape Translation | | BD/ John Kavanaugh | 6/22/07 |
| 126T 126TR | 5/14/1997 | 21:43 | Tape Translation | | BD/ Rohan Gunaratna | 6/26/07 |
| 200F 200FT | 7/11/1994 | 17:00 | Fax Translation | Advice and Reformation Committee letter signed by Usama Bin Laden | FH / Rohan Gunaratna | 6/4/07 |
| 201F 201FT | 1/24/1995 | 13:35 | Fax Translation | Outgoing AIG communique regarding trial of Sheik Omar Abdul Rahman and related pages | JK | 6/4/07 |

8/8/07

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA
### v.
### ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | Date | Time | DESCRIPTION OF EXHIBIT | | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 202F | 3/11/1995 | 19:22 | Fax | Handwritten letter from Abu Bakr Abdullah Shishani faxed to Defendant Jayyousi with note from Um Mohammad Shishani | FH | 6/4/07 |
| 202FT | | | Translation | | | |
| 203F | 6/8/1995 | 8:33 | Fax | Letter from Abu Abdullah Lubnani and Defendant Jayyousi to Sheikh Fat'hi | JK / John Kavanaugh | 6/21/07 |
| 203FT | | | Translation | | | |
| 204F | 6/11/1995 | 15:44 | Fax | Handwritten letter from Um Mohammad to Defendant Jayyousi | FH | 6/4/07 |
| 204FT | | | Translation | | | |
| 205F 205FT | 6/18/1995 | 21:31 | Fax Translation | Letter from Defendant Jayyousi to Um Mohammad | BD / John Kavanaugh | 6/4/07 |

8/8/07

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA
v.
## ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)

| NO. | Date | Time | DESCRIPTION OF EXHIBIT | | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 206F | 9/7/1995 | 1:18 | Fax | Invoice for Radios (Bukhari Communications) | Jeremy Collins | 6/4/07 |
| 207F 207FT | 9/12/1995 | 20:10 | Fax Translation | Fax to Jeremy Collins from Aqeed Abu Mujahid | FH / Jeremy Collins | 6/4/07 |
| 208F 208FT | 1/21/1996 | 15:36 | Fax Translation | News article regarding Abu Mohjin | MS | 6/4/07 |
| 209F | 1/31/1996 | 15:50 | Fax | Fax from Barry University regarding "Peace or Jihad" Conference (program) | Rise Samra | 6/4/07 |
| 210F | 2/9/1996 | 16:29 | Fax | Fax from Barry University regarding "Peace or Jihad" Conference | Rise Samra | 6/4/07 |

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA
### v.
### ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | Date | Time | DESCRIPTION OF EXHIBIT | | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 211F | 12/30/1996 | 23:31 | Fax | Internet articles from Reuters and Washingtonpost. com regarding Ogaden | | 6/4/07 |
| 212F 212FT | 1/1/1997 | 20:27 | Fax Translation | Handwritten letter regarding fighting in Ogaden | BD / John Kavanaugh | 6/4/07 |
| 213F 213FT | 9/20/1996 | 08:06 | Fax Translation | Handwritten letter listing 12 Arab Mujahideen killed in Ogaden | BD/ Rohan Gunaratna | 6/4/07 |
| 214F 214FT | 3/23/1997 | 04:43 | Fax Translation | Handwritten letter from Abu Mustafa to Defendant Jayyousi regarding Lebanese Embassies | FH | 6/4/07 |

# LIST OF ADMITTED GOVERNMENT EXHIBITS

### UNITED STATES OF AMERICA

v.

### ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)

| NO. | Date | Time | DESCRIPTION OF EXHIBIT | | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|-----|------|------|------------------------|---|--------------------------------------|---------------|
| 215F | 9/21/1994 | 14:12 | Fax | Handwritten Cover Page from Abu Abdullah al-Lubnani enclosing Fatwa on Afghanistan Mujahideen | FH /John Kavanaugh | 6/25/07 |
| 215FT | | | Translation | | | |
| 216F | 6/6/1995 | 21:30 | Fax | Letter from American Islamic Group regarding Mohammad Zaky | FH/ John Kavanaugh | 6/21/07 |
| 216FT | | | Translation | | | |

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA
v.
## ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | DESCRIPTION OF EXHIBIT Date   Time | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|
| 300 | Sony Magneto Optical Disk 9.1 GB | Ken Bensman | 5/21/07 |
| 301 | Maxell 8mm Data Cartridge | Ken Bensman | 5/21/07 |
| 302 | Maxell Reel to Reel Sound Recording Tape | Ken Bensman | 5/21/07 |
| 304 | REVOX PowerPoint Presentation | Ken Bensman | 5/21/07 |
| 305 | DRRS-LA PowerPoint Presentation | Ken Bensman | 5/21/07 |
| 306 | PINE-LA PowerPoint Presentation | Ken Bensman | 5/21/07 |
| 307 | DMW PowerPoint Presentation | William Phillips | 5/21/07 |
| 310 | List of Tapes - Kent Hukill | Kent Hukill | 5/22/07 |
| 311 | List of Hassoun Calls - Kent Hukill | Kent Hukill | 5/22/07 |
| 312 | List of Padilla Calls - Russell Fincher | Russell Fincher | 5/30/07 |
| 313 | List of Jayyousi Calls - Jeremy Collins | Jeremy Collins | 6/4/07 |
| 400 | Blue Binder Containing Mujahideen Information Forms | Jennifer Hale | 5/17/07 |
| 400TR | Binder Containing English Translations of all Forms in Gov. Ex. 400 | Nancy Khouri | 5/17/07 |

# LIST OF ADMITTED GOVERNMENT EXHIBITS

**UNITED STATES OF AMERICA**
**v.**
**ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.**

**Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)**

| NO. | DESCRIPTION OF EXHIBIT<br>Date Time | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|
| 403 A-E | Mujahideen Information Form (first 5 pages from Gov. Ex. 400) | Nancy Khouri | 5/17/07 |
| 403TR A-E | English Translation of Gov. Ex. 403 A-E | Nancy Khouri | 5/17/07 |
| 404 | Defendant Padilla's "Standard" Fingerprint Card | John Morgan | 5/17/07 |
| 408<br>408a<br>408b<br>408c<br>408d<br>408e<br>408f<br>408g<br>408h<br>408i | Jose Padilla 1996 Passport Application<br>Jose Padilla Baptism Certificate<br>Jose Padilla Elgin Community College Woodworking Certificate<br>Prudential Insurance Company Statement<br>Copy of Social Security Card and Florida Driver's Licenses<br>Letter from State Department Requesting Additional Documentation<br>Saint Mary of Nazarath Hospital Center Discharge Instructions<br>Barnett Bank Account Summary<br>U.S. Individual Income Tax Return<br>Supplemental Information Form | Peter Carlson | 5/15/07 |
| 409<br>409a<br>409b | Jose Padilla 2001 Passport Application<br>Copy of face sheet of Padilla 1996 passport<br>Karachi (Pakistan) Police Station Police Report | Peter Carlson | 5/15/07 |
| 410 | Jose Padilla 2001 Passport | Peter Carlson | 5/15/07 |
| 411 | Mohammed Youssef 1990 Passport Application | Peter Carlson | 5/15/07 |

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA
### v.
### ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | DESCRIPTION OF EXHIBIT | | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|---|
| | Date | Time | | |
| 412 | Mohammed Youssef 2000 Passport Application | | Peter Carlson | 5/15/07 |
| 413 | Mohammed Youssef Passport | | Peter Carlson | 5/15/07 |
| 425TR | Pages 126-127 from Gov. Ex. 400TR (Abu Hafs Letter) | | Rohan Gunaratna | 6/29/07 |
| 426TR | Page 132 from Gov. Ex. 400TR (excerpt from a Mujahideen Information Form) | | Rohan Gunaratna | 6/29/07 |
| 428TR | Page 246 from Gov. Ex. 400TR (excerpt from a Mujahideen Information Form) | | Rohan Gunaratna | 6/29/07 |
| 451 | Usama Bin Laden Photograph | | Rohan Gunaratna | 6/25/07 |
| 454 | Omar Abdel Rahman Photograph | | Rohan Gunaratna | 6/26/07 |
| 490 | Page from Gov. Ex. 400 (the Blue Binder) bearing Bates No. AFGP-93 | | Gerald LaPorte | 7/12/07 |
| 500a-e | Kandahar Guesthouse Photographs (Composite Exhibit) | | Yaya Goba | 5/18/07 |
| 501a | Al Farooq Camp Photograph | | Yaya Goba | 5/18/07 |

