**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 04-60001-CR-COOKE/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,
Vs.

JOSE PADILLA,

    Defendant.
_____/

**ORDER ON JOINT MOTION TO CONTINUE RE-SENTENCING DATE**

THIS CAUSE came before the Court on the *Joint Motion to Continue Re-Sentencing Date and for Scheduling Order* (ECF No. 1450). The Court having reviewed the pertinent information and being duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **GRANTED in part, DENIED in part.** Re-sentencing is continued to *Tuesday, September 9, 2014 at 9:30 a.m.* Sentencing briefs due: August 22, 2014.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami-Dade County, Florida this 22nd day of July 2014.

*(signed)* Marcia G. Cooke
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
All counsel of record.