Good Morning Your Honor,

My name is Tomas Texidor, I am one of Jose's younger brothers. I've been following his case closely since day one. A lot of things have been said and done, that I and millions of Americans and people world wide disagree with since he arrived to Chicago O Hare Airport on May 8, 2002. Here we are today 12 years and counting of deep isolation, and still asking for more time. No American in our history has endured such severe treatment in his own country.

I think that it is only right for me to speak on the Jose I knew growing up. We grew up in Chicago with a single mother raising us, and he helped her in every way he could. He watched me and my younger brother when my mom was at work and protected us from bullies in the street. I looked up to him like a father figure at that time in my life. He was a home body, and loved to watch TV. He liked to watch old shows like the Three Stooges The Little Rascals, and Bruce Lee movies just to name a few. He loved to watch sporting events. He put us on to Michael Jordan when he was coming out of college. He was very smart, and when he was in eighth grade he was transferred to a magnet school. He had a unique way to look at things. My mom took us to church on Sunday's, and he found a deep fascination with Lord at an early age. He preached to people like he was a pastor. He kept us in line when we disobeyed the word of God.

When he turned 13 he started to go out more and made some friends along the way. That's when he was arrested and charged for a crime that took place in an alley around our neighborhood. My mom was devastated. It was a huge blow to us and one that would scar his record for life.

He was released a few months shy of his 18th birthday, and I was a young teenager at the time. My mom decided to move from Chicago to Florida, and I was really upset to leave my friends behind, but I understand why she left. His past would come to haunt him when he told my mom that he wanted to enlist in the Navy. He could not be excepted because of his record. He continued to work were he can, and even found me my first job at Taco Bell. He would talk to me about opening his own catering business, and how he could make good money at it He always wanted to make a difference that was beneficial for him and his family. He was really good at baseball, and, once told me that he wanted to sign up for the minor leagues. But that was as far as he got with that.
I know he would've made a great out fielder with the arm he had. He can throw a ball so far that it felt like it was in the air for minutes.

Whatever he did he wanted to master it. Whether it was religion, sports, or simply working hard, He set out to be the best he can be. He is an inspiration to the ones closest to him especially me. This is why it is so hard for me to see him like this. This is the closest we get to see him outside of a glass. I don't know when I will see him again. With no visits no commissary and no phone calls, we assume and pray that he is OK. He won't speak to his lawyer, and barely speaks to us when we use to visit with him. But how can anyone blame him considering everything he's gone through.

He lost complete trust in the system.  In fact he told me once that the inside of a court room makes his stomach turn. The only thing he's ever wanted is to be  free. Nothing else makes any sense to him. That is what we thought would happened from the very beginning. So who wins or looses in this case? I think everybody loses. Obviously Jose looses the most considering all the pain he had to endure and still does till this day. His family loses time that we can never get back from him.

He is one of the best human beings I know, and I am blessed to have him as a mentor father figure, but above all my older brother. I picked up a lot of his mannerisms from his sense of humor to his strive for greatness and never giving up, even when it seems hopeless. This world needs more people like Jose in it, to remind us that even in your most darkest times, always remain calm,  and know that God sees and hears everything. What he has gone through on this earth may never make any sense to me. But like he once told me the man up above has control over everything. My hope is that this kind of treatment  never happens to anyone else in this country. Until that happens we'll keep praying for him, and our country.

 Thank you.