UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-60001-CR-COOKE

UNITED STATES OF AMERICA,

              Plaintiff,                  SEPTEMBER 9, 2014
      vs.
                                    MIAMI, FLORIDA
JOSE PADILLA,

              Defendant.
_____/     Pages 1 - 69


TRANSCRIPT OF SENTENCING HEARING
BEFORE THE HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES:</u>

FOR THE GOVERNMENT:    BRIAN FRAZIER, AUSA
                        RICARDO DEL TORO, AUSA
                        BRIDGET BEHLING, AUSA
                        U.S. Attorney's Office
                        99 NE 4th Steet
                        Miami, FL  33132


FOR THE DEFENDANT:     MICHAEL CARUSO, AFPD
                        Office of U.S. Public Defender
                        150 W. Flagler Street
                        Miami, Florida  33130


REPORTED BY:          DIANE MILLER, RMR, CRR
                        Official United States Court Reporter
                        400 N. Miami Avenue, Room 11-2
                        Miami, FL  33128
                        (305)523-5152
                        diane_miller@flsd.uscourts.gov

September 9, 2014.

```
 1                    P–R–O–C–E–E–D–I–N–G–S
 2          THE COURT:  Your Honor, we have our sentencing this
 3  morning on United States of America versus Jose Padilla, case
 4  Number 04-60001 criminal case.
 5          For the record, appearing on behalf of the United
 6  States?
 7          MR. FRAZIER:  Good morning, Your Honor; Brian
 8  Frasier, Rick Del Toro, and Bridget Behling.
 9          THE COURT:  And appearing on behalf of Mr. Padilla?
10          MR. CARUSO:  Good morning, Your Honor; Michael
11  Caruso from the Federal Public Defender's Office on behalf of
12  Mr. Padilla who is here.
13          THE COURT:  Spectators may be seated.
14          Today is the date and time set for resentencing in
15  this matter pursuant to the Court of Appeals' opinion filed in
16  September of I believe it was 2011.
17          Counsel for the United States, are you prepared to
18  proceed?
19          MR. FRAZIER:  We are, Your Honor.
20          THE COURT:  Counsel for Mr. Padilla, are you
21  prepared to proceed?
22          MR. CARUSO:  Yes, Your Honor.
23          THE COURT:  Counsel for the United States, is there
24  argument in this matter?
25          MR. FRAZIER:  There is, Your Honor.
```

September 9, 2014.

```
1              THE COURT:  You may proceed.

2              MR. FRAZIER:  Certainly, Your Honor.

3              With the Court's agreement, we will be brief at

4    least in terms of this initial part of our presentation.  I

5    would propose to set our discussion, and so most of what I'm

6    going to argue is contained in our memo which has been filed

7    in this matter.  So certainly, we will refer to the Court to

8    that for more detail.

9              What I propose to do is provide a legal framework

10   for the Court's analysis on resentencing, and Mr. Del Toro

11   will follow me to discuss the 3553 factors within that

12   framework.

13             The Government recommends a 30-year sentence.  It is

14   one that is within the guidelines' range, and one that has

15   been endorsed by the Eleventh Circuit within that range as

16   just and appropriate.

17             THE COURT:  Mr. Frazier, a 30-year sentence is the

18   bottom of the guideline range, correct?

19             MR. FRAZIER:  That is correct, Your Honor; that is

20   correct.  The guideline range otherwise is 360 months to life.

21   The engine driving that range, of course, is the 956 murder

22   conspiracy.

23             Two facets I think are salient from the Eleventh

24   Circuit opinion.  The first is that the Court should add back

25   the 42 months which was the day-for-day credit for the time
```

September 9, 2014.

1  spent in the military brig.  That comes back on from the

2  baseline a 208-month sentence for a 250-month sentence.  The

3  second aspect of the Eleventh Circuit's opinion was that the

4  time discounted in the 110-month variance, based on harsh

5  conditions of confinement, was too generous, it was too great;

6  and, therefore, more time -- a more modest variance would be

7  in order in this matter.

8           As we discussed in our brief, Your Honor, the

9  360-month recommendation --

10          THE COURT:  Mr. Frazier, slow down for a little bit

11  for the court reporter.

12          MR. FRAZIER:  The 360-month recommendation is made

13  through the operation of a couple of important considerations.

14  The first is the Eleventh Circuit mandate itself which

15  provides the baseline for this Court's analysis.  The critical

16  passage I think in that opinion is that for a career offender

17  of Mr. Padilla's ilk, what is most appropriate is a term of

18  imprisonment at or near the maximum term authorized based on

19  the seriousness of this offense involving, as it does, a

20  murder conspiracy as well as Mr. Padilla's career offender

21  characteristics, we submit a 30-year sentence is appropriate,

22  even including any reduction for harsh conditions of

23  confinement.

24          We would reference to the Court that the career

25  offender status of this defendant was particularly important

September 9, 2014.

1   for the Eleventh Circuit.  The Defense has devoted less than

2   one line in its lengthy brief to the defendant's criminal

3   history.  The Eleventh Circuit highlighted very promptly early

4   in its opinion his 17 arrests and juvenile murder conviction;

5   again, something that should weigh in the balance along with

6   the seriousness of the offense for the 360-month sentence.

7          The second piece of Eleventh Circuit's opinion that

8   I think is very important within the confines of that decision

9   is the scope of any approved variances for harsh conditions.

10  The Eleventh Circuit has approved small variances.  The court

11  in this case cited the *Pressley* opinion which approvingly

12  allowed for a two-and-a-half-year variance off of a 30-year

13  sentence.  Notably, the *Pressley* case involved six years of

14  pretrial confinement, five of which were spent in 23-hour lock

15  down based on that longer period of pretrial confinement,

16  based on those harsh conditions compared to the

17  three-and-a-half years in this case, the Eleventh Circuit

18  approved the two-and-a-half year variance only.

19          If we look outside of this court's opinion in this

20  case, 30 years also appears to be objectively reasonable based

21  on comparisons to other cases not discussed in this court's

22  opinion or this case from the Eleventh Circuit.

23          If you compared this case as a whole, based on the

24  nature of the offense, the seriousness of the offense as well

25  as the treatment of other enemy combatants in terrorist cases,

1 │ we submit the 360-month sentence is appropriate.

2 │         This case fits within the larger framework of

3 │ thwarted plot cases on the one hand which generally bring life

4 │ imprisonment and less serious material support cases on the

5 │ other which bring basically a 15-year sentence.

6 │         THE COURT:  Which cases should I look to,

7 │ Mr. Frazier, because that was one of the things that the court

8 │ of appeals chastised me on saying I looked at the wrong cases?

9 │         MR. FRAZIER:  Certainly, Your Honor.  What we are

10 │ saying is not that this case is exactly like either of those

11 │ categories but rather it falls in the middle.  So, for

12 │ example, if the Court were to look at the *Abdulmutallab* case,

13 │ which was the underwear bomber, the *Reid* case, which was the

14 │ shoe bomber, the *Faisal Shahzad* case, which was the Times

15 │ Square bomber, all of those cases brought life in prison.

16 │         On the other hand, you looked at the traveler cases,

17 │ the financier cases involving only attempted travel to jihad

18 │ for money, those tend to bring 15 years.  And what we are

19 │ saying is because this defendant traveled, trained with the

20 │ intent to fight jihad, this case falls in the middle range, 30

21 │ years would be appropriate.

22 │         One case that is very much on point, Your Honor, is

23 │ the *Ghailani* case and that was cited in our papers.  This was

24 │ an individual who was involved in the East African bombings.

25 │ He spent, I believe, five years as enemy combatant, a couple

September 9, 2014.

1  of those years in CIA detention.  It was an exposure again of

2  maximum life in prison.  That defendant received no credit for

3  time as an enemy combatant.

4          Also, the *Al-Marri* case we referenced in our papers,

5  this was an individual in the same facility as this defendant,

6  spent more time in the brig, six years under the same

7  protocols, the same allegations of abuse, and the court there

8  reduced the sentence by nine months, nine months.

9          THE COURT:  What was the ultimate sentence in

10 *Al-Marri*?

11         MR. FRAZIER:  Your Honor, it is cited in our papers.

12 It was I believe eight years, 100 months, I believe; but only

13 nine months came off due to conditions of confinement in the

14 brig.

15         Now, the Defense cites no authority to rebut these

16 cases, this analysis; and obviously, they focus more on the

17 factual allegations.  Mr. Del Toro will spend some time

18 talking about those allegations under the 3553 factors and

19 what record evidence there is, if any, to support it.

20         THE COURT:  Mr. Frazier, this may be in Mr. Del

21 Toro's discussion, so if it is, let me know, should I look to

22 the two codefendants and their sentences at all in terms of

23 the discussion here?  My understanding is I believe both

24 Mr. Houssan and Mr. Jayyousi are scheduled to be released in

25 the next three years, both of them in like 2017, 2018.

September 9, 2014.

1          MR. FRAZIER:  Certainly, for the limited purpose of

2    the charges are the same, involvement in the conspiracy was

3    obviously qualitatively different between these defendants.

4          What is different about this defendant and what the

5    Eleventh Circuit focused on was the criminal history, which

6    again was the engine driving a lot of their analysis to put

7    him in the 360-to-life range as a presumptively correct

8    sentence.

9          THE COURT:  Would you disagree that Mr. Jayyousi and

10   Mr. Houssan were the individuals who recruited, for lack of a

11   better word, Mr. Padilla to go abroad?

12         MR. FRAZIER:  I would not disagree with that, Your

13   Honor.  What is, of course, different about Mr. Padilla, as

14   the Eleventh Circuit said, is he did travel to the camp.  He

15   trained and has hands on terrorist training which should give

16   this Court pause in terms of unduly cutting that sentence.

17         THE COURT:  Let me hear from Mr. Del Toro.

18         MR. FRAZIER:  Thank you, Your Honor.

19         MR. DEL TORO:  Good morning, Your Honor.

20         I would like to address the 3553(a) factors one at a

21   time starting with the first factor, the nature and

22   circumstance of the offense.

23         The defendant in this case, as Mr. Frazier said, was

24   convicted of a 956 conspiracy to murder, kidnap, or maim

25   persons overseas, as well as a 371 conspiracy to provide

1  material support to that same 956 charge.  And he was also

2  convicted of substantive material support charge.  The jury

3  found the defendant guilty of these offenses based on the

4  extensive evidence in the record that he actually went to

5  Afghanistan.  He actually went to an al-Qaeda camp and was a

6  trainee who received military training from an organization

7  which is a terrorist organization that has murdered thousands

8  of innocent civilians throughout the world.  In that sense,

9  there really can hardly be a nature and circumstance of an

10 offense as more serious in the criminal justice system.

11         Turning to the second factor, the history and

12 characteristics of the defendant, as the Court is well aware,

13 the defendant had 17 arrests and a juvenile murder conviction;

14 and as a result, he received a career offender designation.

15         And as the Eleventh Circuit stated in its opinion,

16 pursuant to 28 U.S.C. 994(h), Congress has already expressed

17 an intent that career offenders like Mr. Padilla receive

18 sentences of imprisonment at or near the maximum term

19 authorized, which in this case is 360 months to life

20 imprisonment.

21         THE COURT:  And is that the major difference that

22 sets Mr. Padilla apart from his two codefendants?

23         MR. DEL TORO:  There are other differences in

24 addition:  The defendant's actual travel to a foreign country,

25 his actual involvement in jihad training, his actual physical

September 9, 2014.

1  support for al-Qaeda sets him apart.

2          There are lots of financiers, there are lots of

3  organizers who never choose to engage in jihad; and frankly,

4  Your Honor, without the soldiers, without the individuals who

5  would go abroad, who would take on the training, who would

6  carry on the intent of al-Qaeda and murder innocent civilians,

7  there wouldn't be any harm to society because simply

8  recruiting, funding an organization that has no violent

9  intent, that has no violent means would essentially be a world

10  relief organization, would be a charity, that is something

11  that obviously would not be criminal.

12          What is significant about this crime and what really

13  makes Mr. Padilla much more culpable than even those

14  individuals who recruited him is that he was willing to go and

15  get the training to kill innocent civilians.

16          Judge, I'm going to turn -- with respect to history

17  and characteristics of the defendant, I'm going to turn so

18  some of the allegations of the harsh conditions of confinement

19  because, as Mr. Frazier said, the Eleventh Circuit did

20  instruct the Court that you can take that into account in

21  devising a appropriate sentence in this case.  And within the

22  framework of a sentence at or near the maximum, the reduction

23  that should be taken really should be considered in light of

24  the certain circumstances during the harsh conditions of

25  confinement.

September 9, 2014.

1          THE COURT:  So do you disagree that the conditions,

2    prior to his transfer to civilian custody, were harsh?

3          MR. DEL TORO:  They were -- I don't disagree that

4    they are harsh at some point.  They changed over time, and

5    there is extensive evidence in the record that came in in the

6    form of the mental competency proceeding where several

7    witnesses testified, and I would like to talk to the Court in

8    a little detail about that.

9          The Court heard from Stanford Seymour, who was

10   technical director of the Navy consolidated brig who had

11   personal knowledge of the treatment that Mr. Padilla received

12   at the brig.

13         The Court also heard from three clinical

14   psychologists, two from the Defense and one from the

15   Government, who actually interviewed Mr. Padilla and got to

16   talk to him about that treatment.  And I want to put into

17   context, first of all, what that treatment was.  Let's recall

18   when Mr. Padilla first was put in the Navy brig.  It was in

19   early 2002.  The 911 attack had just happened.  There was mass

20   hysteria in this society.  The world was concerned about

21   another impending terrorist attack, so it should be no

22   surprise that when Mr. Padilla was designated as enemy

23   combatant, he was not treated kindly.  However, the most

24   egregious allegations of abuse I think you find no support in

25   the record.

September 9, 2014.

1          To begin with, as a threshold matter, all of the
2   allegations in the defendant's motion essentially come from an
3   affirmation that Mr. Padilla made as to the facts that are
4   alleged in his pleadings.  There is no other record evidence.
5   The record evidence that was presented in the form of
6   testimony to this Court during the mental competency
7   proceedings refute many of the most serious allegations, and
8   I'll take them -- some of the most serious ones in turn.
9          First, he alleges that he was in complete isolation
10  and completely sequestered from any other human being; and
11  while he was in solitary confinement during some of the period
12  of his confinement at the brig, it is -- there is record
13  evidence that he received visits from clergy fairly regularly,
14  that he had medical personnel and staff come and attend to him
15  on a regular basis, that he got visits from other members of
16  the Navy consolidated brig; and so to say that he was in
17  complete and absolute isolation is not accurate.
18         Another argument is that he received no recreation,
19  when, in fact, according to Sanford Seymour, he did receive
20  outside recreation.  He was allowed to play basketball or to
21  shoot basketball, to walk around outside --
22         THE COURT:  Shoot basketball or play basketball?
23         MR. DEL TORO:  I'm sorry, shoot basketball is --
24         THE COURT:  Because to play means to involve other
25  people.

September 9, 2014.

```
 1            MR. DEL TORO:  Correct, and to walk around outside
 2   in the recreation area as well as sit in the sun.
 3            The allegation of physical abuse, according to
 4   Sanford Seymour, he had no personal knowledge of any physical
 5   abuse of Mr. Padilla.
 6            The allegation of being injected with LSD or truth
 7   serum was refuted by Mr. Seymour who testified that the
 8   defendant received a flu shot.
 9            The allegation of being gassed or being exposed to
10   noxious gas or odor was refuted by Mr. Seymour when he
11   testified that, in fact, there was a paper mill nearby that
12   gave off an unpleasant odor that was smelled by individuals at
13   the brig.
14            The allegation of manipulation of light, of having
15   the light on all night and off during the day was refuted by
16   Mr. Seymour when he testified that the lights went on and off
17   according to whether it was a day or night on a regular
18   schedule.
19            The allegation of an intentional systematic mental
20   abuse designed to destroy him psychologically that eventually
21   caused PTSD was ultimately refuted by the testimony of both
22   the Government's psychological experts, as well as admissions
23   by some of the Defense experts, and I'll give the Court some
24   examples.
25            Dr. Craig Noble, the psychologist at the brig,
```

September 9, 2014.

1  testified that after examining Mr. Padilla, he found no

2  symptoms of psychosis, severe depression, or suicidal

3  tendency.  Dr. Hegarty, the Defense expert testified that the

4  defendant's MCMI Ross score for post-traumatic stress

5  syndrome, the Ross score was zero.  Dr. Rodopho Brigus, the

6  psychologist at FDC who also got evaluated the defendant,

7  testified that he found no evidence of PTSD.

8        THE COURT:  Mr. Del Toro, during this period that

9  Mr. Padilla was confined, he was also interrogated; isn't that

10 true?

11       MR. DEL TORO:  Yes.

12       THE COURT:  And if you were to discount what you

13 said in terms of only taking Mr. Padilla's word for it, if my

14 memory serves me correctly, the Government never sought to

15 admit any of Mr. Padilla's statements taken during that time

16 because there was a concern that those statements were taken

17 in an unconstitutional environment.  So you would have to

18 automatically say that those conditions were such that it

19 caused the Government concern that those statements were taken

20 under coercion.  So something or something about that

21 environment was such that even your colleagues at trial said

22 to me, "Judge, we are not even going to try to admit those

23 statements."  So to say that now, those conditions were not,

24 for lack of a better word, harsh --

25       MR. DEL TORO:  And that's not the argument I'm

September 9, 2014.

1  making, Judge.  Without question, holding somebody as an enemy

2  combatant and holding them in a military brig without rights

3  of counsel, I think there is no dispute in the record that

4  during the period of time, he was not allowed access to

5  counsel, that those conditions were harsh.  That was the

6  Eleventh Circuit's recognition in its opinion in why it

7  instructed this Court that you can take into account the harsh

8  conditions of pretrial confinement.  I am simply trying to put

9  into context the fact that some of the most egregious

10 allegations find evidence that refutes those allegations in

11 the actual record of this case.

12         THE COURT:  But isn't -- since the court of appeals

13 gave no guidance for me as to how to treat these harsh

14 conditions of confinement, isn't the more appropriate

15 argument -- and maybe I shouldn't be putting words in the

16 Government's mouth -- to concede that the conditions are

17 harsh, and since the court of appeals gave me no guidance to

18 give me some as to what might be the appropriate number of

19 months to subtract using Pressley.

20         As sort of the guide point, because that's all we

21 have is Pressley.  What happened in Pressley?  What was

22 factually similar or dissimilar to how Mr. Padilla was held?

23         And remember, there are certain things that we know

24 and don't know about how Mr. Padilla was held because we don't

25 have all of the evidence because the Government concedes that

September 9, 2014.

1   some of the things pertaining to his confinement are no longer

2   available to us, whether on purpose or through negligence or

3   absentmindedness, I'll use that word.

4          MR. DEL TORO:  And, Your Honor, I will address sort

5   of the framework that the Eleventh Circuit did provide the

6   court some guidance by citing *Pressley* in a two-and-a-half

7   year reduction in *Pressley*.  What we know about *Pressley*,

8   there were 23-hour lock down for five years, that it was

9   severe isolation, as well.

10          I'm not arguing to the Court that you shouldn't take

11  into account the harsh conditions.  I'm not arguing to the

12  Court that they weren't harsh in the general sense.  I'm

13  simply putting some details, based on the record, on how that

14  that confinement took place, and I'm also citing to the record

15  as to what evidence in the record there is with respect to

16  some of the most egregious allegations by Mr. Padilla.

17          In short, with respect to the harsh conditions of

18  confinement, Your Honor, you would expect somebody who

19  suffered some of the most egregious allegations that

20  Mr. Padilla cites in his motions to suffer from PTSD; but all

21  of the record evidence, all of the psychological expert

22  evidence suggests otherwise, that he was not -- he did not

23  suffer from PTSD, as a result of his confinement at the brig;

24  and, in fact, this Court, in its findings on mental

25  competency, held that the score on the objective psychological

September 9, 2014.

1 test did not support a finding of PTSD and that the defendant

2 refused to cooperate with the government psychologist, and he

3 chose in a selective way not to discuss certain things about

4 his treatment.

5      What that shows, Your Honor, and I think what the

6 court found puts into context the fact that Mr. Padilla has

7 made a volitional decision, in this case, not to accept

8 responsibility for his actions; and because of that, that

9 should be taken into account with respect to his

10 characteristics and his history.

11      I want to turn to the second factor, Your Honor, the

12 need for the sentence to reflect the seriousness of the

13 offense, to promote respect for the law, and to provide just

14 punishment for the offense.  As mentioned, the defendant was

15 an al-Qaeda recruit.  He went to a training camp in

16 Afghanistan, and he went there to train for armed jihad.  He

17 did so in a worldwide conspiracy on behalf of al-Qaeda, which

18 is terrorist organization that has killed thousands of

19 innocent civilians.  A sentence of 30 years would help promote

20 the respect for the law, would provide just punishment in this

21 case, would reflect the seriousness of his crimes.

22      Turning to protecting the public from further crimes

23 of defendant, the defendant has made no attempts to

24 rehabilitation, that's in the record.  He hasn't apologized

25 for his crimes.  He has shown no contrition whatsoever for his

September 9, 2014.

1  crimes.  The Court, therefore, has no facts to give it any

2  confidence that, once he is released, Mr. Padilla will not

3  return to commit additional crimes.

4        The Eleventh Circuit held in this case that, quote,

5  terrorists, even those with no prior criminal behavior, are

6  unique upon criminals in likelihood of recidivism, the

7  difficulty of rehabilitation, and need for incapacitation.

8        THE COURT:  I guess I'm asking you to make a

9  determination about my brethren in Atlanta.  They didn't make

10  that same determination about Mr. Jayyousi and Mr. Houssan who

11  also received substantial departures as well.