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA
### v.
### ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)

| NO. | DESCRIPTION OF EXHIBIT | | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|---|
| | Date | Time | | |
| 600 | Bank of America f/k/a Barnett Bank - Account # 03-60395 (Composite Exhibit) | | John Kavanaugh | 6/8/07 |
| 600a | 1/31/1997 | Check from Hassoun to Daher - $2000 (Memo: "Somalia") | | |
| 600b | 6/22/98 | Check from Hassoun to CASH - (Memo: "Mohamed Hisham") | | |
| 600c | 6/22/98 | Official Check $5,000 - Pay To Order Of Mohamed Hisham Sayufudeen | | |
| 600d | 6/24/98 | Counter Deposit $5,000 | | |
| 600e | 8/1/99 | Check from Hassoun to A. Hussein -$1000 (Memo: "Ibrahim") | | |
| 600f | 6/13/94 | Check from Hassoun to Kifah Jayyousi - $1,000 | | |
| 600g | 4/18/95 | Check from Hassoun to American Worldwide Relief - $2,500 | | |
| 600h | 7/25/95 | Check from Hassoun to Canadian Islamic Association - $8,000 | | |
| 600i | 8/2/95 | Check from Hassoun to American Worldwide Relief - $5,000 | | |
| 600j | 8/31/95 | Check from Hassoun to Canadian Islamic Association - $3,000 | | |
| 600k | 2/15/96 | Check from Hassoun to Kifah Jayyousi - $600 | | |
| 600l | 8/18/98 | Check from Hassoun to Global Relief Foundation - $5,000 | | |
| 600m | 4/5/99 | Check from Hassoun to Global Relief Foundation - $3,000 | | |
| 600n | 4/15/99 | Check from Hassoun to Global Relief Foundation  - $600 | | |
| 600o | 10/1/99 | Check from Hassoun to Global Relief Foundation  - $2,500 | | |
| 600p | 10/20/99 | Check from Hassoun to Global Relief Foundation - $2,500 | | |
| 600q | 1/20/00 | Check from Hassoun to Global Relief Foundation - $2,000 | | |
| 600r | 11/1/01 | Check from Hassoun to Global Relief Foundation - $2,000 | | |
| 601 | Western Union Wire Transfer Records for Defendant Hassoun | | John Kavanaugh | 6/8/07 |
| 602 | Bank of America Credit Card Statements for Defendant Hassoun | | John Kavanaugh | 6/8/07 |

8/8/07

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA
### v.
### ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | DESCRIPTION OF EXHIBIT<br>Date          Time | TRANSLATOR/<br>WITNESS FIRST<br>DISCUSSING | DATE<br>ADMITTED |
|---|---|---|---|
| 603 | Bank of America - Account # 03-16104 for American Worldwide Relief (Composite Exhibit) | Jeremy Collins | 6/5/07 |
| 603a<br>603b<br>603c | Bank of America Master Agreement - Account # 03-16104 AWR<br>Bank of America Statement 5/8/97 - 6/6/97  Account # 03-16104 AWR<br>Check # 580 5/8/97 $3,000 - Pay to Order of Mohammed Faris | | |
| 700 | Large Map of Asia and Middle East | Jennifer Hale | 5/15/07 |
| 705 | Edited CNN videotape of interview with Usama Bin Laden - 5/11/97 | Rohan Gunaratna | 6/26/07 |
| 706 | Photograph of Mohammad Zaky | Jeremy Collins | 6/4/07 |
| 708 | Advice of Rights Form for Defendant Hassoun dated 8/13/02 | John Kavanaugh | 6/14/07 |
| 710 | Photocopy of Photograph of Salwa Shishani | Errol Bueller | 8/2/07 |
| 711 | Clip of Barry University Video from Conference "The Holy Land: Peace or Jihad" | Rise' Samra | 8/7/07 |
| 725 | Image of "Trash Marks" on Gov. Ex. 403 A-E and other pages from Gov. Ex. 400 (Blue Binder) | Gerald LaPorte | 7/12/07 |