12        MR. DEL TORO:  Your Honor, I think that the linchpin

13  fact which is distinguishing about Mr. Padilla is the fact

14  that he is a career offender, the fact that he is convicted of

15  murder.

16        THE COURT:  But the remark that you just made

17  specifically talks about terrorist and terrorism, and given

18  the fact that Mr. Houssan and Mr. Jayyousi would be able, in

19  three years time, to leave prison and do exactly what they did

20  before would encourage others, to persuade others, to preach

21  to others to go abroad, why -- I mean, their's seems to be

22  more insidious.  Mr. Padilla, when he is released, would

23  hardly be capable just by virtue of age alone.  I mean, if I

24  were to, even using my previous he sentence, that would make

25  Mr. Padilla a man in his early 50s.  I'm doing the math off

1  the top of my head.  That's usually not when we see people

2  take on the life of a soldier of fortune.

3      MR. DEL TORO:  Judge, I think that the Court

4  certainly focused on the criminal history, focused on the fact

5  that a person who has been previously convicted of murder, a

6  person who has 17 criminal arrests, I presume is designated a

7  career offender is especially considered to be a risk of

8  recidivism.

9      I think, in addition, as I mentioned before, the

10 fact that he was willing to take up arms, and it wasn't, you

11 know, just somebody who is willing to support others in jihad,

12 it wasn't just somebody who was willing to send money but who

13 was actually willing to carry on the actual military fight and

14 to actually harm other people, to execute the conspiracy of --

15 to murder others, that's what makes him especially as

16 dangerous as well.

17     I don't think that the age would prevent him from

18 going back to supporting the international conspiracy to

19 murder innocent civilians.  I don't think that disqualifies

20 him for, you know, being a risk of recidivism.  I think a much

21 more telling sign is what he has done before and what his

22 current intention is.  And you can read his current intentions

23 through lack of acceptance of responsibility, the lack of

24 contrition, and his current refusal to sort of abide by the

25 rules even in the confinement that he finds himself in.

September 9, 2014.

1    You know, in that same passage that I was quoting to

2    the Court, which is found at 1117 in the Eleventh Circuit

3    opinion, the court answers your questioning.  The court said,

4    Padilla poses a high-end risk of future dangerousness due to

5    his al-Qaeda training, and it is that training that makes him

6    qualitatively different from Hassoun and Jayyousi.

7    Turning to the next factor, the need to provide the

8    defendant with needed educational training, medical care, or

9    other correctional treatment in the most effective manner.  As

10   we argued in our brief, Mr. Padilla has before him an

11   opportunity.  The fact that he is sentenced to 30 years would

12   not preclude him from entering -- applying for and entering

13   into BOP's Step Down Program.  The Step Down Program would

14   allow him to progress from general population through

15   intermediate transitional and pretransfer units --

16   THE COURT:  Is there a Step Down Program in

17   Florence, Colorado?

18   MR. DEL TORO:  Yes, Your Honor.  And the Government

19   cited to the Court *Rezaq versus Nally*, 677 F.3d 1001, a Tenth

20   Circuit case from 2012 in which the step down program is

21   described and, in fact, there is a description of other people

22   convicted of material support and terrorist offenses who have

23   been able to progress through the program.  It's just a

24   question of choice.  It is a question of volition.

25   If Mr. Padilla wants to abide by the rules of the

September 9, 2014.

1    BOP, if he wants to enter into the program, he may apply, and

2    he may be able to progress through it and control essentially

3    his fate and the conditions of his post-conviction

4    confinement.

5            THE COURT:  So I could recommend that as part of his

6    sentence?

7            I just -- given what -- maybe I'm misreading

8    Mr. Caruso's papers, in his present state of confinement, I

9    don't know how he participates in any sort of rehabilitative

10   program.  And is Mr. Caruso incorrect in what he filed before

11   the Court?

12           MR. DEL TORO:  I think the *Rezaq* case has the

13   blueprint for the Step Down Program and how it works and how

14   other individuals in a situation similar to him have been able

15   to, by applying and in seeking to abide by the rules of BOP,

16   enter into the program.

17           THE COURT:  But do we know where he was confined?

18   I'm saying "he," I don't know where that defendant was

19   confined.

20           MR. DEL TORO:  In ADX Florence.

21           THE COURT:  All right.  I learn something new every

22   day, Mr. Del Toro.

23           MR. DEL TORO:  Your Honor, it really goes back to

24   why he is a risk of recidivism.  If the defendant had availed

25   himself of BOP programs, if he had decided to comply with the

September 9, 2014.

1  procedures that are in place for him, then he would be in a

2  better position.  But just like the court found at the mental

3  competency hearing, his choices are his.  They are volitional,

4  they are willful, and he has made them.  That is essentially

5  one the main reasons why he is still a risk of recidivism.

6        I'll turn to the next factor, the kinds of --

7  actually, I'll take three factors together:  The kinds of

8  sentences that are available, the advisory guideline range,

9  and the policies statements of the Sentencing Commission.

10        As the Eleventh Circuit explained, Mr. Padilla's

11  guideline sentence reflects the policy of 28 USC section 994H,

12  that, quote, career offenders receive sentences of

13  imprisonment at or near the maximum term authorized.  Again,

14  the maximum term here is life imprisonment.

15        Now, we are not recommending a life sentence, we are

16  recommending a 30-year sentence; but this Court should begin

17  his analysis from that premise before accounting for the harsh

18  conditions of pretrial confinement at the naval brig.

19        Based on the Eleventh Circuit mandate, the

20  Congressional intent to sentence career offenders near the

21  maximum term authorized, which in this case is life, in taking

22  into account a modest reduction for harsh conditions of

23  pretrial confinement, the Court could start at 35 years, as an

24  appropriate sentence and reduce Mr. Padilla's sentence by five

25  years to account for the harsh conditions and still arrive at

September 9, 2014.

1  the 30-year target that the Government is proposing.

2         THE COURT:  How long was he in the naval brig,

3  Mr. Del Toro?

4         MR. DEL TORO:  Three and a half years.

5         THE COURT:  Thank you.

6         MR. DEL TORO:  Judge, I'll turn to the last factor

7  under 3553(a), the need to avoid unwarranted sentencing

8  disparities.

9         The Eleventh Circuit held that the Court shouldn't

10 compare Mr. Padilla to criminals like David Hicks, Yahya Goba,

11 Imran Mandhai, who have either been convicted of less serious

12 offenses or lacked extensive criminal histories, or had

13 pleaded guilty.  Nor should the Court compare Mr. Padilla

14 favorably to cases where the Government had sought the death

15 penalty, such as Terry Nichols or Zacarias Moussaoui.

16        The defendant falls in a range of culpability that

17 is greater than those defendants and Mr. Al-Marri, who also

18 pled guilty in his case and accepted responsibility for their

19 crimes and who -- none of whom were career offenders or

20 previously convicted murderers.

21        The defendant, as I argued earlier, also falls in a

22 range of greater culpability in seriousness than the

23 codefendants in this case, assuming Jayyousi, because the

24 defendant again is a career offender, is a convicted murderer,

25 has over 17 arrests, and actually trained in an al-Qaeda

1   training camp.

2          In some -- the defendant is a career offender,

3   convicted murderer, and a convicted terrorist; and his support

4   of an international murder conspiracy headed by al-Qaeda

5   should be taken into account and an appropriate sentence in

6   this case, therefore, Judge, would be 30 years after taking

7   into account the conditions of confinement at the brig.

8          Thank you.

9          THE COURT:  So, Mr. Del Toro, the sentence you are

10  advocating is 360-month sentence?

11         MR. DEL TORO:  Yes, Your Honor.

12         THE COURT:  Thank you.

13         Mr. Caruso.

14         MR. CARUSO:  Thank you, Your Honor.

15         THE COURT:  Mr. Caruso, what is the dangerousness --

16  and I know that I'm interrupting something that you thought

17  long and hard on, the dangerousness continuum that Mr. Del

18  Toro and Mr. Frazier are asking me to look at, and that is

19  Mr. Hassoum and Mr. Jayyousi, who are the recruiters here,

20  whose sentences were not disturbed by the appellate court, who

21  are set to be released in approximately 36 months, recruited

22  Mr. Padilla, given the evidence at trial, and Mr. Padilla, who

23  they are advocating for and who the court of appeals is

24  advocating for a substantially lengthier sentence?

25         MR. CARUSO:  It should come as no surprise to this

September 9, 2014.

1  Court that we have a serious and significant disagreement with

2  the Government as to the relevant culpability of those who

3  stand convicted of this offense.  And I think one of the

4  themes that has been present in Jose's case over the years,

5  you know, makes true the axiom that hard cases make bad law

6  because we see courts every day in this country assessing

7  relative culpability in situations analogous to this,

8  analogous to the roles that these men played in this offense.

9       For example, what does the Government say in a money

10  laundering trial?  That money laundering is the life blood of

11  the drug trade, right?  So they draw a distinction between the

12  relative culpability of money launderers for without whom the

13  drug trade is a nonprofit business.

14       Here, we have again, in this context of this case,

15  an analogous situation.  Without those that recruit young men

16  to do whatever, to attend training camps, to go oversees,

17  those men don't go, and that is certainly the case with regard

18  to Jose.

19       I mean, you have seen his life history throughout

20  this case:  Pretrial, the trial, through the PSI, and the

21  original sentencing.  We don't deny that he had, as we wrote

22  in our papers, a troubled and turbulent youth.  He had

23  significant contact with the criminal justice system, we have

24  never denied that; but he came to a point in his life where he

25  was looking for help and he found that through the study of

1  Islam.

2          If you remember the trial testimony and the exhibits

3  that we produced at the first sentencing, including FBI

4  interviews with congregants of the mosque he attended, they

5  uniformly describe Jose as a shy, studious, and hardworking

6  congregant always willing to help out and taking the study of

7  his religion very seriously.  Again, you see that through the

8  evidence that we presented during the course of this case.

9          What do you see from the evidence regarding Kifah

10  Jayyousi and Adham Hassoum?  You see something markedly

11  different.  And I agree with your use of the word "insidious"

12  because here are men who, by the way, have vastly different

13  motives than Jose.  You know, in rereading the PSI, the

14  probation office spends a lot of time discussing, as did the

15  Government at trial, this idea of establishing a caliphate.

16  You heard about this during the trial.  And who did you hear

17  talking about that concept or that desire?  Kifah Jayyousi and

18  Adham Hassoum, and I think the Government established that in

19  part that that was their motive forgetting involved in this

20  offense.

21          What did you hear on the other side of that

22  equation?  What do you hear about what these men, like all

23  leaders of this movement, do with regard to recruiting?  And

24  you heard this through a number of different avenues.  First,

25  you heard from the Government's own expert as the excerpt in

September 9, 2014.

27

1   our memorandum that the leaders of these movements lie.  And

2   what do they lie about?  They lie about the concept of the

3   struggle.

4            You know, Mr. Frazier and Mr. Del Toro referred to

5   the murdering of innocent victims; and whereas that may be

6   true of Mr. Jayyousi and Mr. Hassoum, there is no evidence

7   that Jose evidenced harbored that intent.

8            What do we know about his intent?  Well, we know

9   from the Government's expert that the leaders of these

10  movements lie and they frame their pitch in the term of a

11  defensive fight.  And you heard about this through the trial

12  and the original sentencing that the pitch to these young

13  men –– and uniformally, they are young dispossessed men who

14  these leaders target; that if you were a Muslim, you have an

15  obligation to defend other Muslims under attack.  And with

16  regard to Jose and the time frame of his involvement in this

17  charged offense where Muslims were under attack, were in

18  Chechnya.  You know from other record evidence in this case

19  that there were real horrors being perpetrated by Russian

20  forces against Chechnya Muslims, the rape of young women,

21  summary executions, just brutal, brutal conduct.

22           And what did you hear from, say, for example,

23  Herbert Atwell?  He testified at trial, he was a congregant at

24  the mosque where Adham Hassoum preached during the time that

25  Jose was there, that he testified that Mr. Hassoum was very,

September 9, 2014.

 1  very persuasive in selling his pitch; that he would -- he

 2  would address the congregation; he would bring in speakers; he

 3  would show videotapes not of establishing a caliphate but of

 4  the horrors that were happening to Chechnya Muslims and

 5  Muslims all over the world.  This is a vastly different

 6  intent, and I think that's where this Court can draw the line

 7  between Jayyousi and Hassoum and Mr. Padilla.

 8          You also heard from the Government cooperating

 9  witness, Yahya Goba.  He was one of the Lackawanna Six.  Here

10  is a man, again, different from Jose in that he was born into

11  the Muslim religion like Jayoussi and Hassoum, had a

12  sophisticated world view and understanding of Islam like

13  Jayyousi and Hassoum; and what was the evidence that we heard

14  from him?  Yes, that many Muslims were very, very concerned

15  about the horrors being perpetrated all over the world and

16  that there was a recruitment process to have young Muslim men

17  aid in the defense of those Muslims under attack.

18          So when you say or you refer to the continuum of

19  dangerousness, I see a vast difference between a person on one

20  end the spectrum, and I will put Adham Hassoum there, I'll put

21  Jayyousi very closely to him, that the ultimate goal is

22  toppling countries, right.  The record is replete with that

23  type of talk on the wiretaps.  There is absolutely --

24          THE COURT:  But they don't go.

25          MR. CARUSO:  That's what makes this insidious, Your

September 9, 2014.

1  Honor, because they know the truth.  They know the true

2  motives.  They are hiding their true goal from people like

3  Jose and other young men.  So they are, in essence, pulling

4  the trigger.  They are the murderers, they are the murderers.

5  And for me --

6          THE COURT:  Does that mean Mr. Padilla gets a pass?

7          MR. CARUSO:  We are talking, at base, 21 years in

8  prison in solitary confinement, I don't consider that a pass.

9  His mother Estella LeBron is here; his brother Tomas is here,

10  they don't consider it a pass.

11          If Your Honor gives a sentence of 21 years, which I

12  believe, under the Eleventh Circuit's opinion, you are

13  authorized to do, it will be to the day he is released from

14  prison that they will be able to touch or hold him.  That's --

15  that lack of genuine social contact over the last 12 years has

16  destroyed Jose.

17          I mean, I have not known him for all of those years

18  but a significant portion, and I have seen the slow, slow

19  destruction of this man since the time he has been in civilian

20  court.  So if we are talking about -- you know, I think the

21  sentence you originally imposed was not a pass, and we are

22  here to say that, of course, you need to abide by the decision

23  of the Eleventh Circuit; and if you sentence, as we believe

24  you are permitted to do, a sentence of 21 years, that's not a

25  pass.  That's not a pass.

September 9, 2014.

1    THE COURT:  Why is the sentence of 21 years

2  permissible?  It's below the advisory guideline range, given

3  the 3553 factors.

4    MR. CARUSO:  You know, I think there are three broad

5  category -- three broad categories that allow you to impose a

6  sentence of 21 years in this case.  The first broad category

7  is the relative culpability analysis.  And as Your Honor

8  correctly stated, you know, Mr. Jayyousi, I believe, is going

9  to be released from prison three years from next week;

10 Mr. Hassoum is going to be released from prison three years

11 from next month.  So I believe, based on the differences in

12 the culpability among these men, I think that is absolutely an

13 adequate ground for you to base a variance on.

14    I listed various factors that the Court consider in

15 assessing relative capability.  I'll repeat them here:  Their

16 respective roles in the cases, reliance upon others to

17 participate in the offense, and the extent to which Jose was

18 manipulated by other participants, the education and

19 sophistication of the participants, and any prior cell history

20 by the participants.

21    That being said, if Jose did not have a criminal

22 history, I think Your Honor would be justified in giving a

23 sentence lower than Mr. Jayyousi received.  But we are

24 realists, we know he does have this criminal history.  We

25 never -- we didn't ask you not to consider it at the original

September 9, 2014.

31

1  sentencing.  I believe the first words you stated in posing

2  the sentence on Jose was a reference to his criminal history.

3        You know, I have a deep disagreement with the court

4  of appeals when they -- when they talked about that you did

5  not consider his criminal history because I believe that's

6  converted by a reading of the record.  So that's the -- that's

7  one category that you can rely upon, and we have discussed

8  that category.

9        The other category, of course, is the conditions of

10  his pretrial confinement.  And you asked Mr. Del Toro a number

11  of pointed questions about that.  At first, his presentation

12  seemed to indicate that they were disputing that Mr. Padilla

13  suffered under harsh conditions at the brig.  He then seemed

14  to walk that statement back.  And as I understand, the bottom

15  line of his argument is that they were bad but not

16  excruciatingly bad, and they were bad for a reason.  But the

17  fact is that they are beyond bad.  They are conditions that

18  none in our nation's history have suffered.

19        And again, we are hearing for the first time from

20  the Government today, you know, a very long time after his

21  original sentencing that, well, these conditions are not so

22  bad.  Your Honor rightfully refers to the facts of trial that

23  the Government early on in this case, said they were not going

24  to introduce Jose's -- the statements he made at the brig

25  against him at trial because they recognize those statements

September 9, 2014.

1  were involuntary.

2          And if you remember the trial, Mr. Hassoum's lawyers

3  wanted to introduce a statement that Jose made at the brig in

4  Mr. Hassoum's defense, and the Government again argued in part

5  that those statements were involuntary and should not be part

6  of the trial in any way, shape, or form.

7          The fact of the matter is I don't think we are here

8  to quibble whether -- as Mr. Del Toro apparently wants to do,

9  whether he was in complete or total isolation or he was just

10  in isolation.  We have never -- we have never contended that

11  he was in a deep dark basement, he didn't see anyone for years

12  and years.  For sure, we know he saw people.  He saw his

13  interrogators.  But we also know -- and this is Exhibit 1 to

14  our sentencing memorandum and it is a document that -- we have

15  submitted it numerous times during the course of this case, we

16  have record evidence as to not only the -- not only the fact

17  that Jose was in a coercive environment, but that was the goal

18  of the Government.  And I'm referring, of course, to the

19  Jacoby declaration that we have submitted as an exhibit with

20  our sentencing memorandum.

21          Jacoby wrote that only after such time as Padilla

22  has perceived that help is not on the way can the United

23  States reasonably expect to obtain all possible intelligence

24  information from him.  Providing him access to counsel now

25  would break probably irreparably the sentence sense of

1  dependency and trust that the interrogators are attempting to

2  create.

3          So -- and again, I'm not going to belabor his

4  confinement at the brig -- it has been discussed and written

5  about numerous times during the course of had case -- but this

6  was to create this dependency and trust and sense of

7  hopelessness.  He was held in indefinite detention, denied

8  access to counsel for a very significant period of time,

9  denied contact with his family -- one visit from his mother

10 and two short phone calls in all of those years.  But at base,

11 the Government cannot deny this, that they intentionally

12 imposed a system of physical and psychological environment

13 designed to maximize his disorientation, discomfort,

14 hopelessness, and despair.  And that is far beyond any person

15 you know with the exception of perhaps Al-Marri, which the

16 Government mentioned today -- you know, we wrote about his

17 case in our brief -- has suffered, and we know what happened

18 to Al-Marri.

19          I'm a little confused that the Government did cite

20 these other cases.  I was under the impression that the

21 Eleventh Circuit was very clear about those type of comparison

22 cases, but I'll take the Government's invitation and discuss

23 them here today.

24          Yes, at one end are the cases like Richard Reid and

25 the Times Square bomber who actually -- there is evidence

September 9, 2014.

1    intended to inflict great damage, bodily harm, and death.

2    They are at one end.  We are not nowhere close to that end.

3             On the other end, the Government says are the

4    traveler cases, and these are the cases of which there are

5    many in this country post 911 of young men being convinced to

6    travel to not terrorist training camps -- Mr. Del Toro

7    presumed, at one point, as military training camps, and I

8    think that's more accurate.  There is no evidence in this

9    record that Jose received terrorist training.

10            If Your Honor believes, as I think the record stands

11   now, that he attended a training camp, it was a military

12   training camp.  And again, that's consistent again with

13   Jayyousi and Hassoum's pitch, and Hassoum's in particular to

14   Jose that he had a duty to defend Muslims that were being

15   attacked, not a duty to murder innocent people.

16            And I think the traveler cases can be distinguished.

17   And the Government concedes that those men are looking about

18   15 years.  I cited this in a sentencing memorandum.  You know,

19   long after 911, Congress actually passed a statute that deals

20   directly with the attendance at these camps, and I cited the

21   testimony of DOJ representatives who spoke at the hearing

22   about the passage of this statute.  And that statute carries a

23   ten-year -- a ten-year statutory maximum.  So if you are a

24   career offender, if you get the terrorism enhancement under

25   the guidelines, you can't get more than ten years.  And what

September 9, 2014.

1   do the representatives from the Department of Justice say

2   about that statute; that it provided a potent remedy for those

3   who traveled to these camps.  And that's a potent remedy aside

4   from the fact that the person who did that was held under the

5   severe conditions that Jose was held at the brig.

6          And it does bear mentioning that there is evidence

7   in the PSI regarding the conditions of his confinement and his

8   mental condition as a result of that time at the brig.  I'll

9   cite in particular paragraphs 210 where the PSI describes the

10  conditions of his confinement at the brig.

11         I would cite to paragraph 213 where Dr. Hegarty has

12  written about Jose's mental state at the brig.  Dr. Hegarty

13  wrote in particular that he made -- that Jose made a number of

14  references to hallucinations and experiences during his

15  detention.  Paragraph 215 says that Dr. Hegarty's final

16  diagnosis revealed that Jose met the full diagnostic criteria

17  of post-traumatic stress disorder.

18         And I believe Dr. Zapf has revealed in paragraph 219

19  also says in similar fashion that the test results with regard

20  to Jose suggested a strong indication of impairment in

21  cognitive functioning, and several test scores were consistent

22  with an individual who had suffered some form of brain injury.