8/8/07

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA
### v.
## ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | DESCRIPTION OF EXHIBIT | | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|---|
| | **Date** | **Time** | | |
| 800 | GLOCOM Records (Composite Exhibit) | | Christi Bricco (Nearhoof) | 6/5/07 |
| 800a | Quotation | | | |
| 800b | Sales Record | | | |
| 800c | Invoice | | | |
| 800d | American Worldwide Relief Purchase Order | | | |
| 800e | Bank of America Wire Transfer from American Worldwide Relief - $43,612 | | | |
| 800f | Digistar Subscription ContractPacking List (1st Phone) | | | |
| 800g | Commissioning Approval | | | |
| 800h | TES Record | | | |
| 800i | TES Profile Card | | | |
| 800j | Packing List (2nd Phone) | | | |
| 800k | Brochure - 2000+ Inmarsat-M Briefcase | | | |
| 800l | Invoice dated 11/29/95 Additional Purchase of Minutes | | | |
| 800m | Wire Transfer for Additional Minutes | | | |
| 800n | Fax dated 1/2/96 from American Worldwide Relief for Additional Minutes | | | |
| 800o | GLOCOM Telefax with passwords for Additional Minutes | | | |
| 800p | Service Records | | | |
| 800q | American Worldwide Relief Letter to Christi Nearhoof | | | |
| 801 | Islam Report (December 1994) | | Jeremy Collins | 6/4/07 |
| 802 | Islam Report (March/April 1994) | | Jeremy Collins | 6/4/07 |
| 803 | Islam Report (April/May 1994) | | Jeremy Collins | 6/4/07 |

8/8/07

# LIST OF ADMITTED GOVERNMENT EXHIBITS

## UNITED STATES OF AMERICA
### v.
### ADHAM AMIN HASSOUN, KIFAH WAEL JAYYOUSI AND JOSE PADILLA, ET AL.

#### Case Number 04-60001-Cr-Cooke (s)(s)(s)(s)(s)

| NO. | DESCRIPTION OF EXHIBIT Date Time | TRANSLATOR/ WITNESS FIRST DISCUSSING | DATE ADMITTED |
|---|---|---|---|
| 804 | Canadian Immigration Records for Kassem Daher | John Kavanaugh | 6/7/07 |
| 806 | List of Translated Calls - Baria Dagher | BD | 5/29/07 |
| 807 | List of Translated Calls - Joyce Kandalaft | JK | 5/29/07 |
| 808 | List of Translated Calls - Maged Sam | MS | 5/23/07 |
| 809 | List of Translated Calls - Fady Haydar | FH | 5/29/07 |
| 901 901a 901b 901c 901d | Padilla Personal Property (Composite of original items) Jose Padilla Handwritten Resume Jose Padilla Contact List Hebba Hussein Note Jose Padilla Identification Documents | Craig Donnachie | 7/12/07 |
| 902 | Copies of individual pages from within Gov. Ex. 901 including translations | JK | 7/13/07 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 04CR60001-MGC
## DE#

☐   **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.)_____

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ ORIGINAL BANKRUPTCY TRANSCRIPT

☐ STATE COURT RECORD (Habeas Cases)

☐ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☐ PHOTOGRAPHS

☐ POOR QUALITY (e.g. light print, dark print, etc.)

☐ SURETY BOND (original or letter of undertaking)

☐ CD's, DVD's, VHS Tapes, Cassette Tapes

X OTHER = _2 BOXES OF TRIAL EXHIBITS_____