23         So based on that record evidence, the record of the

24  PSI for which we received no objections and is undisputed, I

25  think this Court can draw a number of findings:  That the

 1   conditions at the brig were severe and they caused Jose

 2   psychological damage.  And I believe the Eleventh Circuit

 3   leaves that avenue open to you to vary downward on that ground

 4   alone.

 5          As I read the court's opinion, their core

 6   disagreement with your original sentence was essentially that

 7   you double counted, that you came down to a specific number;

 8   and then, based on Jose's treatment at the brig and then

 9   credited him with time at the brig.  And based on the Eleventh

10   Circuit's ruling, we have no choice but to add that credit

11   back on.  But once we do that, we are left at a sentence of 21

12   years; and based on the relative culpability discussion, based

13   on the conditions at the brig and actually based on the

14   conditions that he continued to endure.  He was in solitary

15   confinement pending trial at FDC.  He has been in solitary

16   confinement here awaiting his resentencing, and he has been in

17   solitary confinement at ADX, for instance, for all of the

18   years that he has been there.

19          And Mr. Del Toro refers to a Step Down Program.  And

20   yes, it is my understanding that ADX Florence has a Step Down

21   Program, but where we part company is where -- is when Mr. Del

22   Toro made repeated references to the fact that this is

23   volitional and this is a choice.  Well, I don't think this is

24   volitional.  And I think the evidence of that is what is cited

25   in the PSI, that Dr. Hegarty stated in her opinion that Jose

37

1    suffered from post-traumatic stress disorder.  Dr. Zapf said

2    the test scores revealed real impairment and cognitive

3    functioning.  So whereas -- I think we just have to take the

4    conditions at ADX as they are.  As one former warden described

5    them, "it is a clean version of hell."

6           And the conditions that Jose is subjected to at

7    Florence are in the memorandum, and they are not disputed.

8    The only dispute seems to be that he has not taken advantage

9    of the Step Down Program.  But I would ask the Government:

10   What have they done for Jose?

11          I mean, there is an abundance of evidence that

12   before he was brought to civilian court, he was

13   psychologically damaged.  What efforts have the Government

14   made to ameliorate that condition?  Like have they brought him

15   doctors?  Have they devised a plan; or, do they just put him

16   in a cell and lock it and somehow we will deal with his

17   release, if he is released?

18          And that "if" -- and I hate to say this in his

19   presence and in his family's presence, but, you know, there is

20   a real doubt, even if this Court gives him 21 years, whether

21   he is ever going to be able to walk out of prison, whether he

22   is ever able going to hold or kiss or hug his mother and other

23   members of his family.  There is a real risk of this.

24          So, you know, someone wrote a very, very long time

25   that solitary confinement devours its victims incessantly and

September 9, 2014.

1   unmercifully, and I think sadly those words ring very, very

2   true for Jose.  I mean, I think he has sunk into a pit of

3   hopelessness and despair.

4          And to circle back to your earlier comment, I don't

5   think he would be getting a pass for 21 years in prison

6   significantly more than Hassoum and Jayyousi, the sort of

7   masterminds of this movement.

8          You know, at the end, as we wrote in our sentencing

9   memorandum, you know, this court in our criminal justice

10  system was rightly applauded for adhering to the rule of law

11  and bringing Jose to trial.  And yes, applause was deserved

12  but -- I mean, that's what we do.  I mean, those rights are

13  enshrined in our constitution, so I'm not going to applaud as

14  heavily as others for the fact that we did what the founders

15  of our country wanted us to do.

16         What I will say is that respect for the law is very,

17  very important, and I think a sentence of 21 years would show

18  our community and our country that we do have respect for the

19  law, that we are simply not going to sentence a man as if --

20  we are not going to sentence a man looking at things that we

21  look at in every other case.  I think your job is to resist

22  the temptation that hard cases make bad law.  So we would ask

23  for the lowest permissible sentence, a sentence of it 21

24  years.

25                THE COURT:  Before you take your seat, Mr. Caruso,

September 9, 2014.

```
 1   there is one thing that -- in your three factors that you
 2   didn't discuss, and that was deterrence.  Isn't there, at
 3   least in this case, what I'm looking at now because even
 4   though I have to look at the record from four years ago,
 5   that's deterrence.  That is, should we not try to create any
 6   more Joses?
 7              I mean, I know we have this statute that you
 8   described, the ten-year statute of discouraging people from
 9   wanting to be involved in these training camps, but don't we
10   also want -- despite whatever place you come into or wherever
11   you are in terms of your affiliation, aren't we trying to
12   blunt the Jayyousis and the Hassoums of the world?
13              MR. CARUSO:  I think, of course, we are.  And if you
14   give Jose a sentence of higher than 21, I think it tells the
15   Hassoums and the Jayyousis of the world that it may be worth
16   the risk because we do half as much time as the people we
17   recruit.
18              You know, Jose is one person, a recruiter can
19   recruit dozens if not hundreds of people so -- and you know, I
20   have looked into this, and for obvious reasons, they are not
21   clear cut statistics.  But if you look at the men who have
22   been released from Guantanamo and the idea of whether they
23   would pick up arms again, the rate of recidivism for
24   Guantanamo recidivisms is actually less than what we face from
25   many of our cases in federal court.  I haven't cited those
```

September 9, 2014.

1  statistics to you, so I wouldn't want you to rely on them; but

2  I think, you know, sentencing Jose to 21 years given what he

3  has been through, what he is likely to endure for the

4  remainder of his sentence is significant and serious

5  deterrence.  It not only will deter him through

6  incapacitation -- one can only imagine what he will be like

7  upon his release -- but a sentence of 21 years in stark

8  isolation at the ADX or a similar facility, I think, sends a

9  strong message to young men not to get involved so...

10         THE COURT:  Mr. Caruso, I know in the past you have

11  spoken for your client in these sentencing hearings.  Is that

12  going to continue today?

13         MR. CARUSO:  I have informed him that this Court

14  will ask him if he wants to make a statement.  I don't believe

15  he does, but I think it's his right that you ask him.

16         THE COURT:  Mr. Padilla, do you have anything you

17  wish to say to the Court this morning?

18         THE DEFENDANT:  No, I do not.

19         THE COURT:  Mr. Caruso, is there anyone else who

20  wishes to speak on your client's behalf this morning?

21         MR. CARUSO:  Yes.  I believe his brother Tomas wants

22  to make a short statement.

23         THE COURT:  Sir.

24         Sir, would you tell your fall name?

25         MR. TEXIDOR:  Thomas Texidor.

September 9, 2014.

```
 1              THE COURT:  You may proceed.  Would you spell your
 2    last name?
 3              MR. TEXIDOR:  T-E-X-I-D-O-R.
 4              Sorry, I'm a little nervous.
 5              THE COURT:  Just take your time.
 6              MR. TEXIDOR:  It is has been 12 years, and I can
 7    remember like it was yesterday, you know, seeing him on TV
 8    with the orange jumpsuit.  I just couldn't believe it, and I
 9    know that -- I know that he was not capable of any of this,
10    al-Qaeda.  He is not the man that you guys think he is.
11              I haven't slept good the last 12 years.  I can't
12    wrap my mind around this.  He has been a role model for me and
13    always wanted to -- he always wanted to influence me.  He has
14    been a father figure to me.  He is the greatest role model in
15    my life, male role model.
16              I grew up without a father.  He is six years older
17    than me, so, basically, he helped raise me.  He helped my
18    mother raise me and my younger brother.  And through our
19    lives, there were rough times.  You know, we grew up in
20    Chicago, it wasn't easy.  Our neighborhood was rough.  He was
21    always a home body.  You know, I went out more than he did,
22    but he was always unique.  You know, he was always into
23    sports, TV shows.  You seen him outside, it was a miracle.
24              Later, in his teenage years, he started going out.
25    That's when he started getting into trouble, hanging out with
```

September 9, 2014.

1  the wrong people and making mistakes.  But I can tell you for

2  sure, he is not what the record says.  He is not a murderer,

3  and he was just at the wrong place at the wrong time.  And

4  like now, we have always been low income family, couldn't

5  afford our lawyer for him at the time; so unfortunately, he

6  had to scar his record.

7        I just -- you know, I feel like I just have distant

8  memories of him, and he is still alive.  So this -- it is

9  almost like by the Government taking my brother away from us.

10  It is almost like him just like passing, passing away.

11        I just have dreams of us being together again; and

12  sometimes, I don't want to wake up because I know that when I

13  wake up, I wake at the reality of seeing this, being able to

14  just talk about him like he is not even here.  And it is not

15  normal for somebody not to care -- not to care, but when we

16  visit with him, it is almost like -- when we used to visit

17  with him -- because now we no longer can visit with him, you

18  know, he is getting in trouble for not standing up in the cell

19  and whatever, and they are taking away his visitation rights

20  along with everything else they are taking away from him.

21  When I used to visit with him, you know, I would -- it's

22  almost like he would say -- he would just tell me, why are you

23  here, you don't have to do this, don't worry about it, I'm

24  okay, I'm going to be fine.

25        I'm like, how can somebody in this position be

September 9, 2014.

1    thinking about me.  You know, I'm free, I get to walk around

2    whenever I want or wherever I want, and he is in there

3    thinking about me.  And I'm like it takes a special person to

4    do something like that.  And I always think about it because,

5    you know, when I read news articles about him being in there

6    as described as a piece of furniture, it just -- it really

7    does something to me like -- you know, I just can't believe

8    that -- that this is happening to me, that this has happened

9    to our family.

10           As you can see from me crying here, this is part of

11   what I have been going through for the last 12 years.  Some

12   days are better than others.  I try to stay positive.  You

13   know, I pray that he is okay while he is in there, that he

14   is -- you know, he doesn't completely lose his mind; when he

15   gets out, he is able to function again.  When he gets out one

16   day, that he is able to relate to his kids and his family, you

17   know, which we miss him dearly because, you know, he is a big

18   part of our family.  He is the oldest one -- one of the oldest

19   brothers.  There are five of us, and he is just such a huge

20   part of the family.

21           And I just would like to just finish by saying that

22   that this just seems surreal to me.  I can't believe this is

23   happening in our country to a U.S. citizen who has abided by

24   the laws for the last -- we are in 2014 now, converted to his

25   faith in '98, I believe, and since he has done that, he has

September 9, 2014.

1   turned his life around for the better.  He is -- he has

2   always tried to tell me, you know -- you know, do things right

3   and take care of your mom; take care of your kids; get into a

4   trade, and I did.  I got into the AC trade, I'm a AC

5   technician.  And a lot of things he told me, I took them in;

6   and today, I'm a father of two kids so -- since I grew up

7   without a family, the influences have rubbed off on me with my

8   kids.  And today, I am -- I'm just -- I get my kids involved

9   in sports a lot, and I believe he had impacted my life in such

10   a way that that -- I don't know how I could ever repay him

11   back for it.  You know, the only thing I can say to him is

12   thank you.  Thank you and I'm sorry to see you this way.

13           This is the only time I get to see him outside of a

14   glass, and as you can see, I only see the back of his head;

15   and, sometimes, I can barely see that because I know the

16   officers have their job to do, and they got to, you know,

17   surround him, make sure nobody is talking to him, as we were

18   instructed to.

19           You know, he hasn't been the only one going through

20   this.  We have been harassed by media.  We have been harassed

21   by so many people.  And one way or the other, all of us are

22   hurt.  Some of us more than others, you know, like myself.

23           Like I said, I was very close to him growing up, and

24   I only hope that this -- this kind of stuff never happens

25   again in our country because we are all law abiding citizens.

September 9, 2014.

45

```
1   I pay my taxes every year.  I work like everybody does.

2            I took my day off work today to be here to see him.

3   This is the only time I get to see him.  I don't know when I'm

4   going to see him again.  I don't have money to travel to see

5   him in Colorado.  I wish I could see him often to see him.  I

6   wish I could bring my kids to see him.  My kids are at that

7   age of 14 and nine.  He was arrested 12 years.  He never met

8   my kids.  I would love to introduce him to my kids one day.  I

9   just hope and pray that one day, it does happen and that one

10  day comes sooner than later.

11           You can see that that this here is -- it's unlike

12  anything -- any other case you have -- I have ever seen

13  anyways in my life.  I have never seen a U.S. citizen go

14  through this type of treatment in his own country.  I have

15  never -- you know, the closest thing I can come to is John

16  Walker Lindh, and that case is done and over with.  Nobody

17  cares.  From what I hear, he had 20 years, and I don't know

18  when he is supposed to get out.  But Jose has been tortured in

19  his own land, and I refuse to believe anything else.  To me,

20  isolation itself is torture.

21           I have been in a room, I have -- I challenge anyone

22  to lock themself up in a room for at least nine or ten hours

23  by yourself, don't talk to nobody, don't talk to a soul, and

24  see what that feels like.  We are talking 12 years of this, no

25  communication with the outside world whatsoever.  So this is
```

September 9, 2014.

1  the most communication I'm ever going to get with him until I

2  don't know.

3        I'm glad he is able to hear my voice, and I'm very

4  thankful that you let me come up here today and speak my mind.

5  Thank you.

6        THE COURT:  Thank you, sir.

7        Mr. Padilla -- Mr. Caruso, anyone else?

8        MR. CARUSO:  Yes, Your Honor; Estella LaBron, Jose's

9  mother would like to make a statement to the Court.

10        THE COURT:  Mrs. LaBron.

11        MRS. LEBRON:  Good morning, Your Honor.

12        THE COURT:  Good morning.

13        MRS. LEBRON:  I just want to say a couple of things

14  that -- something was already mentioned by my son Thomas.  And

15  I'm not -- I don't remember the last time I say something he

16  was a father figure to Thomas, and he was.  He used to help

17  him when they were little kids.  And I also tell you that I

18  raised him by myself.  And I'm so happy that he was able to

19  respect himself the way he did.

20        I also wanted to stay to everybody here that is

21  standing here, the media, the marshals, yourself, everybody in

22  the courthouse that people think that Jose was not tortured,

23  but Jose was tortured, and he is tortured.  I mean, he have to

24  be more because I read a lot also.

25        Jose, when he see us -- they don't want us humans to

September 9, 2014.

1  go see him because -- you know, his mind is not there.  I

2  don't care whether anybody here say.  Jose's mind is gone

3  already.  I don't know if he is going to come back; but I

4  hope, one day, whenever justice be coming on his behalf

5  because, you know, Jose's case was fabricated.  With all

6  respect that anybody here deserve, my son's case was

7  fabricated.

8         He has been tortured.  He is has been isolated for

9  so many years.  They put him in the brig.  They say that he

10 was the Taliban.  He was trained by Osama Bin Ladin.  They say

11 he was a bomber.  They have given him a lot of names.  They

12 present Jose to the nation as an evil person, a monster, he

13 was the worse person in America.

14         Jose is an American citizen.  They treat people in

15 Guantanamo better than they treat Jose Padilla.  Jose Padilla

16 was born and a raised in the United States; and me too, we

17 both were born in New York.  And Jose is not an evil person,

18 just maybe because he was in the wrong place at the wrong time

19 with these people, Houssan, Jayyousi, whatever those people

20 are, they never show anybody that he kills.

21         After 911, everybody coming to America was a

22 terrorist, was evil.  They have given him a lot of names just

23 to hold him in the brig for a lot of years to torture him, and

24 they did a lot of bad things to him, and the Government know

25 what they did to him because before they destroy the tapes.

1    He told me what they did to him.  And one day, you are going

2    to find out out.  The way you treat my son you don't treat an

3    animal anywhere in America.

4            We go to different countries that was again the law.

5    We don't torture nobody.  We have a senator in the White

6    House, McCain, he was tortured in Vietnam.  They worry about

7    him.  They care about him and every other citizens that are

8    tortured, but you torture somebody on his own soil.  Hello,

9    this is America.  We have to respect every citizen's law.

10           Even President Obama spoke two or three weeks ago,

11   even he say we did something wrong.  You need to understand

12   that we did something wrong.  One of the things they keep

13   doing is keep torture my son in his own country.  Nobody wants

14   to here about Jose Padilla, they found him guilty.  He is

15   guilty, we give him more years.  Maybe he never come out of

16   there, but they have to understand that in the United States

17   of America, we have a constitution and we have to follow the

18   laws.

19           To me, my son has not been treated fair like other

20   American citizens because -- just because you come from

21   another country with money and after you pass -- come in New

22   York, they are not going to stop you and say, they don't give

23   Miranda right.  They don't do anything to him, they just stop

24   as an enemy combatant.

25           Enemy combatant, he never served in armed forces.

September 9, 2014.

1   My whole family serve in the armed services. I used to live in

2   campground with the Army.  I believe in my country.  I know

3   the laws in the United States of America.  A lot of people

4   maybe here, they say this is America.  I know this is America,

5   this is my country, too.  I was born here.  I was raised here.

6   I go canvassing on election day.  I've been doing for the last

7   30 years.  I did it in Chicago, I did in New York, and I'm

8   doing it here, in Florida because I know the laws of my

9   country.  And I love my country, but the way they treat my

10  son, I don't like it, and I never going to like it.

11          I know in America they are wrong, Washington D.C.,

12  George Bush, Barak Obama, all of the judges that -- they don't

13  want to see his case.  They know my son was tortured on his

14  own soil.  I hope this that never happened to any American

15  citizen again because this is a no, no.

16          We supposed to be the example for all of these evil

17  countries out there, and we not being an example when we

18  treating Jose this way.  I'm sorry, but I have to let it out.

19  Your Honor, I have to let it out, because I have this in my

20  heart for years already.

21          And I've been called names; and now, I'm the

22  terrorist mother.  They put pictures of me and my husband in

23  the place where I live, all over the place, coming out of the

24  courthouse saying this is the terrorist mom, this is terrorist

25  mom.

September 9, 2014.

1          They charge my son with terrorism.  Where are all of

2     the people he killed?  Where is the pictures that he trained

3     in al-Qaeda.  They don't have enough evidence.  This case was

4     fabricated from the beginning.  They was scaring the whole

5     nation his name.  Of course, they saying he is evil, he is

6     going to kill, he is going to do this, he is going to do that.

7     Of course, this is the picture that you bring to the whole

8     nation, but that's not my son.  I know who my son is.

9          And maybe people say that's his mother.  Oh, she is

10    going to say good things about him, mothers, you know the love

11    of mom.  I know what he did.  If I knew he would done that, he

12    wouldn't be standing here.  Believe me because I love my

13    country, and you follow my country's laws, and I know my

14    constitutional rights -- I think about all of the

15    constitutional rights denied Jose Padilla.  I have to let you

16    know what is going on and giving Barak Obama [unintelligible].

17          Thank you.  Good morning to you.

18          THE COURT:  Thank you, Mrs. LaBron.

19          Anybody else, Mr. Caruso?

20          MR. CARUSO:  No, Your Honor.  Thank you.

21          THE COURT:  We are going to take a ten-minute

22    recess, and I will be -- return for the sentencing in this

23    case.

24          THE COURTROOM DEPUTY:  All rise; court is in recess.

25      (Recess was had at 11:23 a.m.; proceedings resumed at

September 9, 2014.

1        11:49 a.m.)

2              THE COURTROOM DEPUTY:  Everyone may be seated.

3              We are back on the record in United States versus

4    Hassoum -- I mean the original caption was United States

5    versus Hassoum, only the defendant Padilla is in court today.

6              Three years ago, the court of appeals upheld

7    Mr. Padilla's conviction and that of his codefendants; and

8    although there were several aspects of that trial that were

9    disputed by both sides on appeal, the court of appeals upheld

10   the convictions of all of the other codefendants in all of the

11   other issues on appeal except for one issue, and that was

12   Mr. Padilla's sentence.

13             The sentences for Mr. Hassoum and Mr. Jayyousi were

14   upheld in all respects.

15             The appellate court determined -- that was

16   extensively discussed this morning -- that Mr. Padilla's

17   sentence, although procedurally correct was substantively

18   unreasonable; and although the court conceded that I follow

19   the 3553 factors and the advisory guideline range was

20   advisable, and I had taken into account all of those things at

21   the time and that I was permitted to sentence Mr. Padilla

22   below the advisory guideline range, they told me that the

23   sentence was incorrect.

24             The interesting thing to me is that despite telling

25   me that the sentence was incorrect, it did not specifically

1  tell me how to change the sentence, just what they said they

2  didn't like.  And despite the leadership role of Mr. Padilla's

3  codefendants, the court allowed those sentences to stand.

4          The court, as was stated here today, placed, I think

5  properly so because, as Mr. Caruso said, concern about

6  Mr. Padilla's prior criminal record.  I was then as now

7  dismayed by the harshness of Mr. Padilla's prior confinement.

8  The Government notes that Mr. Padilla's first transfer into

9  brig custody was taking place during the circumstances right

10  after 911.

11          And I agree and I don't think anybody in this

12  courtroom would disagree that the Government should take

13  whatever appropriate steps to protect the homeland; and after

14  911, everyone was trying to do that.  But if we are trying to

15  talk about success rate post 911, all of the civilian trials

16  post 911 have been successful.  People have been transferred

17  into civilian custody, tried before juries.  Those individuals

18  have been successfully tried, jury verdicts, and are

19  appropriately incarcerated as it should be.

20          So somehow, skirting the civilian justice system

21  hasn't resulted in anything other than, I think, appropriately

22  where the evidence has been that those people have gone to

23  prison.  The Government also succeeded in this case that

24  evidence that shouldn't be admitted wasn't admitted.

25          So where are we now?  The Government states that the

September 9, 2014.

1    presumptive correct sentence in this case is to 360 months.

2    The defendant has asked me to look at a sentence more in line

3    with 252 months.

4              The Government concedes that life, the most serious

5    type of crimes should be -- or I should look at the cases such

6    as the shoe bomber cases, the underwear bomber cases, the

7    Times Square bomber; whereas here, we are talking about

8    individuals whose crimes were particularly targeted at the

9    homeland.

10             But I am concerned about allowing U.S. citizens to

11   be recruited and used abroad even on acts that might be

12   considered for non-U.S. citizens.  We now know that those

13   crimes abroad affect us in very personal ways, in ways that we

14   cannot discount.

15             But it is also hard for me to see why Mr. Jayyousi

16   and Mr. Hassoum get a pass, and one of the things that the

17   3553 factors tell you to do is not to look at -- not to have

18   disparity in sentences.

19             So I have Mr. Hassoum and Mr. Jayyousi's who clearly

20   manipulated Mr. Padilla.  Mr. Hassoum is a non-U.S. citizen.

21   I'm assuming that once he finishes his sentences, he will be

22   outside of the United States, which could be as equally

23   dangerous for us as him being inside of the United States.

24   Mr. Jayyousi is a United States citizen with a Ph.D. and very

25   smart.  What he chooses to do, we will see.

September 9, 2014.

54

1          So alleging for the harsh nature of the confinement

2     and the continuing nature of what I think is confinement

3     inside of the United States, I have to look at what is the

4     appropriate sentence for Mr. Hassoum.  Fifteen years, the

5     Government says for the noncombative people in the United

6     States, but we know that sentence is too low because the

7     original Padilla sentence was 17 years, and the court of

8     appeals said to me that that was the presumptive illegal

9     sentence.

10          Mr. Caruso is correct, hard cases do make bad law;

11    but I think from where I sit, bad law often comes from the

12    fact that lower courts often don't have the correct guidance.

13    And I don't think that the court of appeals did that, but at

14    least counsel in this case, for both the Government and the

15    Defense, made an effort to have me look at the 3553 factors

16    for guidance and what is best for both sides in looking at

17    them and what might be best for the Government and what is

18    ultimately best for Mr. Padilla.

19          So for the reasons stated here, in open court, for

20    the factors contained in 3553, specifically deterrents,

21    potential rehabilitation, and the harsh conditions of

22    confinement, I hereby sentence Mr. Padilla to 252 months;

23    credit for time served in civilian custody only.

24          Anything further on behalf of the United States?

25          MR. FRAZIER:  Your Honor, we would reserve an

September 9, 2014.

```
 1   objection just that the sentence is substantively unreasonable
 2   in light of the 3553 factors.  And how would the Court handle
 3   the sentence as to the other counts?  I assume that would be
 4   as to Count I.
 5              PROBATION OFFICER:  That's correct, Your Honor.  We
 6   would like clarification as to the sentence as to Counts II
 7   and III.  Count II carries of maximum sentence of 60 months.
 8              THE COURT:  Sixty months as to Count II.
 9              PROBATION OFFICER:  Correct.  Count III carries a
10   maximum sentence of 180 months.
11              THE COURT:  One hundred eighty months.
12              PROBATION OFFICER:  And the terms of supervised
13   release --
14              THE COURT:  Remain the same; all of the aspects of
15   the sentence remain the same.
16              Anything further on behalf of Mr. Padilla?
17              MR. CARUSO:  No, Your Honor.
18              THE COURT:  Counsel, would you approach for one
19   moment please?
20              THE COURTROOM DEPUTY:  Counts II and III are to run
21   concurrent to Count I.
22              THE COURT:  Thank you very much, Counsel.
23              Court is now in recess.
24              THE COURTROOM DEPUTY:  All rise.
25         (PROCEEDINGS ADJOURNED AT 11:58 a.m.)
```

September 9, 2014.

| | |
|---|---|
| 1 | **C-E-R-T-I-F-I-C-A-T-E** |
| 2 | I hereby certify that the foregoing is |
| 3 | an accurate transcription and proceedings in the |
| 4 | above-entitled matter. |
| 5 | |

**12/15/2014**                    **/s/DIANE MILLER**

6    DATE                        DIANE MILLER, RMR, CRR
                                 Official United States Court Reporter
7                                Wilkie D. Ferguson Jr. U.S. Courthouse
                                 400 North Miami Avenue, Suite 11-2
8                                Miami, FL  33128
                                 305-523-5152   (fax) 305-523-5159
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

September 9, 2014.

**'**

**'98 [1]  43/25**

**/**

**/s/DIANE [1]  56/5**

**0**

**04-60001 [1]  2/4**
**04-60001-CR-COOKE [1]  1/2**

**1**

**100 [1]  7/12**
**1001 [1]  20/19**
**11-2 [2]  1/22 56/7**
**110-month [1]  4/4**
**1117 [1]  20/2**
**11:23 [1]  50/25**
**11:49 [1]  51/1**
**11:58 [1]  55/25**
**12 [6]  29/15 41/6 41/11 43/11 45/7 45/24**
**12/15/2014 [1]  56/5**
**14 [1]  45/7**
**15 [2]  6/18 34/18**
**15-year [1]  6/5**
**150 [1]  1/17**
**17 [5]  5/4 9/13 19/6 23/25 54/7**
**180 [1]  55/10**

**2**

**20 [1]  45/17**
**2002 [1]  11/19**
**2011 [1]  2/16**
**2012 [1]  20/20**
**2014 [3]  1/4 43/24 56/5**
**2017 [1]  7/25**
**2018 [1]  7/25**
**208-month [1]  4/2**
**21 [13]  29/7 29/11 29/24 30/1 30/6 36/11**
** 37/20 38/5 38/17 38/23 39/14 40/2 40/7**
**210 [1]  35/9**
**213 [1]  35/11**
**215 [1]  35/15**
**219 [1]  35/18**
**23-hour [2]  5/14 16/8**
**250-month [1]  4/2**
**252 [2]  53/3 54/22**
**28 [2]  9/16 22/11**

**3**

**30 [6]  5/20 6/20 17/19 20/11 24/6 49/7**
**30-year [6]  3/13 3/17 4/21 5/12 22/16 23/1**
**305 [1]  1/23**
**305-523-5152 [1]  56/8**
**305-523-5159 [1]  56/8**
**33128 [2]  1/22 56/8**
**33130 [1]  1/18**
**33132 [1]  1/15**
**35 [1]  22/23**
**3553 [10]  3/11 7/18 8/20 23/7 30/3 51/19**
** 53/17 54/15 54/20 55/2**
**36 [1]  24/21**
**360 [3]  3/20 9/19 53/1**
**360-month [5]  4/9 4/12 5/6 6/1 24/10**
**360-to-life [1]  8/7**
**371 [1]  8/25**

**4**

**400 [2]  1/22 56/7**
**42 [1]  3/25**
**4th [1]  1/14**

**5**

**50s [1]  18/25**
**5152 [2]  1/23 56/8**
**5159 [1]  56/8**
**523-5152 [1]  1/23**

**6**

**60 [1]  55/7**
**60001 [1]  2/4**
**677 [1]  20/19**
**69 [1]  1/7**

**9**

**911 [8]  11/19 34/5 34/19 47/21 52/10 52/14**
** 52/15 52/16**
**956 [3]  3/21 8/24 9/1**
**99 [1]  1/14**
**994 [1]  9/16**
**994H [1]  22/11**

**A**

**a.m [3]  50/25 51/1 55/25**
**Abdulmutallab [1]  6/12**
**abide [4]  19/24 20/25 21/15 29/22**
**abided [1]  43/23**
**abiding [1]  44/25**
**able [12]  18/18 20/23 21/2 21/14 29/14**
** 37/21 37/22 42/13 43/15 43/16 46/3 46/18**
**about [48]  7/18 8/4 8/13 10/12 11/8 11/16**
** 11/20 14/20 15/24 16/7 17/3 18/9 18/10**
** 18/13 18/17 26/16 26/17 26/22 27/2 27/2**
** 27/8 27/11 28/15 29/20 31/4 31/11 33/5**
** 33/16 33/21 34/17 34/22 35/2 35/12 42/14**
** 42/23 43/1 43/3 43/4 43/5 48/6 48/7 48/14**
** 50/10 50/14 52/5 52/15 53/7 53/10**
**above [1]  56/4**
**above-entitled [1]  56/4**
**abroad [5]  8/11 10/5 18/21 53/11 53/13**
**absentmindedness [1]  16/3**
**absolute [1]  12/17**
**absolutely [2]  28/23 30/12**
**abundance [1]  37/11**
**abuse [5]  7/7 11/24 13/3 13/5 13/20**
**AC [2]  44/4 44/4**
**accept [1]  17/7**
**acceptance [1]  19/23**
**accepted [1]  23/18**
**access [3]  15/4 32/24 33/8**
**according [3]  12/19 13/3 13/17**
**account [9]  10/20 15/7 16/11 17/9 22/22**
** 22/25 24/5 24/7 51/20**
**accounting [1]  22/17**
**accurate [3]  12/17 34/8 56/3**
**actions [1]  17/8**
**acts [1]  53/11**
**actual [5]  9/24 9/25 9/25 15/11 19/13**
**actually [11]  9/4 9/5 11/15 19/13 19/14**
** 22/7 23/25 33/25 34/19 36/13 39/24**
**add [2]  3/24 36/10**
**addition [2]  9/24 19/9**
**additional [1]  18/3**
**address [3]  8/20 16/4 28/2**

**adequate [1]  30/13**
**Adham [4]  26/10 26/18 27/24 28/20**
**adhering [1]  38/10**
**ADJOURNED [1]  55/25**
**admissions [1]  13/22**
**admit [2]  14/15 14/22**
**admitted [2]  52/24 52/24**
**advantage [1]  37/8**
**advisable [1]  51/20**
**advisory [4]  22/8 30/2 51/19 51/22**
**advocating [3]  24/10 24/23 24/24**
**ADX [5]  21/20 36/17 36/20 37/4 40/8**
**affect [1]  53/13**
**affiliation [1]  39/11**
**affirmation [1]  12/3**
**afford [1]  42/5**
**Afghanistan [2]  9/5 17/16**
**AFPD [1]  1/16**
**African [1]  6/24**
**after [9]  14/1 24/6 31/20 32/21 34/19 47/21**
** 48/21 52/10 52/13**
**again [20]  5/5 7/1 8/6 22/13 23/24 25/14**
** 26/7 28/10 31/19 32/4 33/3 34/12 34/12**
** 39/23 42/11 43/15 44/25 45/4 48/4 49/15**
**against [2]  27/20 31/25**
**age [3]  18/23 19/17 45/7**
**ago [3]  39/4 48/10 51/6**
**agree [2]  26/11 52/11**
**agreement [1]  3/3**
**aid [1]  28/17**
**al [15]  7/4 7/10 9/5 10/1 10/6 17/15 17/17**
** 20/5 23/17 23/25 24/4 33/15 33/18 41/10**
** 50/3**
**Al-Marri [4]  7/4 7/10 33/15 33/18**
**al-Qaeda [10]  9/5 10/1 10/6 17/15 17/17**
** 20/5 23/25 24/4 41/10 50/3**
**alive [1]  42/8**
**all [33]  6/15 7/22 11/17 12/1 13/15 15/20**
** 15/25 16/20 16/21 21/21 26/22 28/5 28/15**
** 29/17 32/23 33/10 36/17 44/21 44/25 47/5**
** 49/12 49/16 49/23 50/1 50/14 50/24 51/10**
** 51/10 51/14 51/20 52/15 55/14 55/24**
**allegation [5]  13/3 13/6 13/9 13/14 13/19**
**allegations [11]  7/7 7/17 7/18 10/18 11/24**
** 12/2 12/7 15/10 15/10 16/16 16/19**
**alleged [1]  12/4**
**alleges [1]  12/9**
**alleging [1]  54/1**
**allow [2]  20/14 30/5**
**allowed [4]  5/12 12/20 15/4 52/3**
**allowing [1]  53/10**
**almost [4]  42/9 42/10 42/16 42/22**
**alone [2]  18/23 36/4**
**along [2]  5/5 42/20**
**already [4]  9/16 46/14 47/3 49/20**
**also [19]  5/20 7/4 9/1 11/13 14/6 14/9 16/14**
** 18/11 23/17 23/21 28/8 32/13 35/19 39/10**
** 46/17 46/20 46/24 52/23 53/15**
**although [3]  51/8 51/17 51/18**
**always [9]  26/6 41/13 41/13 41/21 41/22**
** 41/22 42/4 43/4 44/2**
**am [3]  15/8 44/8 53/10**
**ameliorate [1]  37/14**
**AMERICA [11]  1/3 2/3 47/13 47/21 48/3**
** 48/9 48/17 49/3 49/4 49/4 49/11**
**American [3]  47/14 48/20 49/14**
**among [1]  30/12**

## A

analogous [3]  25/7 25/8 25/15
analysis [6]  3/10 4/15 7/16 8/6 22/17 30/7
animal [1]  48/3
another [3]  11/21 12/18 48/21
answers [1]  20/3
any [16]  4/22 5/9 7/19 10/7 12/10 13/4
 14/15 18/1 21/9 30/19 32/6 33/14 39/5 41/9
 45/12 49/14
anybody [5]  47/2 47/6 47/20 50/19 52/11
anyone [4]  32/11 40/19 45/21 46/7
anything [7]  40/16 45/12 45/19 48/23 52/21
 54/24 55/16
anyways [1]  45/13
anywhere [1]  48/3
apart [2]  9/22 10/1
apologized [1]  17/24
apparently [1]  32/8
appeal [2]  51/9 51/11
appeals [9]  6/8 15/12 15/17 24/23 31/4 51/6
 51/9 54/8 54/13
Appeals' [1]  2/15
APPEARANCES [1]  1/11
appearing [2]  2/5 2/9
appears [1]  5/20
appellate [2]  24/20 51/15
applaud [1]  38/13
applauded [1]  38/10
applause [1]  38/11
apply [1]  21/1
applying [2]  20/12 21/15
approach [1]  55/18
appropriate [12]  3/16 4/17 4/21 6/1 6/21
 10/21 15/14 15/18 22/24 24/5 52/13 54/4
appropriately [2]  52/19 52/21
approved [3]  5/9 5/10 5/18
approvingly [1]  5/11
approximately [1]  24/21
are [90]
area [1]  13/2
aren't [1]  39/11
argue [1]  3/6
argued [3]  20/10 23/21 32/4
arguing [2]  16/10 16/11
argument [5]  2/24 12/18 14/25 15/15 31/15
armed [3]  17/16 48/25 49/1
arms [2]  19/10 39/23
Army [1]  49/2
around [5]  12/21 13/1 41/12 43/1 44/1
arrested [1]  45/7
arrests [4]  5/4 9/13 19/6 23/25
arrive [1]  22/25
articles [1]  43/5
as [90]
aside [1]  30/3
ask [5]  30/25 37/9 38/22 40/14 40/15
asked [2]  31/10 53/2
asking [2]  18/8 24/18
aspect [1]  4/3
aspects [2]  51/8 55/14
assessing [2]  25/6 30/15
assume [1]  55/3
assuming [2]  23/23 53/21
Atlanta [1]  18/9
attack [5]  11/19 11/21 27/15 27/17 28/17
attacked [1]  34/15

attempted [1]  6/17
attempting [1]  33/1
attempts [1]  17/23
attend [2]  12/14 25/16
attendance [1]  34/20
attended [2]  26/4 34/11
Attorney's [1]  20/3
Atwell [1]  27/23
AUSA [3]  1/12 1/13 1/13
authority [1]  7/15
authorized [5]  4/18 9/19 22/13 22/21 29/13
automatically [1]  14/18
available [2]  16/2 22/8
availed [1]  21/24
avenue [3]  1/22 36/3 56/7
avenues [1]  26/24
avoid [1]  23/7
awaiting [1]  36/16
aware [1]  9/12
away [4]  42/9 42/10 42/19 42/20
axiom [1]  25/5

## B

back [11]  3/24 4/1 19/18 21/23 31/14 36/11
 38/4 44/11 44/14 47/3 51/3
bad [10]  25/5 31/15 31/16 31/16 31/17
 31/22 38/22 47/24 54/10 54/11
balance [1]  5/5
Barak [2]  49/12 50/16
barely [1]  44/15
base [3]  3/3 4/8 5/2 20/10 33/17
based [16]  4/4 4/18 5/15 5/16 5/20 5/23 9/3
 16/13 22/19 30/11 35/23 36/8 36/9 36/12
 36/12 36/13
baseline [2]  4/2 4/15
basement [1]  32/11
basically [2]  6/5 41/17
basis [1]  12/15
basketball [5]  12/20 12/21 12/22 12/22
 12/23
be [59]
bear [1]  35/6
because [37]  6/7 6/19 10/7 10/19 12/24
 14/16 15/20 15/24 15/25 17/8 23/23 25/6
 26/12 29/1 31/5 31/25 39/3 39/16 42/12
 42/17 43/4 43/17 44/15 44/25 46/24 47/1
 47/5 47/18 47/25 48/20 48/20 49/8 49/15
 49/19 50/12 52/5 54/6
been [33]  36/13 9/5 19/5 20/23 21/14 23/11
 25/4 29/19 33/4 36/15 36/16 36/18 39/22
 40/3 41/6 41/12 41/14 42/4 43/11 44/19
 44/20 44/25 45/18 45/21 47/8 47/8 48/19
 49/6 49/21 52/16 52/16 52/18 52/22
before [11]  1/9 18/20 19/9 19/21 20/10
 21/10 22/17 37/12 38/25 47/25 52/17
begin [2]  12/1 22/16
beginning [1]  50/4
behalf [8]  2/5 2/9 2/11 17/17 40/20 47/4
 54/24 55/16
behavior [1]  18/5
BEHLING [2]  1/13 2/8
being [15]  12/10 13/6 13/9 13/9 19/20 27/19
 28/15 30/21 34/5 34/14 42/11 42/13 43/5
 49/17 53/23
belabor [1]  33/3
believe [23]  2/16 6/25 7/12 7/12 7/23 29/12
 29/23 30/8 30/11 31/1 31/5 35/18 36/2

40/14 40/21 41/8 43/7 43/22 43/25 44/9
 45/19 49/2 50/12
believes [1]  34/10
below [2]  30/2 51/22
best [3]  54/16 54/17 54/18
better [6]  8/11 14/24 22/2 43/12 44/1 47/15
between [4]  8/3 25/11 28/7 28/19
beyond [2]  31/17 33/14
big [1]  43/17
Bin [1]  47/10
bit [1]  4/10
blood [1]  25/10
blueprint [1]  21/13
blunt [1]  39/12
bodily [1]  34/1
body [1]  41/21
bomber [8]  6/13 6/14 6/15 33/25 47/11 53/6
 53/6 53/7
bombings [1]  6/24
BOP [3]  21/1 21/15 21/25
BOP's [1]  20/13
born [4]  28/10 47/16 47/17 49/5
both [7]  7/23 7/25 13/21 47/17 51/9 54/14
 54/16
bottom [2]  3/18 31/14
brain [1]  35/22
break [1]  32/25
brethren [1]  18/9
BRIAN [2]  1/12 2/7
BRIDGET [2]  1/13 2/8
brief [5]  3/3 4/8 5/2 20/10 33/17
brig [30]  4/1 7/6 7/14 11/10 11/12 11/18
 12/12 12/16 13/13 13/25 15/2 16/23 22/18
 23/2 24/7 31/13 31/24 32/3 35/4 35/5 35/8
 35/10 35/12 36/1 36/8 36/9 36/13 47/9
 47/23 52/9
Brigus [1]  14/5
bring [6]  6/3 6/5 6/18 28/2 45/6 50/7
bringing [1]  38/11
broad [3]  30/4 30/5 30/6
brother [4]  29/9 40/21 41/18 42/9
brothers [1]  43/19
brought [3]  6/15 37/12 37/14
brutal [2]  27/21 27/21
Bush [1]  49/12
business [1]  25/13

## C

C-E-R-T-I-F-I-C-A-T-E [1]  56/1
caliphate [2]  26/15 28/3
called [1]  49/21
calls [1]  33/10
came [4]  7/13 11/5 25/24 36/7
camp [6]  8/14 9/5 17/15 24/1 34/11 34/12
campground [1]  49/2
camps [6]  25/16 34/6 34/7 34/20 35/3 39/9
can [21]  9/9 10/20 15/7 19/22 28/6 31/7
 32/22 34/16 35/25 39/18 40/6 41/6 42/1
 42/17 42/25 43/10 44/11 44/14 44/15 45/11
 45/15
can't [4]  34/25 41/11 43/7 43/22
cannot [2]  33/11 53/14
canvassing [1]  49/6
capability [1]  30/15
capable [2]  18/23 41/9
caption [1]  51/4
care [7]  20/8 42/15 42/15 44/3 44/3 47/2

**C**

care... [1] 48/7
career [13] 4/16 4/20 4/24 9/14 9/17 18/14
 19/7 22/12 22/20 23/19 23/24 24/2 34/24
cares [1] 45/17
carries [3] 34/22 55/7 55/9
carry [2] 10/6 19/13
CARUSO [12] 1/16 2/11 21/10 24/13 24/15
 38/25 40/10 40/19 46/7 50/19 52/5 54/10
Caruso's [1] 21/8
case [54] 1/2 2/3 2/4 5/11 5/13 5/17 5/20
 5/22 5/23 6/2 6/10 6/12 6/13 6/14 6/20 6/22
 6/23 7/4 8/23 9/19 10/21 15/11 17/7 17/21
 18/4 20/20 21/12 22/21 23/18 23/23 24/6
 25/4 25/14 25/17 25/20 26/8 27/18 30/6
 31/23 32/15 33/5 33/17 38/21 39/3 45/12
 45/16 47/5 47/6 49/13 50/3 50/23 52/23
 53/1 54/14
cases [25] 5/21 5/25 6/3 6/4 6/6 6/8 6/15
 6/16 6/17 7/16 23/14 25/5 30/16 33/20
 33/22 33/24 34/4 34/4 34/16 38/22 39/25
 53/5 53/6 53/6 54/10
categories [2] 6/11 30/5
category [5] 30/5 30/6 31/7 31/8 31/9
caused [3] 13/21 14/19 36/1
cell [3] 30/19 37/16 42/18
certain [3] 10/24 15/23 17/3
certainly [6] 3/2 3/7 6/9 8/1 19/4 25/17
certify [1] 56/2
challenge [1] 45/21
change [1] 52/1
changed [1] 11/4
characteristics [4] 4/21 9/12 10/17 17/10
charge [3] 9/1 9/2 50/1
charged [1] 27/17
charges [1] 8/2
charity [1] 10/10
chastised [1] 6/8
Chechnya [3] 27/18 27/20 28/4
Chicago [2] 41/20 49/7
choice [3] 20/24 36/10 36/23
choices [1] 22/3
choose [1] 10/3
chooses [1] 53/25
chose [1] 17/3
CIA [1] 7/1
circle [1] 38/4
Circuit [22] 3/15 3/24 4/14 5/1 5/3 5/10
 5/17 5/22 8/5 8/14 9/15 10/19 16/5 18/4
 20/2 20/20 22/10 22/19 23/9 29/23 33/21
 36/2
Circuit's [5] 4/3 5/7 15/6 29/12 36/10
circumstance [2] 8/22 9/9
circumstances [2] 10/24 52/9
cite [3] 33/19 35/9 35/11
cited [8] 5/11 6/23 7/11 20/19 34/18 34/20
 36/24 39/25
cites [2] 7/15 16/20
citing [2] 16/6 16/14
citizen [6] 43/23 45/13 47/14 49/15 53/20
 53/24
citizen's [1] 48/9
citizens [5] 44/25 48/7 48/20 53/10 53/12
civilian [7] 11/2 29/19 37/12 52/15 52/17
 52/20 54/23
civilians [5] 9/8 10/6 10/15 17/19 19/19

clarification [1] 55/6
clean [1] 37/5
clear [2] 33/21 39/21
clearly [1] 53/19
clergy [1] 12/13
client [1] 40/11
client's [1] 40/20
clinical [1] 11/13
close [2] 34/2 44/23
closely [1] 28/21
closest [1] 45/15
codefendants [6] 7/22 9/22 23/23 51/7
 51/10 52/3
coercion [1] 14/20
coercive [1] 32/17
cognitive [2] 35/21 37/2
colleagues [1] 14/21
Colorado [2] 20/17 45/5
combatant [6] 6/25 7/3 11/23 15/2 48/24
 48/25
combatants [1] 5/25
come [10] 12/2 12/14 24/25 39/10 45/15
 46/4 47/3 48/15 48/20 48/21
comes [3] 4/1 45/10 54/11
coming [3] 47/4 47/21 49/23
comment [1] 38/4
Commission [1] 17/2
commit [1] 18/3
communication [2] 45/25 46/1
community [1] 38/18
company [1] 36/21
compare [2] 23/10 23/13
compared [2] 5/16 5/23
comparison [1] 33/21
comparisons [1] 5/21
competency [4] 11/6 12/6 16/25 22/3
complete [3] 12/9 12/17 32/9
completely [2] 11/20 43/14
comply [1] 21/25
concede [1] 15/16
conceded [1] 51/18
concedes [3] 15/25 34/17 53/4
concept [2] 26/17 27/2
concern [2] 14/16 14/19 52/5
concerned [3] 11/20 28/14 53/10
concurrent [1] 55/21
condition [2] 35/8 37/14
conditions [34] 4/5 4/22 5/9 5/16 7/13
 10/18 10/25 12/11 14/18 14/23 15/5 15/8
 15/14 15/16 16/11 16/17 21/3 22/18 22/22
 22/25 24/7 31/9 31/13 31/17 31/21 35/5
 35/7 35/10 36/1 36/13 36/14 37/4 37/6
 54/21
conduct [1] 27/21
confidence [1] 18/2
confined [3] 14/9 21/17 21/19
confinement [34] 4/5 4/23 5/14 5/15 7/13
 10/18 10/25 12/11 12/12 15/8 15/14 16/1
 16/14 16/18 16/23 19/25 21/4 21/8 22/18
 22/23 24/7 29/8 31/10 33/4 35/7 35/10
 36/15 36/16 36/17 37/25 52/7 54/1 54/2
 54/22
confines [1] 5/8
confused [1] 33/19
congregant [2] 26/6 27/23
congregants [1] 26/4
congregation [1] 28/2

Congress [2] 9/16 34/19
Congressional [1] 22/20
consider [5] 29/8 29/10 30/14 30/25 31/5
considerations [1] 4/13
considered [3] 10/23 19/7 53/12
consistent [2] 34/12 35/21
consolidated [2] 11/10 12/16
conspiracy [9] 3/22 4/20 8/2 8/24 8/25
 17/17 19/14 19/18 24/4
constitution [2] 38/13 48/17
constitutional [2] 50/14 50/15
contact [3] 25/23 29/15 33/9
contained [2] 3/6 54/20
contended [1] 32/10
context [4] 11/17 15/9 17/6 25/14
continue [1] 40/12
continued [1] 36/14
continuing [1] 36/14
continuum [2] 24/17 28/18
contrition [2] 17/25 19/24
control [1] 21/2
converted [2] 31/6 43/24
convicted [11] 8/24 9/2 18/14 19/5 20/22
 23/11 23/20 23/24 24/3 24/3 25/3
conviction [4] 5/4 9/13 21/3 51/7
convictions [1] 51/10
convinced [1] 34/5
COOKE [2] 1/2 1/9
cooperate [1] 17/2
cooperating [1] 28/8
core [1] 36/5
correct [11] 3/18 3/19 3/20 8/7 13/1 51/17
 53/1 54/10 54/12 55/5 55/9
correctional [1] 20/9
correctly [2] 14/14 30/8
could [6] 21/5 22/23 44/10 45/5 45/6 53/22
couldn't [2] 41/8 42/4
counsel [10] 2/17 2/20 2/23 15/3 15/5 32/24
 33/8 54/14 55/18 55/22
Count [5] 55/4 55/7 55/8 55/9 55/21
counted [1] 36/7
countries [3] 28/22 48/4 49/17
country [15] 9/24 25/6 34/5 38/15 38/18
 43/23 44/25 45/14 48/13 48/21 49/2 49/5
 49/9 49/9 50/13
country's [1] 50/13
counts [3] 55/3 55/6 55/20
couple [3] 4/13 6/25 46/13
course [11] 3/21 8/13 26/8 29/22 31/9 32/15
 32/18 33/5 39/13 50/5 50/7
court [68]
court's [6] 3/3 3/10 4/15 5/19 5/21 36/5
courthouse [3] 46/22 49/24 56/7
courtroom [2] 51/2 52/12
courts [2] 25/6 54/12
CR [1] 1/2
Craig [1] 13/25
create [3] 33/2 33/6 39/5
credit [4] 3/25 7/2 36/10 54/23
credited [1] 36/9
crime [1] 10/12
crimes [9] 17/21 17/22 17/25 18/1 18/3
 23/19 53/5 53/8 53/13
criminal [16] 2/4 5/2 8/5 9/10 10/11 18/5
 19/4 19/6 23/12 25/23 30/21 30/24 31/2
 31/5 38/9 52/6
criminals [2] 18/6 23/10

United States vs. Jose Padilla                    60

## C

criteria [1]  35/16
critical [1]  4/15
CRR [2]  1/21 56/6
crying [1]  43/10
culpability [8]  23/16 23/22 25/2 25/7 25/12
 30/7 30/12 36/12
culpable [1]  10/13
current [3]  19/22 19/22 19/24
custody [4]  11/2 52/9 52/17 54/23
cut [1]  39/21
cutting [1]  8/16

## D

D.C [1]  49/11
damage [2]  34/1 36/2
damaged [1]  37/13
dangerous [2]  19/16 53/23
dangerousness [4]  20/4 24/15 24/17 28/19
dark [1]  32/11
date [2]  2/14 56/6
David [1]  23/10
day [15]  3/25 3/25 13/15 13/17 21/22 25/6
 29/13 43/16 45/2 45/8 45/9 45/10 47/4 48/1
 49/6
day-for-day [1]  3/25
days [1]  43/12
deal [1]  37/16
deals [1]  34/19
dearly [1]  43/17
death [2]  23/14 34/1
decided [1]  21/25
decision [3]  5/8 17/7 29/22
declaration [1]  32/19
deep [2]  31/3 32/11
defend [2]  27/15 34/14
defendant [27]  1/7 1/16 4/25 6/19 7/2 7/5
 8/4 8/23 9/3 9/12 9/13 10/17 13/8 14/6 17/1
 17/14 17/23 17/23 20/8 21/18 21/24 23/16
 23/21 23/24 24/2 51/5 53/2
defendant's [4]  5/2 9/24 12/2 14/4
defendants [2]  8/3 23/17
Defender [1]  1/17
Defender's [1]  2/11
defense [8]  5/1 7/15 11/14 13/23 14/3 28/17
 32/4 54/15
defensive [1]  27/11
DEL [18]  1/13 2/8 3/10 7/17 7/20 8/17 14/8
 21/20 21/22 23/3 24/9 24/17 27/4 31/10
 32/8 34/6 36/19 36/21
denied [4]  25/24 33/7 33/9 50/15
deny [2]  25/21 33/11
Department [1]  35/1
departures [1]  18/11
dependency [2]  33/1 33/6
depression [1]  14/2
DEPUTY [1]  51/2
describe [1]  26/5
described [4]  20/21 37/4 39/8 43/6
describes [1]  35/9
description [1]  20/21
deserve [1]  47/6
deserved [1]  38/11
designated [2]  11/22 19/6
designation [1]  9/14
designed [2]  13/20 33/13

desire [1]  26/17
despair [2]  33/14 38/3
despite [3]  39/10 51/24 52/2
destroy [2]  13/20 47/25
destroyed [1]  29/16
destruction [1]  29/19
detail [2]  3/8 11/8
details [1]  16/13
detention [3]  7/1 33/7 35/15
deter [1]  40/5
determination [2]  18/9 18/10
determined [1]  51/15
deterrence [3]  39/2 39/5 40/5
deterrents [1]  54/20
devised [1]  37/15
devising [1]  10/21
devoted [1]  5/1
devours [1]  37/7
diagnosis [1]  35/16
diagnostic [1]  35/16
diane [4]  1/21 1/23 56/5 56/6
did [30]  8/14 10/19 12/19 16/5 16/22 17/1
 17/17 18/19 26/14 26/16 26/21 27/22 30/21
 31/4 33/19 35/4 38/14 41/21 44/4 46/19
 47/24 47/25 48/1 48/11 48/12 49/7 49/7
 50/11 51/25 54/13
didn't [5]  18/9 30/25 32/11 39/2 52/2
difference [2]  9/21 28/19
differences [2]  9/23 30/11
different [10]  8/3 8/4 8/13 20/6 26/11 26/12
 26/24 28/5 28/10 48/4
difficulty [1]  18/7
directly [1]  34/20
director [1]  11/10
disagree [5]  8/9 8/12 11/1 11/3 52/12
disagreement [3]  25/1 31/3 36/6
discomfort [1]  33/13
discount [2]  14/12 53/14
discounted [1]  4/4
discouraging [1]  39/8
discuss [4]  3/11 17/3 33/22 39/2
discussed [5]  4/8 5/21 31/7 33/4 51/16
discussing [1]  26/14
discussion [4]  3/5 7/21 7/23 36/12
dismayed [1]  52/7
disorder [2]  35/17 37/1
disorientation [1]  33/13
disparities [1]  23/8
disparity [1]  53/18
dispossessed [1]  27/13
dispute [2]  15/3 37/8
disputed [2]  37/7 51/9
disputing [1]  31/12
disqualifies [1]  19/19
dissimilar [1]  15/22
distant [1]  42/7
distinction [1]  25/11
distinguished [1]  34/16
distinguishing [1]  18/13
DISTRICT [3]  1/1 1/1 1/10
disturbed [1]  24/20
do [33]  3/9 11/1 18/19 21/17 25/16 26/9
 26/22 26/23 27/2 27/8 29/13 29/24 32/8
 35/1 36/11 37/15 38/12 38/15 38/18 39/16
 40/16 40/18 42/23 43/4 44/2 44/16 48/23
 50/6 50/6 52/14 53/17 53/25 54/10
doctors [1]  37/15

document [1]  32/14
does [9]  4/19 25/9 29/6 30/24 35/6 40/15
 43/7 45/1 45/9
doesn't [1]  43/14
doing [4]  18/25 48/13 49/6 49/8
DOJ [1]  34/21
don't [41]  11/3 15/24 15/24 19/17 19/19
 21/9 21/18 25/17 25/21 28/24 29/8 29/10
 32/7 36/23 38/4 39/9 40/14 42/12 42/23
 42/23 44/10 45/3 45/4 45/17 45/23 45/23
 46/2 46/15 46/25 47/2 47/3 48/2 48/5 48/22
 48/23 49/10 49/12 50/3 52/11 54/12 54/13
done [5]  19/21 37/10 43/25 45/16 50/11
double [1]  36/7
doubt [1]  37/20
down [12]  4/10 5/15 16/8 20/13 20/13
 20/16 20/20 21/13 36/7 36/19 36/20 37/9
downward [1]  36/3
dozens [1]  39/19
Dr [9]  13/25 14/3 14/5 35/11 35/12 35/15
 35/18 36/25 37/1
draw [3]  25/11 28/6 35/25
dreams [1]  42/11
driving [2]  3/21 8/6
drug [2]  25/11 25/13
due [2]  7/13 20/4
during [14]  10/24 12/6 12/11 13/15 14/8
 14/15 15/4 26/8 26/16 27/24 32/15 33/5
 35/14 52/9
duty [2]  34/14 34/15

## E

earlier [2]  23/21 38/4
early [4]  5/3 11/19 18/25 31/23
East [1]  6/24
easy [1]  41/20
education [1]  30/18
educational [1]  20/8
effective [1]  20/9
effort [1]  54/15
efforts [1]  37/13
egregious [4]  11/24 15/9 16/16 16/19
eight [1]  7/12
eighty [1]  55/11
either [2]  6/10 23/11
election [1]  49/6
Eleventh [26]  3/15 3/23 4/3 4/14 5/1 5/3 5/7
 5/10 5/17 5/22 8/5 8/14 9/15 10/19 15/6
 16/5 18/4 20/2 22/10 22/19 23/9 29/12
 29/23 33/21 36/2 36/9
else [5]  40/19 42/20 45/19 46/7 50/19
encourage [1]  18/20
end [7]  20/4 28/20 33/24 34/2 34/2 34/3
 38/8
endorsed [1]  3/15
endure [2]  36/14 40/3
enemy [7]  5/25 6/25 7/3 11/22 15/1 48/24
 48/25
engage [1]  10/3
engine [2]  3/21 8/6
enhancement [1]  34/24
enough [1]  50/3
enshrined [1]  38/13
enter [2]  21/1 21/16
entering [2]  20/12 20/12
entitled [1]  56/4
environment [4]  14/17 14/21 32/17 33/12

# E

equally [1] 53/22
equation [1] 26/22
especially [2] 19/7 19/15
essence [1] 29/3
essentially [5] 10/9 12/2 21/2 22/4 36/6
established [1] 26/18
establishing [2] 26/15 28/3
Estella [2] 29/9 46/8
evaluated [1] 14/6
even [13] 4/22 10/13 14/21 14/22 18/5
 18/24 19/25 37/20 39/3 42/14 48/10 48/11
 53/11
eventually [1] 13/20
ever [5] 37/21 37/22 44/10 45/12 46/1
every [6] 21/21 25/6 38/21 45/1 48/7 48/9
everybody [4] 45/1 46/20 46/21 47/21
everyone [2] 51/2 52/14
everything [1] 42/20
evidence [28] 7/19 9/4 11/5 12/4 12/5 12/13
 14/7 15/10 15/25 16/15 16/21 16/22 24/22
 26/8 26/9 27/6 27/18 28/13 32/16 33/25
 34/8 35/6 35/23 36/24 37/11 50/3 52/22
 52/24
evidenced [1] 27/7
evil [5] 47/12 47/17 47/22 49/16 50/5
exactly [2] 6/10 18/19
examining [1] 14/1
example [5] 6/12 25/9 27/22 49/16 49/17
examples [1] 13/24
except [1] 51/11
exception [1] 33/15
excerpt [1] 26/25
excruciatingly [1] 31/16
execute [1] 19/14
executions [1] 27/21
exhibit [2] 32/13 32/19
exhibits [1] 26/2
expect [2] 16/18 32/23
experiences [1] 35/14
expert [4] 14/3 16/21 26/25 27/9
experts [2] 13/22 13/23
explained [1] 22/10
exposed [1] 13/9
exposure [1] 7/1
expressed [1] 9/16
extensive [3] 9/4 11/5 23/12
extensively [1] 51/16
extent [1] 30/17

# F

F.3d [1] 20/19
fabricated [3] 47/5 47/7 50/4
face [1] 39/24
facets [1] 3/23
facility [2] 7/5 40/8
fact [20] 12/19 13/11 15/9 16/24 17/6 18/13
 18/13 18/14 18/18 19/4 19/10 20/11 20/21
 31/17 32/7 32/16 35/4 36/22 38/14 54/12
factor [6] 8/21 9/11 17/11 20/7 22/6 23/6
factors [12] 3/11 7/18 8/20 22/7 30/3 30/14
 39/1 51/19 53/17 54/15 54/20 55/2
facts [3] 12/3 18/1 31/22
factual [1] 7/17
factually [1] 15/22
fair [1] 48/19

fairly [1] 12/13
Faisal [1] 6/14
faith [1] 43/25
fall [1] 40/24
falls [4] 6/11 6/20 23/16 23/21
family [9] 33/9 37/23 42/4 43/9 43/16 43/18
 43/20 44/7 49/1
family's [1] 37/19
far [1] 33/14
fashion [1] 35/19
fate [1] 21/3
father [4] 41/14 41/16 44/6 46/16
favorably [1] 23/14
fax [1] 56/8
FBI [1] 26/3
FDC [2] 14/6 36/15
federal [2] 2/11 39/25
feel [1] 42/7
feels [1] 45/24
Ferguson [1] 56/7
Fifteen [1] 54/4
fight [3] 6/20 19/13 27/11
figure [2] 41/14 46/16
filed [3] 2/15 3/6 21/10
final [1] 35/15
financier [1] 6/17
financiers [1] 10/2
find [3] 11/24 15/10 48/2
finding [1] 17/1
findings [2] 16/24 35/25
finds [1] 19/25
fine [1] 42/24
finish [1] 43/21
finishes [1] 53/21
first [13] 3/24 4/14 8/21 11/17 11/18 12/9
 26/3 26/24 30/6 31/1 31/11 31/19 52/8
fits [1] 6/2
five [5] 5/14 6/25 16/8 22/24 43/19
FL [3] 1/15 1/22 56/8
Flagler [1] 1/17
Florence [4] 20/17 21/20 36/20 37/7
FLORIDA [4] 1/1 1/5 1/18 49/8
flsd.uscourts.gov [1] 1/23
flu [1] 13/8
focus [1] 7/16
focused [3] 8/5 19/4 19/4
follow [4] 3/11 48/17 50/13 51/18
forces [1] 27/20 48/25
foregoing [1] 56/2
foreign [1] 9/24
forgetting [1] 26/19
form [4] 11/6 12/5 32/6 35/22
former [1] 37/4
fortune [1] 19/2
found [8] 9/3 14/1 14/7 17/6 20/2 22/2
 25/25 48/14
founders [1] 38/14
four [1] 39/4
frame [2] 27/10 27/16
framework [5] 3/9 3/12 6/2 10/22 16/5
frankly [1] 10/3
Frasier [1] 2/8
FRAZIER [9] 1/12 3/17 4/10 6/7 7/20 8/23
 10/19 24/18 27/4
free [1] 43/1
full [1] 35/16
function [1] 43/15

functioning [2] 35/21 37/3
funding [1] 10/8
furniture [1] 43/6
further [3] 17/22 54/24 55/16
future [1] 20/4

# G

gas [1] 13/10
gassed [1] 13/9
gave [3] 13/12 15/13 15/17
general [2] 16/12 20/14
generally [1] 6/3
generous [1] 4/5
genuine [1] 29/15
George [1] 49/12
get [12] 10/15 34/24 34/25 40/9 43/1 44/3
 44/8 44/13 45/3 45/18 46/1 53/16
gets [3] 29/6 43/15 43/15
getting [3] 38/5 41/25 42/18
Ghailani [1] 6/23
give [7] 8/15 13/23 15/18 18/1 39/14 48/15
 48/22
given [7] 18/17 21/7 24/22 30/2 40/2 47/11
 47/22
gives [2] 29/11 37/20
giving [2] 30/22 50/16
glad [1] 46/3
glass [1] 44/14
go [11] 8/11 10/5 10/14 18/21 25/16 25/17
 28/24 45/13 47/1 48/4 49/6
goal [3] 28/21 29/2 32/17
Goba [2] 23/10 28/9
goes [1] 21/23
going [31] 3/6 10/16 10/17 14/22 19/18 30/8
 30/10 31/23 33/3 37/21 37/22 38/13 38/19
 38/20 40/12 41/24 42/24 43/11 44/19 45/4
 46/1 47/3 48/1 48/22 49/10 50/6 50/6 50/6
 50/10 50/16 50/21
gone [2] 47/2 52/22
good [8] 2/7 2/10 8/19 41/11 46/11 46/12
 50/10 50/17
got [5] 11/15 12/15 14/6 44/4 44/16
government [36] 1/12 3/13 11/15 14/14
 14/19 15/25 17/2 20/18 23/1 23/14 25/2
 25/9 26/15 26/18 28/8 31/20 31/23 32/4
 32/18 33/11 33/16 33/19 34/3 34/17 37/9
 37/13 42/9 47/24 52/8 52/12 52/23 52/25
 53/4 54/5 54/14 54/17
Government's [5] 13/22 15/16 26/25 27/9
 33/22
great [2] 4/5 34/1
greater [2] 23/17 23/22
greatest [1] 41/14
grew [3] 41/16 41/19 44/6
ground [2] 30/13 36/3
growing [1] 44/23
Guantanamo [3] 39/22 39/24 47/15
guess [1] 18/8
guidance [5] 15/13 15/17 16/6 54/12 54/16
guide [1] 15/20
guideline [7] 3/18 3/20 22/8 22/11 30/2
 51/19 51/22
guidelines [1] 34/25
guidelines' [1] 3/14
guilty [5] 9/3 23/13 23/18 48/14 48/15
guys [1] 41/10

# H

half [6]   5/12 5/17 5/18 16/6 23/4 39/16
hallucinations [1]   35/14
hand [1]   6/3 6/16
handle [1]   55/2
hands [1]   8/15
hanging [1]   41/25
happen [1]   45/9
happened [5]   11/19 15/21 33/17 43/8 49/14
happening [3]   28/4 43/8 43/23
happens [1]   44/24
happy [1]   46/18
harassed [2]   44/20 44/20
harbored [1]   27/7
hard [5]   24/17 25/5 38/22 53/15 54/10
hardly [2]   9/9 18/23
hardworking [1]   26/5
harm [3]   10/7 19/14 34/1
harsh [22]   4/4 4/22 5/9 5/16 10/18 10/24
 11/2 11/4 14/24 15/5 15/7 15/13 15/17
 16/11 16/12 16/17 22/17 22/22 22/25 31/13
 54/1 54/21
harshness [1]   52/7
has [50]   3/6 3/14 5/1 5/10 8/15 9/7 9/16
 10/8 10/9 17/6 17/18 17/23 17/25 18/1 19/5
 19/6 19/21 20/10 21/12 22/4 23/25 25/4
 29/15 29/19 32/22 33/4 33/17 35/11 35/18
 36/15 36/16 36/18 36/20 37/8 38/2 40/3
 41/6 41/12 41/13 43/8 43/23 43/25 43/25
 44/1 45/18 47/8 47/8 48/19 52/22 53/2
hasn't [3]   17/24 44/19 52/21
Hassoum [19]   24/19 26/10 26/18 27/6
 27/24 27/25 28/7 28/11 28/13 28/20 30/10
 38/6 51/4 51/5 51/13 53/16 53/19 53/20
 54/4
Hassoum's [4]   32/2 32/4 34/13 34/13
Hassoums [2]   39/12 39/15
Hassoun [1]   20/6
hate [1]   37/18
have [78]
haven't [2]   39/25 41/11
having [1]   13/14
he [188]
head [2]   19/1 44/14
headed [1]   24/4
hear [7]   8/17 26/16 26/21 26/22 27/22
 45/17 46/3
heard [8]   11/9 11/13 26/16 26/24 26/25
 27/11 28/8 28/13
hearing [4]   1/9 22/3 31/19 34/21
hearings [1]   40/11
heart [1]   49/20
heavily [1]   38/14
Hegarty [4]   14/3 35/11 35/12 36/25
Hegarty's [1]   35/15
held [8]   15/22 15/24 16/25 18/4 23/9 33/7
 35/4 35/5
hell [1]   37/5
Hello [1]   48/8
help [5]   17/19 25/25 26/6 32/22 46/16
helped [2]   41/17 41/17
her [1]   36/25
Herbert [1]   27/23
here [33]   2/12 7/23 22/14 24/19 25/14
 26/12 28/9 29/9 29/9 29/22 30/15 32/7
 33/23 36/16 42/14 42/23 43/10 45/2 45/11

46/4 46/20 46/21 47/2 47/6 48/14 49/4 49/5
 49/5 49/8 50/12 52/4 53/7 54/19
hereby [2]   54/22 56/2
Hicks [1]   23/10
hiding [1]   29/2
high [1]   20/4
high-end [1]   20/4
higher [1]   39/14
highlighted [1]   5/3
him [76]
himself [3]   19/25 21/25 46/19
his [86]
histories [1]   23/12
history [13]   5/3 8/5 9/11 10/16 17/10 19/4
 25/19 30/19 30/22 30/24 31/2 31/5 31/18
hold [3]   29/14 37/22 47/23
holding [2]   15/1 15/2
home [1]   41/21
homeland [2]   52/13 53/9
Honor [38]   2/2 2/7 2/10 2/19 2/22 2/25 3/2
 3/19 4/8 6/9 6/22 7/11 8/13 8/18 8/19 10/4
 16/4 16/18 17/5 17/11 18/12 20/18 21/23
 24/11 24/14 29/1 29/11 30/7 30/22 31/22
 34/10 46/8 46/11 49/19 50/20 54/25 55/5
 55/17
HONORABLE [1]   1/9
hope [4]   44/24 45/9 47/4 49/14
hopelessness [3]   33/7 33/14 38/3
horrors [3]   27/19 28/4 28/15
hour [2]   5/14 16/8
hours [1]   45/22
House [1]   48/6
Houssan [5]   7/24 8/10 18/10 18/18 47/19
how [12]   15/13 15/22 15/24 16/13 21/9
 21/13 21/13 23/2 42/25 44/10 52/1 55/2
However [1]   11/23
hug [1]   37/22
huge [1]   43/19
human [1]   12/10
humans [1]   46/25
hundred [1]   55/11
hundreds [1]   39/19
hurt [1]   44/22
husband [1]   49/22
hysteria [1]   11/20

# I

I'll [10]   12/8 13/23 16/3 22/6 22/7 23/6
 28/20 30/13 32/22 35/8
I'm [39]   3/5 10/16 10/17 12/23 14/25 16/10
 16/11 16/12 16/14 18/8 18/25 21/7 21/18
 24/16 32/18 33/3 33/19 38/13 39/3 41/4
 42/23 42/24 42/25 43/1 43/3 44/4 44/6 44/8
 44/12 45/3 46/1 46/3 46/15 46/18 49/7
 49/18 49/21 53/21
I've [2]   49/6 49/21
idea [2]   26/15 39/22
II [4]   55/6 55/7 55/8 55/20
III [3]   55/7 55/9 55/20
ilk [1]   4/17
illegal [1]   54/8
imagine [1]   40/6
impacted [1]   44/9
impairment [2]   35/20 37/2
impending [1]   11/21
important [4]   4/13 4/25 5/8 38/17
impose [1]   30/5

imposed [2]   29/21 33/12
impression [1]   33/20
imprisonment [6]   4/18 6/4 9/18 9/20 22/13
 22/14
Imran [1]   23/11
incapacitation [2]   18/7 40/6
incarcerated [1]   52/19
incessantly [1]   37/25
including [2]   4/22 26/3
income [1]   42/4
incorrect [3]   21/10 51/23 51/25
indefinite [1]   33/7
indicate [1]   31/12
indication [1]   35/20
individual [3]   6/24 7/5 35/22
individuals [7]   8/10 10/4 10/14 13/12 21/14
 52/17 53/8
inflict [1]   34/1
influence [1]   41/13
influences [1]   44/7
information [1]   32/24
informed [1]   40/13
initial [1]   3/4
injected [1]   13/6
injury [1]   35/22
innocent [7]   9/8 10/6 10/15 17/19 19/19
 27/5 34/15
inside [2]   53/23 54/3
insidious [3]   18/22 26/11 28/25
instance [1]   36/17
instruct [1]   10/20
instructed [2]   15/7 44/18
intelligence [1]   32/23
intended [1]   34/1
intent [8]   6/20 9/17 10/6 10/9 22/20 27/7
 27/8 28/6
intention [1]   19/22
intentional [1]   13/19
intentionally [1]   33/11
intentions [1]   19/22
interesting [1]   51/24
intermediate [1]   20/15
international [2]   19/18 24/4
interrogated [1]   14/9
interrogators [2]   32/13 33/1
interrupting [1]   24/16
interviewed [1]   11/15
interviews [1]   26/4
introduce [3]   31/24 32/3 45/8
invitation [1]   33/22
involuntary [2]   32/1 32/5
involve [1]   12/24
involved [6]   5/13 6/24 26/19 39/9 40/9 44/8
involvement [3]   8/2 9/25 27/16
involving [2]   4/19 6/17
irreparably [1]   32/25
is [223]
Islam [2]   26/1 28/12
isn't [4]   14/9 15/12 15/14 39/2
isolated [1]   47/8
isolation [7]   12/9 12/17 16/9 32/9 32/10
 40/8 45/20
issue [1]   51/11
issues [1]   51/11
it [68]
it's [5]   20/23 30/2 40/15 42/21 45/11
its [6]   5/2 5/4 9/15 15/6 16/24 37/25

**I**

itself [2] 4/14 45/20

**J**

Jacoby [2] 32/19 32/21
Jayoussi [1] 28/11
Jayyousi [21] 7/24 8/9 18/10 18/18 20/6
 23/23 24/19 26/10 26/17 27/6 28/7 28/13
 28/21 30/8 30/23 34/13 38/6 47/19 51/13
 53/15 53/24
Jayyousi's [1] 53/19
Jayyousis [2] 39/12 39/15
jihad [6] 6/17 6/20 9/25 10/3 17/16 19/11
job [2] 38/21 44/16
John [1] 45/15
JOSE [43] 1/6 2/3 25/18 26/5 26/13 27/7
 27/16 27/25 28/10 29/3 29/16 30/17 30/21
 31/2 32/3 32/17 34/9 34/14 35/5 35/13
 35/16 35/20 36/1 36/25 37/6 37/10 38/2
 38/11 39/14 39/18 40/2 45/18 46/22 46/23
 46/25 47/12 47/14 47/15 47/15 47/17 48/14
 49/18 50/15
Jose's [7] 25/4 31/24 35/12 36/8 46/8 47/2
 47/5
Joses [1] 39/6
Jr [1] 56/7
JUDGE [7] 1/10 10/16 14/22 15/1 19/3
 23/6 24/6
judges [1] 49/12
jumpsuit [1] 41/8
juries [1] 52/17
jury [2] 9/2 52/12
just [39] 3/16 11/19 17/13 17/20 18/16
 18/23 19/11 19/12 20/23 21/7 22/2 27/21
 32/9 37/3 37/15 41/5 41/8 42/2 42/7
 42/10 42/11 42/14 42/22 43/6 43/7 43/19
 43/21 43/21 43/22 44/8 45/9 46/13 47/18
 47/22 48/20 48/23 52/1 55/1
justice [6] 9/10 25/23 35/1 38/9 47/4 52/20
justified [1] 30/22
juvenile [2] 5/4 9/13

**K**

keep [2] 48/12 48/13
kidnap [1] 8/24
kids [10] 43/16 44/3 44/6 44/8 44/8 45/6
 45/6 45/8 45/8 46/17
Kifah [2] 26/9 26/17
kill [2] 10/15 50/6
killed [2] 17/18 50/2
kills [1] 47/20
kind [1] 44/24
kindly [1] 11/23
kinds [2] 22/6 22/7
kiss [1] 37/22
knew [1] 50/11
know [85]
knowledge [2] 11/11 13/4
known [1] 29/17

**L**

LaBron [3] 46/8 46/10 50/18
lack [5] 8/10 14/24 19/23 19/23 29/15
Lackawanna [1] 28/9
lacked [1] 23/12
Ladin [1] 47/10

land [1] 45/19
larger [1] 6/2
last [8] 23/6 29/15 41/2 41/11 43/11 43/24
 46/15 49/6
later [1] 41/24 45/10
launderers [1] 25/12
laundering [2] 25/10 25/10
law [12] 17/13 17/20 25/5 38/10 38/16
 38/19 38/22 44/25 48/4 48/9 54/10 54/11
laws [5] 43/24 48/18 49/3 49/8 50/13
lawyer [1] 42/5
lawyers [1] 32/2
leaders [4] 26/23 27/1 27/9 27/14
leadership [1] 52/2
learn [1] 21/21
least [4] 39/3 45/22 54/14
leave [1] 18/19
leaves [1] 36/3
LeBron [1] 29/9
left [1] 36/11
legal [1] 3/9
lengthier [1] 24/24
lengthy [1] 5/2
less [4] 5/1 6/4 23/11 39/24
let [6] 7/21 8/17 46/4 49/18 49/19 50/15
Let's [1] 11/17
lie [4] 27/1 27/2 27/2 27/10
life [18] 3/20 6/3 6/15 7/2 8/7 9/19 19/2
 22/14 22/15 22/21 25/10 25/19 25/24 41/15
 44/1 44/9 45/13 53/4
light [4] 10/23 13/14 13/15 55/2
lights [1] 13/16
like [38] 6/10 7/25 8/20 9/17 11/7 22/2
 23/10 26/22 28/11 28/12 29/2 33/24 37/14
 40/6 41/7 42/4 42/7 42/9 42/10 42/10 42/14
 42/16 42/22 42/25 43/4 43/7 43/21
 44/22 44/23 45/1 45/24 46/9 48/19 49/10
 49/10 52/2 55/6
likelihood [1] 18/6
likely [1] 40/3
limited [1] 8/1
linchpin [1] 18/12
Lindh [1] 45/16
line [4] 5/2 28/6 31/15 53/2
listed [1] 30/14
little [5] 4/10 11/8 33/19 41/4 46/17
live [2] 49/1 49/23
lives [1] 41/19
lock [5] 5/14 16/8 37/16 45/22
long [5] 23/2 24/17 31/20 34/19 37/24
longer [3] 5/15 16/1 42/17
look [13] 5/19 6/6 6/12 7/21 24/18 38/21
 39/4 39/21 53/2 53/5 53/17 54/3 54/15
looked [3] 6/8 6/16 39/20
looking [5] 25/25 34/17 38/20 39/3 54/16
lose [1] 43/14
lot [10] 8/6 26/14 44/5 44/9 46/24 47/11
 47/22 47/23 47/24 49/3
lots [2] 10/2 10/2
love [4] 45/8 49/9 50/10 50/12
low [2] 42/4 54/6
lower [2] 30/23 54/12
lowest [1] 38/23
LSD [1] 13/6

**M**

made [13] 4/12 12/3 17/7 17/23 18/16 22/4

31/24 32/3 35/13 35/13 36/22 37/14 54/15
maim [1] 8/24
main [1] 22/5
major [1] 9/21
make [10] 18/8 18/9 18/24 25/5 38/22 40/14
 40/22 44/17 46/9 54/10
makes [5] 10/13 19/15 20/5 25/5 28/25
making [2] 15/1 42/1
male [1] 41/15
man [6] 18/25 28/10 29/19 38/19 38/20
 41/10
mandate [2] 4/14 22/19
Mandhai [1] 23/11
manipulated [2] 30/18 53/20
manipulation [1] 13/14
manner [1] 20/9
many [6] 12/7 28/14 34/5 39/25 44/21 47/9
MARCIA [1] 1/9
markedly [1] 26/10
Marri [5] 7/4 7/10 23/17 33/15 33/18
marshals [1] 46/21
mass [1] 11/19
masterminds [1] 38/7
material [4] 6/4 9/1 9/2 20/22
math [1] 18/25
matter [7] 2/15 2/24 3/7 4/7 12/1 32/7 56/4
maximize [1] 33/13
maximum [10] 4/18 7/2 9/18 10/22 22/13
 22/14 22/21 34/23 55/7 55/10
may [9] 2/13 3/1 7/20 21/1 21/2 27/5 39/15
 41/1 51/2
maybe [6] 15/15 21/7 47/18 48/15 49/4 50/9
McCain [1] 48/6
MCMI [1] 14/4
me [42] 3/11 6/8 7/21 8/17 14/14 14/22
 15/13 15/17 15/18 24/18 29/5 41/12 41/13
 41/14 41/17 41/17 41/18 42/22 43/1 43/3
 43/7 43/8 43/10 43/22 44/2 44/5 44/7 45/19
 46/4 47/16 48/1 48/19 49/22 50/12 51/22
 51/24 51/25 52/1 53/2 53/2 53/15 54/8 54/15
mean [12] 18/21 18/23 25/19 29/6 29/17
 37/11 38/2 38/12 38/12 39/7 46/23 51/4
means [2] 10/9 12/24
media [2] 44/20 46/21
medical [2] 12/14 20/8
members [2] 12/15 37/23
memo [1] 3/9
memorandum [6] 27/1 32/14 32/20 34/18
 37/7 38/9
memories [1] 42/8
memory [1] 14/14
men [14] 25/8 25/15 25/17 26/12 26/22
 27/13 27/13 28/16 29/3 30/12 34/5 34/17
 39/21 40/9
mental [7] 11/6 12/6 13/19 16/24 22/2 35/8
 35/12
mentioned [4] 17/14 19/9 33/16 46/14
mentioning [1] 35/6
message [1] 40/9
met [2] 35/16 45/7
MIAMI [7] 1/5 1/15 1/18 1/22 1/22 56/7
 56/8
MICHAEL [2] 1/16 2/10
middle [2] 6/11 6/20
might [3] 15/18 53/11 54/17
military [6] 4/1 9/6 15/2 19/13 34/7 34/11
mill [1] 13/11

**M**

miller [4]  1/21 1/23 56/5 56/6
mind [5]  41/12 43/14 46/4 47/1 47/2
minute [1]  50/21
miracle [1]  41/23
Miranda [1]  48/23
misreading [1]  21/7
miss [1]  43/17
mistakes [1]  42/1
model [3]  41/12 41/14 41/15
modest [2]  4/6 22/22
mom [4]  44/3 49/24 49/25 50/11
moment [1]  55/19
money [7]  6/18 19/12 25/9 25/10 25/12 45/4
 48/21
monster [1]  47/12
month [9]  4/2 4/2 4/4 4/9 4/12 5/6 6/1 24/10
 30/11
months [16]  3/20 3/25 7/8 7/8 7/12 7/13
 9/19 15/19 24/21 53/1 53/3 54/22 55/7 55/8
 55/10 55/11
more [19]  3/8 4/6 4/6 7/6 7/16 9/10 10/13
 15/14 18/22 19/21 34/8 34/25 38/6 39/6
 41/21 44/22 46/24 48/15 53/2
morning [10]  2/3 2/7 2/10 8/19 40/17 40/20
 46/11 46/12 50/17 51/16
mosque [2]  26/4 27/24
most [11]  3/5 4/17 11/23 12/7 12/8 15/9
 16/16 16/19 20/9 46/1 53/4
mother [7]  29/9 33/9 37/22 41/18 46/9
 49/22 50/9
mothers [1]  50/10
motion [1]  12/2
motions [1]  16/20
motive [1]  26/19
motives [2]  26/13 29/2
Moussaoui [1]  23/15
mouth [1]  15/16
movement [2]  26/23 38/7
movements [2]  27/1 27/10
MR [4]  21/20 21/22 24/19 41/6
Mr. [117]
Mr. Al-Marri [1]  23/17
Mr. Caruso [10]  21/10 24/13 24/15 38/25
 40/10 40/19 46/7 50/19 52/5 54/10
Mr. Caruso's [1]  21/8
Mr. Del [14]  3/10 7/17 7/20 8/17 14/8 23/3
 24/9 24/17 27/4 31/10 32/8 34/6 36/19
 36/21
Mr. Frazier [8]  3/17 4/10 6/7 7/20 8/23
 10/19 24/18 27/4
Mr. Hassoum [9]  24/19 27/6 27/25 30/10
 51/13 53/16 53/19 53/20 54/4
Mr. Hassoum's [2]  32/2 32/4
Mr. Houssan [4]  7/24 8/10 18/10 18/18
Mr. Jayyousi [10]  7/24 8/9 18/10 18/18
 27/6 30/8 30/23 51/13 53/15 53/24
Mr. Jayyousi's [1]  53/19
Mr. Padilla [41]  2/9 2/12 2/20 8/11 8/13
 9/17 9/22 10/13 11/11 11/15 11/18 11/22
 12/3 13/5 14/1 14/9 15/22 15/24 16/16
 16/20 17/6 18/2 18/13 18/22 18/25 20/10
 20/25 23/10 23/13 24/22 24/22 28/7 29/6
 31/12 40/16 46/7 51/21 53/20 54/18 54/22
 55/16
Mr. Padilla's [13]  4/17 4/20 14/13 14/15

22/10 22/24 51/7 51/12 51/16 52/2 52/6
 52/7 52/8
Mr. Seymour [3]  13/7 13/10 13/16
Mrs. [2]  46/10 50/18
Mrs. LaBron [2]  46/10 50/18
much [5]  6/22 10/13 19/20 39/16 55/22
murder [12]  3/21 4/20 5/4 8/24 9/13 10/6
 18/15 19/5 19/15 19/19 24/4 34/15
murdered [1]  9/7
murderer [3]  23/24 24/3 42/2
murderers [3]  23/20 29/4 29/4
murdering [1]  27/5
Muslim [3]  27/14 28/11 28/16
Muslims [8]  27/15 27/17 27/20 28/4 28/5
 28/14 28/17 34/14
my [43]  7/23 14/13 18/9 18/24 19/1 36/20
 41/12 41/15 41/17 41/18 42/9 44/7 44/8
 44/9 45/1 45/2 45/6 45/6 45/8 45/8 45/13
 46/3 46/4 46/14 47/6 48/2 48/13 48/19 49/1
 49/2 49/5 49/8 49/9 49/9 49/13 49/19 49/22
 50/1 50/8 50/8 50/12 50/13 50/13
myself [2]  44/22 46/18

**N**

Nally [1]  20/19
name [3]  40/24 41/2 50/5
names [3]  47/11 47/22 49/21
nation [3]  47/12 50/5 50/8
nation's [1]  31/18
nature [5]  5/24 8/21 9/9 54/1 54/2
naval [2]  22/18 23/2
Navy [3]  11/10 11/18 12/16
NE [1]  1/14
near [5]  4/18 9/18 10/22 22/13 22/20
nearby [1]  13/11
need [6]  17/12 18/7 20/7 23/7 29/22 48/11
needed [1]  20/8
negligence [1]  16/2
neighborhood [1]  41/20
nervous [1]  41/4
never [15]  10/3 14/14 25/24 30/25 32/10
 32/10 44/24 45/7 45/13 45/15 47/20 48/15
 48/25 49/10 49/14
never served [1]  48/25
new [4]  21/21 47/17 48/21 49/7
news [1]  43/5
next [5]  7/25 20/7 22/6 30/9 30/11
Nichols [1]  23/15
night [2]  13/15 13/17
nine [5]  7/8 7/8 7/13 45/7 45/22
no [32]  1/2 7/2 7/15 10/8 10/9 11/21 11/24
 12/4 12/18 13/4 14/1 14/7 15/3 15/13 15/17
 16/1 17/23 17/25 18/1 18/5 24/25 27/6 34/8
 35/24 36/10 40/18 42/17 45/24 49/15 49/15
 50/20 55/17
Noble [1]  13/25
nobody [5]  44/17 45/16 45/23 48/5 48/13
non [2]  53/12 53/20
non-U.S [2]  53/12 53/20
noncombative [1]  54/5
none [2]  23/19 31/18
nonprofit [1]  25/13
normal [1]  42/15
North [1]  56/7
not [72]
Notably [1]  5/13
notes [1]  52/8

now [14]  7/15 14/23 22/15 32/24 34/11 39/3
 42/4 42/17 43/24 49/21 52/6 52/25 53/12
 55/23
nowhere [1]  34/2
noxious [1]  13/10
number [7]  2/4 15/18 26/24 31/10 35/13
 35/25 36/7
numerous [2]  32/15 33/5

**O**

Obama [3]  48/10 49/12 50/6
objection [1]  55/1
objections [1]  35/24
objective [1]  16/25
objectively [1]  5/20
obligation [1]  27/15
obtain [1]  32/23
obvious [1]  39/20
obviously [3]  7/16 8/3 10/11
odor [2]  13/10 13/12
off [8]  5/12 7/13 13/12 13/15 13/16 18/25
 44/7 45/2
offender [9]  4/16 4/20 4/25 9/14 18/14 19/7
 23/24 24/2 34/24
offenders [4]  9/17 22/12 22/20 23/19
offense [13]  4/19 5/6 5/24 5/24 8/22 9/10
 17/13 17/14 25/3 25/8 26/20 27/17 30/17
offenses [3]  9/3 20/22 23/12
office [4]  1/14 1/17 2/11 26/14
officers [1]  44/16
Official [2]  1/21 56/6
often [3]  45/5 54/11 54/12
Oh [1]  50/9
okay [2]  42/24 43/13
older [1]  41/16
oldest [2]  43/18 43/18
once [3]  18/2 36/11 53/21
one [36]  3/14 3/14 5/2 6/3 6/7 6/22 8/20
 11/14 22/5 25/3 28/9 28/19 31/7 33/9 33/24
 34/2 34/7 37/4 39/1 39/18 40/6 43/15 43/18
 43/18 44/19 44/21 45/8 45/9 45/9 47/4 48/1
 48/12 51/11 53/16 55/11 55/18
ones [1]  12/8
only [18]  5/18 6/17 7/12 14/13 32/16 32/16
 32/21 37/8 40/5 40/6 44/11 44/13 44/14
 44/19 44/24 45/3 51/5 54/23
open [2]  36/3 54/19
operation [1]  4/13
opinion [15]  2/15 3/24 4/3 4/16 5/4 5/7 5/11
 5/19 5/22 9/15 15/6 20/3 29/12 36/5 36/25
opportunity [1]  20/11
orange [1]  41/8
order [1]  4/7
organization [5]  9/6 9/7 10/8 10/10 17/18
organizers [1]  10/3
original [7]  25/21 27/12 30/25 31/21 36/6
 51/4 54/7
originally [1]  29/21
Osama [1]  47/10
other [31]  5/21 5/25 6/5 6/16 9/23 12/4
 12/10 12/15 12/24 19/14 20/9 20/21 21/14
 26/21 27/15 27/18 29/3 30/18 31/9 33/20
 34/3 37/22 38/21 44/21 45/12 48/7 48/19
 51/10 51/11 52/21 55/3
others [9]  18/20 18/20 18/21 19/11 19/15
 30/16 38/14 43/12 44/22
otherwise [2]  3/20 16/22

**O**

our [29]  2/2 3/4 3/5 3/6 4/8 6/23 7/4 7/11
  20/10 25/22 27/1 31/18 32/14 32/20 33/17
  38/8 38/9 38/13 38/15 38/18 38/18 39/25
  41/18 41/20 42/5 43/9 43/18 43/23 44/25
out [15]  26/6 37/21 41/21 41/24 41/25
  43/15 43/15 45/18 48/2 48/2 48/15 49/17
  49/18 49/19 49/23
outside [8]  5/19 12/20 12/21 13/1 41/23
  44/13 45/25 53/22
overseas [1]  8/25
oversees [1]  25/16
own [6]  26/25 45/14 45/19 48/8 48/13 49/14

**P**

P-R-O-C-E-E-D-I-N-G-S [1]  2/1
PADILLA [51]  1/6 2/3 2/9 2/12 2/20 8/11
  8/13 9/17 9/22 10/13 11/11 11/15 11/18
  11/22 12/3 13/5 14/1 14/9 15/22 15/24
  16/16 16/20 17/6 18/2 18/13 18/22 18/25
  20/4 20/10 20/25 23/10 23/13 24/22 24/22
  28/7 29/6 31/12 32/21 40/16 46/7 47/15
  47/15 48/14 50/15 51/5 51/21 53/20 54/7
  54/18 54/22 55/16
Padilla's [13]  4/17 4/20 14/13 14/15 22/10
  22/24 51/7 51/12 51/16 52/2 52/6 52/7 52/8
Pages [1]  1/7
paper [1]  13/11
papers [5]  6/23 7/4 7/11 21/8 25/22
paragraph [3]  35/11 35/15 35/18
paragraphs [1]  35/9
part [9]  3/4 21/5 26/19 32/4 32/5 36/21
  43/10 43/18 43/20
participants [3]  30/18 30/19 30/20
participate [1]  30/17
participates [1]  21/9
particular [3]  34/13 35/9 35/13
particularly [2]  4/25 53/8
pass [9]  29/6 29/8 29/10 29/21 29/25 29/25
  38/5 48/21 53/16
passage [3]  4/16 20/1 34/22
passed [1]  34/19
passing [2]  42/10 42/10
past [1]  40/10
pause [1]  8/16
pay [1]  45/1
penalty [1]  23/15
pending [1]  36/15
people [22]  12/25 19/1 19/14 20/21 29/2
  32/12 34/15 39/8 39/16 39/19 42/1 44/21
  46/22 47/14 47/19 47/19 49/3 50/2 50/9
  52/16 52/22 54/5
perceived [1]  32/22
perhaps [1]  33/15
period [5]  5/15 12/11 14/8 15/4 33/8
permissible [2]  30/2 38/23
permitted [2]  29/24 51/21
perpetrated [2]  27/19 28/15
person [10]  19/5 19/6 28/19 33/14 35/4
  39/18 43/3 47/12 47/13 47/17
personal [3]  11/11 13/4 53/13
personnel [1]  12/14
persons [1]  8/25
persuade [1]  18/20

persuasive [1]  28/1
pertaining [1]  16/1
Ph.D [1]  53/24
phone [1]  33/10
physical [4]  9/25 13/3 13/4 33/12
pick [1]  39/23
picture [1]  50/7
pictures [2]  49/22 50/2
piece [2]  5/7 43/6
pit [1]  38/2
pitch [4]  27/10 27/12 28/1 34/13
place [8]  16/14 22/1 39/10 42/3 47/18 49/23
  49/23 52/9
placed [1]  52/4
Plaintiff [1]  1/4
plan [1]  37/15
play [3]  12/20 12/22 12/24
played [1]  23/13
pleaded [1]  23/13
pleadings [1]  12/4
please [1]  55/19
pled [1]  23/18
plot [1]  6/3
point [5]  6/22 11/4 15/20 25/24 34/7
pointed [1]  31/11
policies [1]  22/9
policy [1]  22/11
population [1]  20/14
portion [1]  29/18
poses [1]  20/4
posing [1]  31/1
position [2]  22/2 42/25
positive [1]  43/12
possible [1]  32/23
post [7]  14/4 21/3 34/5 35/17 37/1 52/15
  52/16
post-conviction [1]  21/3
post-traumatic [1]  14/4 35/17 37/1
potent [2]  35/2 35/3
potential [1]  54/21
pray [2]  43/13 45/9
preach [1]  18/20
preached [1]  27/24
preclude [1]  20/12
premise [1]  22/17
prepared [2]  2/17 2/21
presence [2]  37/19 37/19
present [3]  21/8 25/4 47/12
presentation [2]  3/4 31/11
presented [2]  12/5 26/8
President [1]  48/10
Pressley [8]  5/11 5/13 15/19 15/21 15/21
  16/6 16/7 16/7
presume [1]  19/6
presumed [1]  34/7
presumptive [2]  53/1 54/8
presumptively [1]  8/7
pretransfer [1]  20/15
pretrial [7]  5/14 5/15 15/8 22/18 22/23
  25/20 31/10
prevent [1]  19/17
previous [1]  18/24
previously [2]  19/5 23/20
prior [5]  11/2 18/5 30/19 52/6 52/7
prison [10]  6/15 7/2 18/19 29/8 29/14 30/9
  30/10 37/21 38/5 52/23
probably [1]  32/25

probation [1]  26/14
procedurally [1]  51/17
procedures [1]  22/1
proceed [4]  2/18 2/21 3/1 41/1
proceeding [1]  11/6
proceedings [4]  12/7 50/25 55/25 56/3
process [1]  28/16
produced [1]  26/3
program [12]  20/13 20/13 20/16 20/20
  20/23 21/1 21/10 21/13 21/16 36/19 36/21
  37/9
programs [1]  21/25
progress [3]  20/14 20/23 21/2
promote [2]  17/13 17/19
promptly [1]  5/3
properly [1]  52/5
propose [2]  3/5 3/9
proposing [1]  23/8
protect [1]  52/13
protecting [1]  17/22
protocols [1]  7/7
provide [6]  3/9 8/25 16/5 17/13 17/20 20/7
provided [1]  35/2
provides [1]  4/15
Providing [1]  32/24
PSI [6]  25/20 26/13 35/7 35/9 35/24 36/25
psychological [5]  13/22 16/21 16/25 33/12
  36/2
psychologically [2]  13/20 37/13
psychologist [3]  13/25 14/6 17/2
psychologists [1]  11/14
psychosis [1]  14/2
PTSD [5]  13/21 14/7 16/20 16/23 17/1
public [3]  1/17 2/11 17/22
pulling [1]  29/3
punishment [2]  17/14 17/20
purpose [2]  8/1 16/2
pursuant [2]  2/15 9/16
put [9]  8/6 11/16 11/18 15/8 28/20 28/20
  37/15 47/9 49/22
puts [1]  17/6
putting [2]  15/15 16/13

**Q**

Qaeda [10]  9/5 10/1 10/6 17/15 17/17 20/5
  23/25 24/4 41/10 50/3
qualitatively [2]  8/3 20/6
question [3]  15/1 20/24 20/24
questioning [1]  20/3
questions [1]  31/11
quibble [1]  32/8
quote [2]  18/4 22/12
quoting [1]  20/1

**R**

raise [2]  41/17 41/18
raised [3]  46/18 47/16 49/5
range [13]  3/14 3/15 3/18 3/20 3/21 6/20
  8/7 22/8 23/16 23/22 30/2 51/19 51/22
rape [1]  27/20
rate [2]  39/23 52/15
rather [1]  6/11
read [4]  19/22 36/5 43/5 46/24
reading [1]  31/6
real [4]  27/19 37/2 37/20 37/23
realists [1]  30/24
reality [1]  42/13

**R**

really [5] 9/9 10/12 10/23 21/23 43/6
reason [1] 31/16
reasonable [1] 5/20
reasonably [1] 32/23
reasons [3] 22/5 39/20 54/19
rebut [1] 7/15
recall [1] 11/17
receive [3] 9/17 12/19 22/12
received [11] 7/2 9/6 9/14 11/11 12/13
 12/18 13/8 18/11 30/23 34/9 35/24
recess [4] 50/22 50/24 50/25 55/23
recidivism [6] 18/6 19/8 19/20 21/24 22/5
 39/23
recidivisms [1] 39/24
recognition [1] 15/6
recognize [1] 31/25
recommend [1] 21/5
recommendation [2] 4/9 4/12
recommending [2] 22/15 22/16
recommends [1] 3/13
record [28] 2/5 7/19 9/4 11/5 11/25 12/4
 12/5 12/12 15/3 15/11 16/13 16/14 16/15
 16/21 17/24 27/18 28/22 31/6 32/16 34/9
 34/10 35/23 35/23 39/4 42/2 42/6 51/3 52/6
recreation [3] 12/18 12/20 13/2
recruit [4] 17/15 25/15 39/17 39/19
recruited [4] 8/10 10/14 24/21 53/11
recruiter [1] 39/18
recruiters [1] 24/19
recruiting [2] 10/8 26/23
recruitment [1] 28/16
reduce [1] 22/24
reduced [1] 7/8
reduction [4] 4/22 10/22 16/7 22/22
refer [2] 3/7 28/18
reference [2] 4/24 31/2
referenced [1] 7/4
references [2] 35/14 36/22
referred [1] 27/4
referring [1] 32/18
refers [2] 31/22 36/19
reflect [2] 17/12 17/21
reflects [1] 22/11
refusal [1] 19/24
refuse [1] 45/19
refused [1] 17/2
refute [1] 12/7
refuted [4] 13/7 13/10 13/15 13/21
refutes [1] 15/10
regard [4] 25/17 26/23 27/16 35/19
regarding [2] 26/9 35/7
regular [2] 12/15 13/17
regularly [1] 12/13
rehabilitation [3] 17/24 18/7 54/21
rehabilitative [1] 21/9
Reid [2] 6/13 33/24
relate [1] 43/16
relative [5] 25/7 25/12 30/7 30/15 36/12
release [3] 37/17 40/7 55/13
released [9] 7/24 18/2 18/22 24/21 29/13
 30/9 30/10 37/17 39/22
relevant [1] 25/2
reliance [1] 30/16
relief [1] 10/10
religion [2] 26/7 28/11

rely [2] 31/7 40/1
remain [2] 55/14 55/15
remainder [1] 40/4
remark [1] 18/16
remedy [2] 35/2 35/3
remember [5] 15/23 26/2 32/2 41/7 46/15
repay [1] 44/10
repeat [1] 30/15
repeated [1] 36/22
replete [1] 28/22
REPORTED [1] 1/21
reporter [3] 1/21 4/11 56/6
representatives [2] 34/21 35/1
rereading [1] 26/13
resentencing [3] 2/14 3/10 36/16
reserve [1] 54/25
resist [1] 38/21
respect [11] 10/16 16/15 16/17 17/9 17/13
 17/20 38/16 38/18 46/19 47/6 48/9
respective [1] 30/16
respects [1] 51/14
responsibility [3] 17/8 19/23 23/18
result [3] 9/14 16/23 35/8
resulted [1] 52/21
results [1] 35/19
resumed [1] 50/25
return [3] 18/3 50/22
revealed [3] 35/16 35/18 37/2
Rezaq [2] 20/19 21/12
RICARDO [1] 1/13
Richard [1] 33/24
Rick [1] 2/8
right [7] 21/21 25/11 28/22 40/15 44/2
 48/23 52/9
rightfully [1] 31/22
rightly [1] 30/10
rights [5] 15/2 38/12 42/19 50/14 50/15
ring [1] 38/1
rise [2] 50/24 55/24
risk [7] 19/7 19/20 20/4 21/24 22/5 37/23
 39/16
RMR [2] 1/21 56/6
Rodopho [1] 14/5
role [4] 41/12 41/14 41/15 52/2
roles [2] 25/8 30/16
room [3] 1/22 45/21 45/22
Ross [2] 14/4 14/5
rough [2] 41/19 41/20
rubbed [1] 44/7
rule [1] 38/10
rules [3] 19/25 20/25 21/15
ruling [1] 36/10
run [1] 55/20
Russian [1] 27/19

**S**

sadly [1] 38/1
said [23] 8/14 8/23 10/19 14/13 14/21 20/3
 30/21 31/23 37/1 44/23 52/1 52/5 54/8
salient [1] 3/23
same [9] 7/5 7/6 7/7 8/2 9/1 18/10 20/1
 55/14 55/15
Sanford [2] 12/19 13/4
saw [2] 32/12 32/12
say [23] 12/16 14/18 14/23 25/9 27/22
 28/18 29/22 35/1 37/18 38/16 40/17 42/22
 44/11 46/13 46/15 47/2 47/9 47/10 48/11

48/22 49/4 50/9 50/10
saying [7] 6/8 6/10 6/19 21/18 43/21 49/24
 50/5
says [5] 34/3 35/15 35/19 42/2 54/5
scar [1] 42/6
scaring [1] 50/4
schedule [1] 13/18
scheduled [1] 7/24
scope [1] 5/9
score [3] 14/4 14/5 16/25
scores [2] 35/21 37/2
seat [1] 38/25
seated [2] 2/13 51/2
second [4] 4/3 5/7 9/11 17/11
section [1] 22/11
see [27] 19/1 25/6 26/7 26/9 26/10 28/19
 32/11 43/10 44/12 44/13 44/14 44/14 44/15
 45/2 45/3 45/4 45/4 45/5 45/5 45/6 45/11
 45/24 46/25 47/1 49/13 53/15 53/25
seeing [2] 41/7 42/13
seeking [1] 21/15
seemed [2] 31/12 31/13
seems [3] 18/21 37/8 43/22
seen [5] 25/19 29/18 41/23 45/12 45/13
selective [1] 17/3
selling [1] 28/1
senator [4] 48/5
send [1] 19/12
sends [1] 40/8
sense [4] 9/8 16/12 32/25 33/6
sentence [67]
sentenced [1] 20/11
sentences [9] 7/22 9/18 22/8 22/12 24/20
 51/3 52/3 53/18 53/21
sentencing [16] 1/9 2/2 22/9 23/7 25/21
 26/3 27/12 31/1 31/13 32/14 32/20 34/18
 38/8 40/2 40/11 50/22
SEPTEMBER [2] 1/4 2/16
sequestered [1] 12/10
serious [8] 6/4 9/10 12/7 12/8 23/11 25/1
 40/4 53/4
seriously [1] 26/7
seriousness [6] 4/19 5/6 5/24 17/12 17/21
 23/22
serum [1] 13/7
serve [1] 49/1
served [2] 48/25 54/23
serves [1] 14/14
services [1] 49/1
set [3] 2/14 3/5 24/21
sets [2] 9/22 10/1
several [3] 11/6 35/21 51/8
severe [4] 14/2 16/9 35/5 36/1
Seymour [6] 11/9 12/19 13/4 13/7 13/10
 13/16
Shahzad [1] 6/14
shape [1] 32/6
she [1] 50/9
shoe [2] 6/14 53/6
shoot [3] 12/21 12/22 12/23
short [3] 16/17 33/10 40/22
shot [1] 13/8
should [19] 3/24 5/5 6/6 7/21 8/15 10/23
 10/23 11/21 17/9 22/16 23/13 24/5 24/25
 32/5 39/5 52/12 52/19 53/5 53/5
shouldn't [4] 15/15 16/10 23/9 52/24
show [3] 28/3 38/17 47/20

**S**

shown [1] 17/25
shows [2] 17/5 41/23
shy [1] 26/5
side [1] 26/21
sides [2] 51/9 54/16
sign [1] 19/21
significant [6] 10/12 25/1 25/23 29/18 33/8 40/4
significantly [1] 38/6
similar [4] 15/22 21/14 35/19 40/8
simply [4] 10/7 15/8 16/13 38/19
since [5] 15/12 15/17 29/19 43/25 44/6
sir [3] 40/23 40/24 46/6
sit [2] 13/2 54/11
situation [2] 21/14 25/15
situations [1] 25/7
six [4] 5/13 7/6 28/9 41/16
Sixty [1] 55/8
skirting [1] 52/20
slept [1] 41/11
slow [3] 4/10 29/18 29/18
small [1] 5/10
smart [1] 53/25
smelled [1] 13/12
so [45] 3/5 3/7 6/11 7/21 10/17 11/1 11/21 12/16 14/17 14/20 14/23 17/17 21/5 24/9 25/11 28/18 29/3 29/20 30/11 31/6 31/21 33/3 34/23 35/23 37/3 37/24 38/13 38/22 39/19 40/1 40/9 41/17 42/5 42/8 44/6 44/21 45/25 46/18 47/9 52/5 52/20 52/25 53/19 54/1 54/19
social [1] 29/15
society [2] 10/7 11/20
soil [2] 48/8 49/14
soldier [1] 19/2
soldiers [1] 10/4
solitary [6] 12/11 29/8 36/14 36/15 36/17 37/25
some [18] 7/17 10/18 11/4 12/8 12/11 13/23 13/23 15/9 15/18 16/1 16/6 16/13 16/16 16/19 24/2 35/22 43/11 44/22
somebody [7] 15/1 16/18 19/11 19/12 42/15 42/25 48/8
somehow [2] 37/16 52/20
someone [1] 37/24
something [13] 5/5 10/10 14/20 14/20 21/21 24/16 26/10 43/4 43/7 46/14 46/15 48/11 48/12
sometimes [2] 42/12 44/15
son [9] 46/14 48/2 48/13 48/19 49/10 49/13 50/1 50/8 50/8
son's [1] 47/6
sooner [1] 45/10
sophisticated [1] 28/12
sophistication [1] 30/19
sorry [4] 12/23 41/4 44/12 49/18
sort [5] 15/20 16/4 19/24 21/9 38/6
sought [2] 14/14 23/14
soul [1] 45/23
SOUTHERN [1] 1/1
speak [2] 40/20 46/4
speakers [1] 28/2
special [1] 43/3
specific [1] 36/7
specifically [3] 18/17 51/25 54/20

Spectators [1] 2/13
spectrum [1] 28/20
spell [1] 41/1
spend [1] 7/17
spends [1] 26/14
spent [4] 4/1 5/14 6/25 7/6
spoke [2] 34/21 48/10
spoken [1] 40/11
sports [2] 41/23 44/9
Square [3] 6/15 33/25 53/7
staff [1] 12/14
stand [2] 25/3 52/3
standing [3] 42/18 46/21 50/12
stands [1] 34/10
Stanford [1] 11/9
stark [1] 40/7
start [1] 22/23
started [2] 41/24 41/25
starting [1] 8/21
state [2] 21/8 35/12
stated [6] 9/15 30/8 31/1 36/25 52/4 54/19
statement [5] 31/14 32/3 40/14 40/22 46/9
statements [8] 14/15 14/16 14/19 14/23 22/9 31/24 31/25 32/5
states [22] 1/1 1/3 1/10 1/21 2/3 2/6 2/17 2/23 32/23 47/16 48/16 49/3 51/3 51/4 52/25 53/22 53/23 53/24 54/3 54/6 54/24 56/6
statistics [2] 39/21 40/1
status [1] 4/25
statute [6] 34/19 34/22 34/22 35/2 39/7 39/8
statutory [1] 34/23
stay [2] 43/12 46/20
Steet [1] 1/14
step [8] 20/13 20/13 20/16 20/20 21/13 36/19 36/20 37/9
steps [1] 52/13
still [3] 22/5 22/25 42/8
stop [2] 48/22 48/23
Street [1] 1/17
stress [3] 14/4 35/17 37/1
strong [2] 35/20 40/9
struggle [1] 27/3
studious [1] 26/5
study [2] 25/25 26/6
stuff [1] 44/24
subjected [1] 37/6
submit [2] 4/21 6/1
submitted [2] 32/15 32/19
substantial [1] 18/11
substantially [1] 34/24
substantive [1] 9/2
substantively [2] 51/17 55/1
subtract [1] 15/19
succeeded [1] 52/23
success [1] 52/15
successful [1] 52/16
successfully [1] 52/18
such [7] 14/18 14/21 23/15 32/21 43/19 44/9 53/5
suffer [2] 16/20 16/23
suffered [6] 16/19 31/13 31/18 33/17 35/22 37/1
suggested [1] 35/20
suggests [1] 16/22
suicidal [1] 14/2

Suite [1] 56/7
summary [1] 27/21
sun [1] 13/2
sunk [1] 38/2
supervised [1] 55/12
support [10] 6/4 7/19 9/1 9/2 10/1 11/24 17/1 19/11 20/22 24/3
supporting [1] 19/18
supposed [2] 45/18 49/16
sure [3] 32/12 42/2 44/17
surprise [2] 11/22 24/25
surreal [1] 43/22
surround [1] 44/17
symptoms [1] 14/2
syndrome [1] 14/5
system [5] 9/10 25/23 33/12 38/10 52/20
systematic [1] 13/19

**T**

T-E-X-I-D-O-R [1] 41/3
take [16] 10/5 10/20 12/8 15/7 16/10 19/2 19/10 22/7 33/22 37/3 38/25 41/5 44/3 44/3 50/21 52/12
taken [8] 10/23 14/15 14/16 14/19 17/9 24/5 37/8 51/20
takes [1] 43/3
taking [8] 14/13 22/21 24/6 26/6 42/9 42/19 42/20 52/9
Taliban [1] 47/10
talk [7] 11/7 11/16 28/23 42/14 45/23 45/23 52/15
talked [1] 31/4
talking [7] 7/18 26/17 29/7 29/20 44/17 45/24 53/7
talks [1] 18/17
tapes [1] 47/25
target [2] 23/1 27/14
targeted [1] 53/8
taxes [1] 45/1
technical [1] 11/10
technician [1] 44/5
teenage [1] 41/24
tell [7] 40/24 42/1 42/22 44/2 46/17 52/1 53/17
telling [2] 19/21 51/24
tells [1] 39/14
temptation [1] 38/22
ten [6] 34/23 34/23 34/25 39/8 45/22 50/21
ten-minute [1] 50/21
ten-year [3] 34/23 34/23 39/8
tend [1] 6/18
tendency [1] 14/3
Tenth [1] 20/19
term [7] 4/17 4/18 9/18 22/13 22/14 22/21 27/10
terms [6] 3/4 7/22 8/16 14/13 39/11 55/12
terrorism [3] 18/17 34/24 50/1
terrorist [14] 5/25 8/15 9/7 11/21 17/18 18/17 20/22 24/3 34/6 34/9 47/22 49/22 49/24 49/24
terrorists [1] 18/5
Terry [1] 23/15
test [4] 17/1 35/19 35/21 37/2
testified [9] 11/7 13/7 13/11 13/16 14/1 14/3 14/7 27/23 27/25
testimony [4] 12/6 13/21 26/2 34/21
Texidor [2] 40/25 41/6

United States vs. Jose Padilla                    68

# T

**than [17]**  5/1 10/13 23/17 23/22 26/13
30/23 34/25 38/6 39/14 39/24 41/17 41/21
43/12 44/22 45/10 47/15 52/21
**thank [13]**  8/18 23/5 24/8 24/12 24/14
44/12 44/12 46/5 46/6 50/17 50/18 50/20
55/22
**thankful [1]**  46/4
**that [344]**
**that's [22]**  14/25 15/20 17/24 19/1 19/15
28/6 28/25 29/14 29/24 29/25 31/5 31/6
31/6 34/8 34/12 35/3 38/12 39/5 41/25 50/8
50/9 55/5
**their [9]**  7/22 8/6 23/18 26/19 27/10 29/2
30/15 36/5 44/16
**their's [1]**  18/21
**them [10]**  7/25 12/8 15/2 22/4 30/15 33/23
37/5 40/1 44/5 54/17
**themes [1]**  25/4
**themself [1]**  45/22
**then [5]**  22/1 31/13 36/8 36/8 52/6
**there [49]**  2/23 2/25 7/7 7/19 9/9 9/23 10/2
10/2 10/7 11/5 11/19 12/4 12/12 13/11
14/16 15/3 15/23 16/8 16/15 17/16 20/16
20/21 27/6 27/19 27/25 28/16 28/20 28/23
30/4 33/25 34/4 34/8 35/6 36/18 37/11
37/19 37/23 39/1 39/2 40/19 41/19 43/2
43/5 43/13 43/19 47/1 48/16 49/17 51/8
**therefore [3]**  4/6 18/1 24/6
**these [20]**  7/15 8/3 9/3 15/13 25/8 26/22
27/1 27/9 27/12 27/14 30/12 31/21 33/20
34/4 34/20 35/3 39/9 40/11 47/19 49/16
**they [85]**
**thing [4]**  39/1 44/11 45/15 51/24
**things [13]**  6/7 15/23 16/1 17/3 38/20 44/2
44/5 46/13 47/24 48/12 50/10 51/20 53/16
**think [48]**  3/23 4/16 5/8 11/24 15/3 17/5
18/12 19/3 19/9 19/17 19/19 19/20 21/12
25/3 26/18 28/6 29/20 30/4 30/12 30/22
32/7 34/8 34/10 34/16 35/25 36/23 36/24
37/3 38/1 38/2 38/5 38/17 38/21 39/13
39/14 40/2 40/8 40/15 41/10 43/4 46/22
50/14 52/4 52/11 52/21 54/2 54/11 54/13
**thinking [2]**  43/1 43/3
**this [132]**
**Thomas [3]**  40/25 46/14 46/16
**those [36]**  5/16 6/10 6/15 6/18 7/1 7/18
10/13 14/16 14/18 14/19 14/22 14/23 15/5
15/10 18/5 23/17 25/2 25/15 25/17 28/17
29/17 31/25 32/5 33/10 33/21 34/17 35/2
38/1 38/12 39/25 47/19 51/20 52/3 52/17
52/22 53/12
**though [1]**  39/4
**thought [1]**  24/16
**thousands [2]**  9/7 17/18
**three [13]**  5/17 7/25 11/13 18/19 22/7 23/4
30/4 30/5 30/9 30/10 39/1 48/10 51/6
**three-and-a-half [1]**  5/17
**threshold [1]**  12/1
**through [17]**  4/13 16/2 19/23 20/14 20/23
21/2 25/20 25/25 26/7 26/24 27/11 40/3
40/5 41/18 43/11 44/19 45/14
**throughout [2]**  9/8 25/19
**thwarted [1]**  6/3
**time [33]**  2/14 3/25 4/4 4/6 7/3 7/6 7/17
8/21 11/4 14/15 15/4 18/19 26/14 27/16

27/24 29/19 31/19 31/20 32/21 33/8 35/8
36/9 37/24 39/16 41/5 42/3 42/5 44/13 45/3
46/15 47/18 51/21 54/23
**times [6]**  6/14 32/15 33/5 33/25 41/19 53/7
**today [11]**  2/14 31/20 33/16 33/23 40/12
44/6 44/8 45/2 46/4 51/5 52/4
**together [2]**  22/7 42/11
**told [3]**  44/5 48/1 51/22
**Tomas [2]**  29/9 40/21
**too [5]**  4/5 4/5 47/16 49/5 54/6
**took [3]**  16/14 44/5 45/2
**top [1]**  19/1
**toppling [1]**  28/22
**TORO [17]**  1/13 2/8 3/10 7/17 8/17 14/8
21/20 21/22 23/3 24/9 24/18 27/4 31/10
32/8 34/6 36/19 36/22
**Toro's [1]**  7/21
**torture [5]**  45/20 47/23 48/5 48/8 48/13
**tortured [8]**  45/18 46/22 46/23 46/23 47/8
48/6 48/8 49/13
**total [1]**  32/9
**touch [1]**  29/14
**trade [4]**  25/11 25/13 44/4 44/4
**train [1]**  17/16
**trained [5]**  6/19 8/15 23/25 47/10 50/2
**trainee [1]**  17/8
**training [17]**  8/15 9/6 9/25 10/5 10/15
17/15 20/5 20/5 20/8 24/1 25/16 34/6 34/7
34/9 34/11 34/12 39/9
**TRANSCRIPT [1]**  1/9
**transcription [1]**  56/3
**transfer [2]**  11/2 52/8
**transferred [1]**  52/16
**transitional [1]**  20/15
**traumatic [3]**  14/4 35/17 37/1
**travel [5]**  6/17 8/14 9/24 34/6 45/4
**traveled [2]**  6/19 35/3
**traveler [3]**  6/13 34/4 34/16
**treat [6]**  15/13 47/14 47/15 48/2 48/2 49/9
**treated [2]**  11/23 48/19
**treating [1]**  49/18
**treatment [8]**  5/25 11/11 11/16 11/17 17/4
20/9 36/8 45/14
**trial [16]**  14/21 24/22 25/10 25/20 26/2
26/15 26/16 27/11 27/23 31/22 31/25 32/2
32/6 36/15 38/11 51/8
**trials [1]**  52/18
**tried [3]**  44/2 52/17 52/18
**trigger [1]**  29/4
**trouble [2]**  41/25 42/18
**troubled [1]**  25/22
**true [5]**  14/10 25/5 27/6 29/1 29/2 38/2
**trust [2]**  33/1 33/6
**truth [2]**  13/6 29/1
**try [3]**  14/22 39/5 43/12
**trying [4]**  15/8 39/11 52/14 52/14
**turbulent [1]**  25/22
**turn [6]**  14/10 10/17 12/8 17/11 22/6 23/6
**turned [1]**  44/1
**Turning [3]**  9/11 17/22 20/7
**TV [2]**  41/7 41/23
**two [10]**  3/23 5/12 5/18 7/22 9/22 11/14
16/6 33/10 44/6 48/10
**two-and-a-half [2]**  5/18 16/6
**two-and-a-half-year [1]**  5/12
**type [2]**  28/23 33/21 45/14 53/5

# U

**U.S [8]**  1/14 1/17 43/23 45/13 53/10 53/12
53/20 56/7
**U.S.C [1]**  9/16
**ultimate [2]**  7/9 28/21
**ultimately [2]**  13/21 54/18
**unconstitutional [1]**  14/17
**under [12]**  7/6 7/18 14/20 23/7 27/15 27/17
28/17 29/12 31/13 33/20 34/24 35/4
**understand [3]**  31/14 48/11 48/16
**understanding [3]**  7/23 28/12 36/20
**underwear [2]**  6/13 53/6
**undisputed [1]**  35/24
**unduly [1]**  8/16
**unfortunately [1]**  42/5
**uniformally [1]**  27/13
**uniformly [1]**  26/5
**unintelligible [1]**  50/16
**unique [2]**  18/6 41/22
**UNITED [21]**  1/1 1/3 1/10 1/21 2/3 2/5
2/17 2/23 32/22 47/16 48/16 49/3 51/3 51/4
53/22 53/23 53/24 54/3 54/5 54/24 56/6
**units [1]**  20/15
**unlike [1]**  45/11
**unmercifully [1]**  38/1
**unpleasant [1]**  13/12
**unreasonable [2]**  51/18 55/1
**until [1]**  48/1
**unwarranted [1]**  23/7
**up [11]**  16/2 38/15 42/9 42/11 43/19 44/21
44/22 46/25 46/25 53/13 53/23
**USC [1]**  22/11
**use [2]**  16/3 26/11
**used [5]**  42/16 42/21 46/16 49/1 53/11
**using [2]**  15/19 18/24
**usually [1]**  19/1

# V

**variance [5]**  4/4 4/6 5/12 5/18 30/13
**variances [2]**  5/9 5/10
**various [1]**  30/14
**vary [1]**  36/3
**vast [1]**  28/19
**vastly [2]**  26/12 28/5
**verdicts [1]**  52/18
**version [1]**  37/5
**versus [4]**  2/3 20/19 51/3 51/5
**very [23]**  5/3 5/8 6/22 26/7 27/25 28/1
28/14 28/14 28/21 31/20 33/8 33/21 37/24
37/24 38/1 38/1 38/16 38/17 44/23 46/3
53/13 53/24 55/22
**victims [2]**  27/5 37/25
**videotapes [1]**  28/3
**Vietnam [1]**  48/6
**view [1]**  28/12
**violent [2]**  10/8 10/9
**virtue [1]**  18/23
**visit [5]**  33/9 42/16 42/16 42/17 42/21
**visitation [1]**  42/19
**visits [2]**  12/13 12/15
**voice [1]**  46/3
**volition [1]**  20/24

## V

volitional [4]  17/7 22/3 36/23 36/24

## W

wake [3]  42/12 42/13 42/13
walk [5]  12/21 13/1 31/14 37/21 43/1
Walker [1]  45/16
want [10]  11/16 17/11 39/10 40/1 42/12
 43/2 43/2 46/13 46/25 49/13
wanted [5]  32/3 38/15 41/13 41/13 46/20
wanting [1]  39/9
wants [6]  20/25 21/1 32/8 40/14 40/21
 48/13
warden [1]  37/4
was [143]
Washington [1]  49/11
wasn't [4]  19/10 19/12 41/20 52/24
way [11]  17/3 26/12 32/6 32/22 44/10 44/12
 44/21 46/19 48/2 49/9 49/18
ways [2]  53/13 53/13
we [113]
week [1]  30/9
weeks [1]  48/10
weigh [1]  5/5
well [12]  4/20 5/24 8/25 9/12 13/2 13/22
 16/9 18/11 19/16 27/8 31/21 36/23
went [6]  9/4 9/5 13/16 17/15 17/16 41/21
were [38]  5/14 6/12 8/10 11/2 11/3 14/12
 14/16 14/18 14/19 14/23 15/5 16/8 18/24
 23/19 24/20 27/14 27/17 27/17 27/19 28/4
 28/14 31/12 31/15 31/16 31/23 32/1 32/5
 34/14 35/21 36/1 41/19 44/17 46/17 47/17
 51/8 51/8 51/13 53/8
weren't [1]  16/12
what [66]
whatever [5]  25/16 39/10 42/19 47/19
 52/13
whatsoever [2]  17/25 45/25
when [24]  11/18 11/22 12/19 13/10 13/16
 18/22 19/1 28/18 31/4 31/4 36/21 41/25
 42/12 42/15 42/16 42/21 43/5 43/14 43/15
 45/3 45/18 46/17 46/25 49/17
whenever [2]  43/2 47/4
where [18]  11/6 21/17 21/18 23/14 25/24
 27/17 27/24 28/6 35/9 35/11 36/21 36/21
 49/23 50/1 50/2 52/22 52/25 54/11
whereas [3]  27/5 37/3 53/7
wherever [2]  39/10 43/2
whether [8]  13/17 16/2 32/8 32/9 37/20
 37/21 39/22 47/2
which [27]  3/6 3/25 4/14 5/11 5/14 6/3 6/5
 6/6 6/13 6/13 6/14 8/5 8/15 9/7 9/19 17/17
 18/13 20/2 20/20 22/21 29/11 30/17 33/15
 34/4 35/24 43/17 53/22
while [2]  12/11 43/13
White [1]  48/5
who [43]  2/12 6/24 8/10 9/6 10/3 10/4 10/5
 10/5 10/14 11/9 11/10 11/15 13/7 14/6
 16/18 18/10 19/5 19/6 19/11 19/12 19/12
 20/22 23/11 23/17 23/19 24/19 24/20 24/2
 24/23 25/2 26/12 26/16 27/13 33/25 34/21
 35/3 35/4 35/22 39/21 40/19 43/23 50/8
 53/19
whole [4]  5/23 49/1 50/4 50/7
whom [2]  23/19 25/12
whose [2]  24/20 53/8

why [7]  15/6 18/21 21/24 22/5 30/1 42/22
 53/15
Wilkie [1]  56/7
will [17]  3/3 3/7 3/11 7/17 16/4 18/2 28/20
 29/13 29/14 37/16 38/16 40/5 40/6 40/14
 50/22 53/21 53/25
willful [1]  22/4
willing [6]  10/14 19/10 19/11 19/12 19/13
 26/6
wiretaps [1]  28/23
wish [3]  40/17 45/5 45/6
wishes [1]  40/20
within [6]  3/11 3/14 3/15 5/8 6/2 10/21
without [8]  10/4 10/4 15/1 15/2 25/12 25/15
 41/16 44/7
witness [1]  28/9
witnesses [1]  11/7
women [1]  27/20
word [5]  8/11 14/13 14/24 16/3 26/11
words [3]  15/15 31/1 38/1
work [2]  45/1 45/2
works [1]  21/13
world [9]  9/8 10/9 11/20 28/5 28/12 28/15
 39/12 39/15 45/25
worldwide [1]  17/17
worry [2]  42/23 48/6
worse [1]  47/13
worth [1]  39/15
would [55]  3/5 4/6 4/24 6/21 8/9 8/12 8/20
 10/5 10/5 10/5 10/9 10/10 10/11 11/7 14/17
 16/18 17/19 17/20 17/21 18/18 18/20 18/22
 18/24 19/17 20/11 20/13 22/1 24/6 28/1
 28/2 28/2 28/3 30/22 32/25 35/11 37/9 38/5
 38/17 38/22 39/23 40/24 41/1 42/21 42/22
 42/22 43/21 45/8 46/9 50/11 52/12 54/25
 55/2 55/3 55/6 55/18
wouldn't [3]  10/7 40/1 50/12
wrap [1]  41/12
written [2]  33/4 35/12
wrong [9]  6/8 42/1 42/3 42/3 47/18 47/18
 48/11 48/12 49/11
wrote [6]  25/21 32/21 33/16 35/13 37/24
 38/8

## Y

Yahya [2]  23/10 28/9
year [14]  3/13 3/17 4/21 5/12 5/12 5/18 6/5
 16/7 22/16 23/1 34/23 34/23 39/8 45/1
years [58]
yes [10]  2/22 14/11 20/18 24/11 28/14 33/24
 36/20 38/11 40/21 46/8
yesterday [1]  41/7
York [3]  47/17 48/22 49/7
you [158]
young [8]  25/15 27/12 27/13 27/20 28/16
 29/3 34/5 40/9
younger [1]  41/18
your [54]  2/2 2/7 2/10 2/19 2/22 2/25 3/2
 3/19 4/8 6/9 6/22 7/11 8/12 8/18 8/19 10/4
 14/21 16/4 16/18 17/5 17/11 18/12 20/3
 20/18 21/23 24/11 24/14 26/11 28/25 29/11
 30/7 30/22 31/22 34/10 36/6 38/4 38/21
 38/25 39/1 39/11 40/11 40/20 40/24 41/1
 41/5 44/3 44/3 46/8 46/11 49/19 50/20
 54/25 55/5 55/17
yourself [2]  45/23 46/21
youth [1]  25/22

## Z

Zacarias [1]  23/15
Zapf [2]  35/18 37/1
zero [1]  14/5